

Deposition of:
# Kopal Rawat

*May 7, 2021*

In the Matter of:

# Flowers, Jobbiev. Electrolux North America, Inc

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 13

1     prevent you from telling the truth?

2          A     No.

3          Q     And you can hear me okay and you can

4     understand me okay, correct?

5          A     Yes, for now.

6          Q     Okay.  And you'll let me know if at any

7     time you can't hear or understand me; is that right?

8          A     Yes.

9          Q     Where did you grow up?

10         A     I'm from India, state called Madhya

11    Pradesh.

12         Q     What brought you to the United States?

13         A     I wanted to pursue higher education.  Came

14    here for my master of science degree.

15         Q     When did you first move to the United

16    States?

17         A     2004 for my master's degree.

18         Q     Where did you go to school?

19         A     Just so that I'm clear, you're asking

20    about master's, right?

21         Q     We're going to walk backwards.

22         A     Okay.

23         Q     So just right at this moment, I'm just

24    asking what brought you from India to the United

25    States.  I think you told me to go to school; is

Veritext Legal Solutions
800.743-DEPO (3376)          ealendar-carolinas@veritext.com          www.veritext.com
Case 3:20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 2 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 24

1    this, but I can't remember the details at all.

2         Q    Who hired you at Electrolux?

3         A    My manager, Brenda Simpson.  I was

4    interviewed by a panel, but my manager, Brenda

5    Simpson, I believe so.

6         Q    Mr. Flowers was already working for

7    Electrolux prior to you being hired, correct?

8         A    Yes.

9         Q    You said you were interviewed by a panel.

10   Who sat on the panel that interviewed you prior to

11   being hired?

12        A    Brenda Simpson, Michael Robinson, Tom

13   Powers, Alexa Moor.

14        Q    What is the race of Tom Powers?

15        A    White American.

16        Q    Do you recall when you interviewed with

17   Electrolux?

18        A    November or December of 2018.

19        Q    Do you recall when you were actually

20   provided a job offer in 2019?

21        A    December of 2018, I got to know that I got

22   an offer at Electrolux.

23        Q    Were you still employed at RoundPoint at

24   that time that you were interviewing with

25   Electrolux?

Case 3:20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 3 of 33

Kopal Rawat                                        May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 25

1        A     Yes.

2        Q     Have you ever been terminated from a job?

3        A     No.

4        Q     Other than Mr. Flowers, have you ever

5    terminated anyone else?

6        A     Robert Kean.

7        Q     What's Mr. Kean's race?

8        A     White, American.

9        Q     And Mr. Kean was terminated after this

10   lawsuit was filed, correct?

11           MR. ALEXANDER:  I would object since I'm

12       not sure she knows when the lawsuit was filed.

13           MS. GESSNER:  Okay.  Your objection is

14       noted.

15   BY MS. GESSNER:

16       Q     Again, do you recall when Mr. Kean was

17   terminated?

18       A     When was he terminated?  I can't remember

19   the exact date, but probably around June -- last

20   year, you'll, August timeframe I guess, 2020.

21       Q     Was Mr. Flowers still working for

22   Electrolux at the time you terminated Mr. Kean?

23       A     No.

24       Q     Had Mr. Flowers been terminated prior to

25   Mr. Kean?

Case 3:20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 4 of 33

Kopal Rawat                                          May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 26

1          A     Yes.

2          Q     Why was Mr. Kean terminated?

3          A     Performance issues.

4          Q     Can you be more specific?

5          A     Sure.  Just so that I'm sure you're asking

6     about Robert Kean, right?

7          Q     Yes, ma'am.

8          A     So Robert had performance issues where he

9     would make mistakes while deploying the code from

10    one environment to another.  We have various

11    environments.

12          So we have various environments where we

13    deploy our code, so that when we go to production

14    environment, it is tested and approved by various

15    users who use the application.  So he would develop

16    in the development environment and put it in UA, the

17    user acceptance training environment.  Users would

18    test over there, and then he would put in the

19    production environment as a final step to any

20    request for application change.

21          He used to be negligent continuously when

22    moving code from one environment to another.  Apart

23    from that, when he used to work on collecting the

24    requirements, he did not take the holistic

25    requirement and did not deliver, as well, on what

Veritext Legal Solutions
800.743.DEPO (3376)      ealendar-carolinas@veritext.com      www.veritext.com
Case 3:20-cv-00517-RJC-DCK  Document 13-2  Filed 06/30/21  Page 5 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                                                    Page 27

1    was the ask.

2              And then the production environment issues

3    were something that -- he worked on very critical

4    environment, and he made a mistake in one of the

5    production environment which was very detrimental.

6         Q    I think I hear, other than your

7    assessment, that he wasn't taking a holistic

8    approach on the deliverables, that each of the other

9    pieces of the reason you terminated him were

10   objective; meaning, you could show that there were

11   mistakes in his work; is that correct?

12        A    Yes.

13        Q    Any other reasons why Mr. Kean was

14   terminated by you?

15        A    This was the primary reason.

16        Q    So was there a secondary reason?

17        A    No.

18        Q    Did Mr. Kean have a disability?

19        A    I don't -- I'm not aware.

20        Q    Had you ever been made aware that Mr. Kean

21   needed any type of medical leave?

22        A    No.

23        Q    Had he ever taken a leave of absence while

24   he worked for you?

25        A    Vacation, yes.  But, yeah -- yes.

Case 3:20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 6 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 42

1    typical percentage, but it's around that number.

2        Q    Well, you told me you started at 120.

3        A    Yes, ma'am.

4        Q    145 before this raise.  Did you receive

5    any increases between your starting salary and your

6    promotion?

7        A    No.

8        Q    Have you ever received --

9        A    One second.  Sorry.

10            No.  Sorry.  2020 was a bad year, even

11   with the performance that we had -- sorry, even

12   after the annual performance, we did not get the

13   raise.  So company did not make enough profit or

14   something like that.  So after 120, it was this.

15       Q    Did you receive any type of feedback of

16   any sort after you fired Mr. Flowers related to

17   Mr. Flowers' complaints made about you?

18       A    No, no feedback.  But Mr. Flowers'

19   complaint was -- I won't even -- I don't know.  I

20   don't think it was a complaint, it was a discussion

21   that happened with HR, so that's the only thing that

22   I remember with Mr. Flowers over there.

23       Q    Tell me everything you do recall about

24   Mr. Flowers' complaints.

25       A    Again, I'm not sure "complaint" is the

Case 3.20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 7 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 43

1    word I would use.  He requested to -- for me to

2    introduce him to HR.  I did that, and I think he had

3    some conversations with HR and then Alexa Moor, who

4    was our HR representative at that time, scheduled a

5    meeting between Jobbie, myself and her, and we

6    discussed the concerns that he had and then the

7    concerns that I had.

8         Q    You say that Mr. Flowers asked you to

9    introduce him to HR.  What do you recall about that

10   conversation with Mr. Flowers?

11        A    We had one of our meetings, and we had

12   discussions -- we were discussing about the project

13   or something, and at that particular point, between

14   those discussions, we had a disagreement on a

15   particular way of how to work on that particular

16   project, and then after the meeting, he came -- he

17   actually sent me an email, and he wanted to see if I

18   can introduce him to the HR representative.

19        Q    What did you do next after receiving

20   Mr. Flowers' email?

21        A    I sent the request at that time to Naomi.

22   Alexa had left the company, so Naomi is the one I

23   sent an email to.

24        Q    Do you recall the timeframe?

25        A    July -- July of 2019.

Case 3:20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 8 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 47

1  records for my documentation, per se, later that

2  year, sometime later because it was becoming a

3  recurrent thing.

4      Q    What was becoming a recurrent thing?

5      A    We discussing setting expectations for a

6  particular project, followup meetings, and he was

7  not -- like it seemed like whatever was discussed,

8  he just did not follow that or he just did not come

9  through with any of the deliverables.

10     Q    What caused you to begin creating, I think

11 you said, your records regarding your conversations

12 with Mr. Flowers?

13     A    I think when Mr. Flowers' behavior from

14 those discussions became unprofessional.  He was

15 angry, loud, rolled his eyes sometimes, sarcastic

16 comments.  It was just unprofessional behavior.  At

17 that time, I felt like I needed to put some -- start

18 records, documenting those.

19     Q    And the behavior that you just described

20 of Mr. Flowers is your records that you documented,

21 correct?

22     A    Yes, ma'am.

23     Q    And these are during the one-on-one

24 meetings where the only two people were present were

25 you and Mr. Flowers; is that correct?

Case 3:20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 9 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                               Page  48

 1          A     One-on-one, team meetings and -- we have

 2     like an area where we all sit, call it floor, two

 3     times that I remember that he created a scene on the

 4     floor as well.

 5          Q     Well, let's just stick with your

 6     one-on-one meetings for just a moment.

 7          A     Okay.

 8          Q     Did you have more one-on-one meetings with

 9     Mr. Flowers or team meetings?

10          A     Repeat that again for me?

11          Q     Did you have more one-on-one meetings with

12     Mr. Flowers or team meetings?

13          A     Yeah.  We used to have them on regular

14     basis, both one-on-one and team meetings.

15          Q     Let's just stick with one-on-ones right at

16     the moment.  I'm asking you which one did you have

17     more with Mr. Flowers, one-on-one or team meetings?

18          A     Team meetings were daily.  One-on-ones

19     were once in a -- once in a month or once in two

20     weeks initially or as required, again, depending on

21     the project.

22          Q     How often do you remember meeting

23     one-on-one with Mr. Flowers?

24          A     At least once or twice a month.

25          Q     And you described that his behavior at

Veritext Legal Solutions
800.743.DEPO (3376)        calendar-carolinas@veritext.com        www.veritext.com
Case 3.20-cv-00517-RJC-DCK  Document 13-2  Filed 06/30/21  Page 10 of 33

1        A    One in January.  I wouldn't call it an

2   issue.  I was just trying to understand what

3   happened, because for me, I was always trying to

4   understand.  The way his reaction was with certain

5   things, I just was not able to understand.  I wanted

6   to make sure, you know, we are, again, on the same

7   page with how we want to proceed with the project.

8   So it was in January probably, January, February

9   again.

10       Q    Okay.  So what -- tell me everything you

11   can recall about what you're referring to in

12   January, February of 2019 and Mr. Flowers' reactions

13   that you were concerned with.

14       A    Okay.  We had a meeting, a project

15   meeting, various team members involved from IT, and

16   one of the tasks was something that primarily Jobbie

17   was responsible for.  And he had more knowledge,

18   based on what he had shared and based on the

19   responsibilities that he had.  So I was asking him

20   questions associated to it and trying to think

21   through what we need to do in order to take care of

22   that task, because it was impacting -- or that

23   particular change of application was impacting

24   multiple sites or locations.

25            While I was asking the questions, he

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 57

1    became a little bit agitated, frustrated, and left
2    the meeting room.
3            I think it was after that meeting that --
4    I had a meeting with him again to understand, What
5    happened?
6        Q    Okay.  Sticking with that.  In the
7    instance that you're talking about the meeting where
8    he became, quote, "agitated and left the room," who
9    was present?
10       A    As far as my memory serves, Robert Kean,
11   Anand Deshiraju.  There was a PM at that point,
12   Rick.  I can't remember his last name.  There was
13   one more person in that meeting, and I can't recall
14   who that was.  Someone from the database team, I
15   guess.
16       Q    Is there anyone else other than
17   Mr. Flowers in that meeting who was
18   African-American?
19       A    No.
20       Q    Did anyone in that meeting record the
21   meeting in any way?
22       A    Not that I know of.
23       Q    Did you record the meeting?
24       A    No.
25       Q    Following the meeting that you're

Case 3.20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 12 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 60

1    explain.

2         Q    During that meeting, he specifically told

3    you he felt like you were singling him out, though,

4    correct?

5         A    Yes.

6         Q    And was there anything that Mr. Flowers

7    said in the meeting that was incorrect?

8         A    One-on-one or team meeting?

9         Q    Good distinction.  Let's talk about the

10   team meeting.  Was there anything in the team

11   meeting that Mr. Flowers said substantively about

12   the project that was wrong?

13        A    There was no wrong or right.  We were

14   discussing.  We were just discussing the approach to

15   go with the project, brainstorming, putting all our

16   brains together to figure out how we can roll it out

17   correctly.

18        Q    So you were -- you followed up with

19   Mr. Flowers because he walked out; is that true?

20        A    Yes.

21        Q    He walked out -- he told you he walked out

22   because he believed you were singling him out, true?

23        A    Yes.

24        Q    So again, I'm just making sure,

25   Mr. Flowers didn't say anything that was incorrect

Case 3.20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 13 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 64

1      Q    Tell me the next instance that you recall

2    with Mr. Flowers where you were concerned about his

3    being angry, unprofessional, rolling his eyes or

4    sarcastic.

5      A    Probably the next one would be in

6    summertime.  This were two issues, and I can't

7    remember like the timeframe exactly.  But two, three

8    issues, again, during the summertime where we had a

9    project that was going on.  One was associated to

10   the project that was going on, and I was asking

11   how -- as far as my memory serves me, like we were

12   having a team meeting, and we were discussing with

13   various team members how to proceed on the

14   project -- a requirement that came in, how do we

15   develop the application, how do we work on it.

16   Jobbie had some thoughts, the other team members had

17   some thoughts.  And Jobbie started -- when he was

18   trying to say his point associated to his -- the

19   project or the requirement that came in, he started

20   cutting off me and one of the other team members.

21   And at that point, again, I felt like he was getting

22   agitated and frustrated, so we left the discussion

23   over there saying, Okay.  Let's all think about it

24   and come back, and we can figure out how to move

25   forward on that.

Case 3.20-cv-00517-RJC-DCR   Document 13-2   Filed 06/30/21   Page 14 of 33

Kopal Rawat                                          May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                                    Page 65

1          So that was the first that I remember in

2     the summer, and then there was another one where we

3     had production issue, a site was not accessible;

4     there was some issue going on.

5          Again, Jobbie being the team lead, I was

6     looking for how we can proceed to resolve this

7     issue, and what we can do to test it out.  And I

8     asked a few questions, and he raised his voice at

9     that particular time.  So that was in summer,

10     another incident that I can remember.

11          Then it was another project that was going

12     on later in the summer about a project that we were

13     trying to run internal to the team, and there were a

14     couple of tasks that were assigned to Jobbie, and I

15     was trying to ask what the status on that is, any

16     hurdles, anything else.  And he got -- he got

17     agitated and frustrated at that time also.

18          Q    Okay.  Anything else?

19          A    Not that I can remember right now.  Not

20     that I can remember right now.

21          Q    Okay.  So you gave me three instances, all

22     of which you said were in the summer.  So let me

23     talk about the first one with the project that was

24     associated, you said, that he was cutting you off

25     and was agitated and frustrated.  Who was present

Case 3.20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 15 of 33

Kopal Rawat                                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 83

1    sure I'm going with -- I wanted to make sure I have

2    full information about Jobbie.  Was there anything

3    else previously?  No.  Then this is my experience

4    with him.

5         Q    So at any point prior to September of

6    2019 -- strike that.

7              What was the earliest time that you can

8    recall that you were thinking about putting Jobbie

9    on a performance improvement plan?

10        A    No where before that.

11        Q    No when before when?

12        A    September, October when I reached out to.

13        Q    What changed between late summer and

14   September and October that caused you to want to put

15   Jobbie on a performance improvement plan?

16        A    It was nine -- about nine months or so,

17   having the same conversation but not getting any

18   improvement in the performance.

19        Q    When you say "performance," exactly what

20   are you referring to when it relates to Jobbie's

21   what?  Not the how, but the what he was doing.  What

22   about his performance were you concerned about so

23   much so that you believed he was deserving of a

24   performance improvement plan?

25        A    A lot of incidences leading and seeing no

Case 3.20-cv-00517-RJC-DCR   Document 13-2   Filed 06/30/21   Page 16 of 33

Kopal Rawat                                              May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 84

1    improvement.  Not keeping manager updated with what

2    he's been working on.  Based on the status update

3    that he provided, I was not able to gauge his effort

4    or where he was spending his time.  The projects

5    that were given or assigned to him were either

6    delayed or the way we try to work or discuss on how

7    to work on -- process wise, how to work on it was

8    not something that was executed in the same way.

9            And then priorities.  Based on the project

10   and the ideal objectives that we generally have, he

11   took his own priorities rather than something that

12   was coming from the upper management or me.

13        Q    And you'd never given Mr. Flowers any

14   feedback in any formal way about anything you just

15   testified prior to his performance improvement plan

16   in late 2019, correct?

17        A    Feedback, yes.

18        Q    Ms. Rawat, did you put in writing anywhere

19   to Mr. Flowers that any of the items that you just

20   listed were of such concern that he was going to

21   lose his job over it?

22        A    So there are two parts of it.  One --

23        Q    Let's talk about my question, and then

24   I'll let you explain.  But again, I want to make

25   sure this record is clear.  Prior to his written

Case 3.20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 17 of 33

Kopal Rawat                                May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                              Page 101

1    call him the wrong name?  Mr. Flowers -- I thought I
2    called him Mr. Stafford.  It's a different case.
3            Was Mr. Flowers one of the larger men on
4    your team?
5        A    On my team.
6            Yes.
7        Q    Describe for me anything that Mr. Flowers
8    ever did that you've labeled in your discussions
9    with Electrolux as, quote, "aggressive"?
10       A    The ones that I mentioned, behavior, like
11   raised voice, storming out of the meeting, cutting
12   me off or any of the team members, rolling eyes.
13   That's what I would say as aggressive.
14       Q    When you say "storming out of the
15   meeting," you've told me about only the one instance
16   that you can remember; is that correct?
17       A    Yes, ma'am.
18       Q    Are you aware after the lunch break of any
19   other instances in which Mr. Flowers left a meeting
20   early?
21       A    Again, not that I can recall.  That was --
22   that's one particular meeting is the one that I
23   remember.
24       Q    And in any communications you've had with
25   human resources or then at Electrolux about

Case 3.20-cv-00517-RJC-DCR   Document 13-2   Filed 06/30/21   Page 18 of 33

1         A     Yes.

2         Q     -- for three days or more.

3         A     Correct.

4         Q     What did you mean "he is out sick again"?

5         A     Probably was sick before.

6         Q     Okay.  Did you -- were you aware that

7    Mr. Flowers had had some illnesses that caused him

8    to be out of work prior to July of 2019?

9         A     I can't, again, remember or recall

10   exactly.  But, yeah, he might have been -- he might

11   have sent this same message or email.  That's how I

12   was made aware he was out sick.

13        Q     Did you ever ask Mr. Flowers anything

14   about him -- his need to be out sick?

15        A     No.  How was he doing when he came back.

16   Hope you're feeling better.

17        Q     Did you know that Mr. Flowers is a

18   diabetic?

19        A     No, did not know that.

20        Q     You never heard Mr. Flowers openly talk

21   about his diabetes in meetings?

22        A     No, not that I can remember.

23        Q     If Mr. Flowers said he did talk about his

24   diabetes in meetings that you were present, it would

25   be your word against everybody else in the meeting

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 118

1    indicated he wanted to go and speak with HR, he

2    wanted you to connect him HR; isn't that true?

3         A    Yeah.  Again, yes, probably.  We had that

4    meeting, email, I can't remember exactly.

5         Q    Well, I'm trying to put together some of

6    the testimony you provided earlier with some of the

7    documents, and earlier you testified that

8    Mr. Flowers asked you after you-all had had a

9    one-on-one meeting where he had informed you that he

10   believed you were singling him out, treating him

11   differently, that he wanted to go to HR, he wanted

12   you to help connect him were HR; do you recall that?

13        A    You're mixing two different things.  The

14   singling-out incident was the one we had in January

15   or February timeframe.  That's when it happened.

16   The meeting that happened afterwards was just

17   another one-on-one, and he asked -- requested --

18   that's what I can't remember, whether it was the

19   outcome of that meeting or if he sent like an email

20   as a request afterwards, and that's when I did that.

21        Q    Okay.  So is it your testimony that you

22   don't recall at all why you sent this July 19, 2019

23   email to HR copying Brenda and Jobbie indicating

24   that Jobbie wants to speak with HR, you don't know

25   why he wanted to talk to HR; is that your testimony?

Case 3.20-cv-00517-RJC-DCR   Document 13-2   Filed 06/30/21   Page 20 of 33

Page 125

1    invite for later next week.  I'm out Monday and

2    Tuesday.  If there's anything urgent, please let me

3    know.

4              Do you see that?

5         A    I do see that.

6         Q    It was on Friday, July 19, correct?

7         A    Okay.

8         Q    And Alexa Moor, she's white, correct?

9         A    That's correct.

10        Q    Show you another document.  This is

11   Exhibit Number 8, and it is Electrolux 54528.  And

12   it appears to be a meeting invite from you to Brenda

13   Simpson and that it is on Monday, July 22, the

14   Monday after Mr. Flowers had asked to meet with HR,

15   correct?

16        A    Okay.

17        Q    All right.  And you have on the -- is this

18   your agenda for your meeting with Ms. Simpson?

19        A    Yes.

20        Q    And you wanted to meet with her to discuss

21   Jobbie and HR, correct?

22        A    Correct.

23        Q    And at that point, Jobbie had not had an

24   opportunity to meet with HR, had he?

25        A    I don't know.

Page 151

1        Q     Did you speak with anyone at the break?

2        A     My daughter, getting her food.

3        Q     Okay.  Before the break, we were talking

4   about the setting up of a meeting with HR for Jobbie

5   and the email exchanges with Ms. Simpson and

6   Ms. Moor.  Had you decided that you wanted to place

7   Jobbie on a performance improvement plan during the

8   month of July 2019?

9        A     No.

10       Q     What did you do after July 26, 2019

11  related to Jobbie after you found out that he -- or

12  you assumed he was going to HR to speak with them

13  about you?

14       A     We had a meeting with Alexa, Jobbie and me

15  where we -- we discussed the concerns from each

16  side, like his side, my side.  Came out of the

17  meeting completely understanding and the

18  explanations and how we want to make sure that we

19  need -- it's good to have one-on-ones on a weekly

20  basis or more frequently, and this way we are able

21  to better work on with the same expectation and come

22  to agreements on how to execute projects.

23       Q     Who initiated the August 2019 meeting?

24       A     I think Alexa.

25       Q     Who else was present other than you, Alexa

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3.20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 22 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 165

1      Q    Okay.  And he says also:  As you know, I'm

2    a community activist in both Mecklenburg and Forsyth

3    County, so I have some experience handling these

4    types of situations.

5           Do you see that?

6      A    I do see it.

7      Q    Isn't it true he communicated with you he

8    believed you were singling him out because he's

9    black, and this communication is telling you that

10   the situation that he's concerned of about has to do

11   with diversity?

12     A    No.  So singling it out, he never, ever

13   mentioned his race or him being African-American or

14   him being black.  That was just singling him out.

15   When he mentioned this, I might have -- the thing I

16   wanted to make sure is he get connected to HR about

17   it.  The rest I did not draw any other context from

18   it.

19     Q    Okay.  And if Mr. Flowers testified that

20   he absolutely believed and complained that you were

21   singling him out because he's black, you have no

22   reason to refute that other than your word against

23   his, correct?

24     A    His word against mine, yes.

25     Q    Did you respond and suggest that HR be

Veritext Legal Solutions
800.743.DEPO (3376)        calendar-carolinas@veritext.com        www.veritext.com
Case 3.20-cv-00517-RJC-DCR  Document 13-2  Filed 06/30/21  Page 23 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 171

 1    meeting minutes?

 2         A    I think so, yes.

 3         Q    Were there ever any issues with

 4    Mr. Flowers' performance related to the CAB

 5    meetings?

 6         A    The only thing was he had highlighted that

 7    CAB and The HD were taking too much of his time and

 8    that's when we started the discussion of delegating

 9    and making sure the rest of the CAB team members are

10    picking up their share of responsibilities.  So

11    apart from like doing the CAB meetings, delegating

12    was the one, I'll say, as an issue.

13         Q    How large was the team that Mr. Flowers

14    managed?

15         A    He was a team lead for three team members.

16    I was still the manager.

17         Q    To whom could he delegate work?

18         A    For CAB or team lead?  It's different

19    groups.

20         Q    Any work, to whom could he delegate work?

21         A    Depending on who's been working with him

22    on those tasks.

23         Q    With CAB, to whom could he have delegated?

24         A    There are around, I want to say, five to

25    six team members who are a part -- who are CAB

Case 3.20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 24 of 33

Page 180

1        A    Yes.

2        Q    Said he's having some medical issues, has

3   been out of the office.  He was out sick Friday,

4   came in briefly Monday, and then left to go to ER.

5   He's been out since.  What is the correct process to

6   follow at this point?  I believe that Alexa had

7   mentioned that once an employee passes three days,

8   they need to file a claim -- need to file with UNUM

9   as a protection for them.  Let us know the best way

10  to approach this with Jobbie.

11           Do you see that?

12       A    Yes.

13       Q    Did you contact Jobbie and let him know

14  that information was forthcoming from UNUM?

15       A    I contacted -- as far as I remember, I

16  contacted Jobbie to remind him of the process that

17  he needs to do with UNUM, if in case, I think, he's

18  out for more than three days.

19       Q    Did you do anything else?

20       A    No, not that I can recall or remember.

21       Q    Did Jobbie provide you with any medical

22  documents or medical information following his

23  hospital visit?

24       A    I think, as far as I remember, he sent me

25  a document of his stay which I forwarded to HR, I

Veritext Legal Solutions
800.743.DEPO (3376)        calendar.carolinas@veritext.com        www.veritext.com
Case 3.20-cv-00517-RJC-DCR   Document 13-2   Filed 06/30/21   Page 25 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 191

1    related to the Share Point project.

2         A    Not sharing updates, not coming to the

3    team meetings and then the project and the

4    discussion was the tasks that he was working on took

5    a really long time, and without any updates, I

6    didn't have any idea what was going on.

7         Q    Let's start with not coming to the team

8    meetings.  Isn't it true that one of the team

9    meetings you're referring to occurred after

10   Mr. Flowers had worked a 20-hour day on a Home Depot

11   project?

12        A    I can't remember.

13        Q    Is that possible it happened and you just

14   don't recall?

15        A    I can't remember.

16        Q    Are you aware of any projects during the

17   time that Mr. Flowers worked for you wherein that he

18   worked tremendous, long days in excess of 16 to 20

19   hours to complete projects for clients?

20        A    No.  Only THD testing one night I recall.

21        Q    And what do you recall about that one

22   night?

23        A    He worked on the testing with them on a

24   project or something, and that's all I remember

25   about that night, that he shared with me.

Page 193

1          A     Status update, where we are with the

2     project, how to report our data reactions further

3     and then basically delaying.

4          Q     What are all the other reasons that

5     perhaps -- strike that.

6                What other reasons, if any, were there for

7     any delays related to the Share Point project?

8          A     At that time, this was the one.  We did

9     have some other technical challenges but they were

10    resolved within a day or two.

11         Q     So some of the technical challenges caused

12    delay as well, right?

13         A     Correct.

14         Q     So Mr. Flowers not showing up at a team

15    meeting wasn't the only reason for any type of delay

16    with the Share Point project; isn't that true?

17         A     At that time, that was the only reason.

18         Q     What did you do to step up as his manager

19    then and make sure the project completed on time?

20         A     Worked with him, trying to identify what

21    the issue is.  See if he needed any help completing

22    them or if he -- he's having any other conflicts or

23    anything else, I can help prioritize the work.

24         Q     When did -- was this another one-on-one

25    meeting that you're referring to that no one else

Veritext Legal Solutions
800.743.DEPO (3376)         calendar-carolinas@veritext.com         www.veritext.com
Case 3:20-cv-00517-RJC-DCK   Document 13-2   Filed 06/30/21   Page 27 of 33

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 195

1      sure he works on priorities as assigned or agreed

2      upon by the management, provide status updates in a

3      form that is helpful for the manager to understand

4      or gauge what he's been spending his time on, and

5      work on the project as discussed or agreed upon.

6          Q    So the PIP was issued on November 8, 2019.

7      How long was the PIP plan supposed to be for?

8          A    Can you scroll up for me, please?  The

9      first page?

10              As far as I remember 90 days.

11         Q    Do you know what 90 days from November 8,

12     2019 is?

13         A    Somewhere around February.

14         Q    February of 2020?

15         A    Yes.

16         Q    Was Mr. Flowers given the opportunity to

17     work the full 90-day Performance Improvement Plan

18     period?

19         A    No.

20         Q    Why?

21         A    Because there were no improvements that

22     were there in the initial two PIPs that we worked

23     on.  It was more than 60 days, but no improvement

24     was made.

25         Q    Okay.  So it's your testimony, once you

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                              Page 212

1      here so give me another second.  Let me lower my
2      hand.  I got another document to show you.
3                 See a document?
4      A     Yes.
5      Q     This has been marked as Number 22.  This
6      is a notice -- well, document 22, which is Bates
7      number 81988, and again, it's an email exchange
8      where you're telling Brenda and Naomi that:  Jobbie
9      is out sick today so we will not be having the
10     weekly followup.  I was wondering if you both are
11     available to discuss next steps.  His monthly
12     evaluation is coming to an end on January 8.  Since
13     last monthly follow up December 9, due to company
14     holidays where Jobbie's vacation/sick leaves I was
15     not able to evaluate his performance for two weeks.
16     I want to check if it's okay to extend the upcoming
17     second month followup by two weeks.  If yes, do I
18     need to schedule a formal followup between the two
19     of us?
20                So you knew that Jobbie had been out due
21     to some sick leaves in the month of December,
22     correct?
23     A     As far as I can remember, that's what I
24     was saying.  I don't remember.  It was sick leave or
25     something else.

Case 3:20-cv-00517-RJC-DCK  Document 13-2  Filed 06/30/21  Page 29 of 33

Page 216

1    Ms. Sinclair from Jobbie on December 9 where he

2    says:  Good afternoon all, today's was the first

3    time we all got together since our meeting on

4    November 8, so I just want to thank you all for

5    attending today's followup meeting.  I look forward

6    to working together to become Number 1

7    (Exceptional).  Please send me a copy of the form we

8    reviewed today.  Thank you and have a great day.

9              Do you see that?

10             (Exhibit Number 28 was identified.)

11        A    I see this.

12        Q    Had you met -- had it been a month before

13   the three of you met to discuss the PIP from

14   November the 8 to December 9?

15        A    All of us together probably, but I can't

16   remember.

17        Q    Okay.  And do you recall having any

18   meetings with Jobbie between November 8 and

19   December 9?

20        A    I remember we had weekly one-on-one

21   meetings.

22        Q    Again, those weekly one-on-one meetings

23   were just you and Jobbie; is that correct?

24        A    As far as I remember -- again, as far as I

25   remember, I had probably Naomi and Brenda as well

                                                    Page 228

1       the way to 83992.  Do you see that?

2               (Exhibit Number 27 was identified.)

3       A     I see that.

4       Q     Okay.  And this came from you to Naomi

5       Sinclair as the plan; do you see that?

6       A     I see that.

7       Q     And it's dated Thursday, January 16th, the

8       day after Jobbie had been out on medical leave for

9       two and a half days, isn't it?

10      A     Yes.

11      Q     When did you make the decision to

12      terminate Jobbie early?

13      A     I don't think it was the decision to

14      terminate -- scratch that.

15              We had a one-on-one, and I don't remember

16      the exact date, but during that one-on-one, I asked

17      him questions about the work, the priorities that we

18      had discussed, and what he did or he worked on.  And

19      he responded back with saying, A, he was not able to

20      tell me how much time it took him to do a work; and

21      then second one was he was catching up -- catching

22      up on emails for three or four days.  And that's

23      when I felt like this is going nowhere.  There's no

24      improvement.

25              So I can't remember the exact date, but I

Case 3.20-cv-00517-RJC-DCR  Document 13-2  Filed 06/30/21  Page 31 of 33

Kopal Rawat                          May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 229

1    did reach out to Naomi and Brenda and mention the

2    same thing.  I think that last one-on-one for me was

3    the one that I did not see any improvement moving

4    forward.

5          Q    Do you have any records whatsoever that

6    support the meeting you just testified about

7    actually occurred?

8          A    I would have to go check my emails

9    calendar invite, but I don't remember.

10         Q    And even if that meeting actually did

11   occur, isn't it true that there was no one else

12   present other than you and maybe Jobbie in order to

13   know exactly what was said during that meeting?

14         A    The one-on-one meeting.

15         Q    (Nods head.)

16         A    It was Naomi, Jobbie and me.

17         Q    And you don't recall when that happened?

18         A    I can't remember the exact date.

19         Q    Did it happen after you and Brenda and

20   Naomi met on -- strike that.

21               After your first followup meeting that

22   happened on December the 9th, 2019?

23         A    Yes.

24         Q    Okay.  Did it happen after January of

25   2020?

Case 3.20-cv-00517-RJC-DCR   Document 13-2   Filed 06/30/21   Page 32 of 33

Page 232

1    of the office on the 14th, correct?

2        A    Correct.

3        Q    And you knew on the 15th he was out of the

4    office, correct?

5        A    Correct.

6        Q    And then on the 16th is when you put

7    together this plan document and sent it to Naomi,

8    right?

9        A    Correct.

10       Q    Do you recall whether the meeting that you

11   allege happened with Naomi happened on the 16th of

12   January following Jobbie being out of work two and a

13   half days due to a medical need?

14       A    I can't remember the meeting.  I know we

15   had our discussion on that one-on-one meeting.

16       Q    Well, you testified as part of your memory

17   of what happened during this meeting is that

18   Mr. Flowers told you he was catching up on email,

19   right?

20       A    Yes.

21       Q    And if somebody who had a medical event

22   had been out of the office for two and a half days,

23   they'd have a lot of emails to catch up on, wouldn't

24   they?

25       A    I think as far as I remember, the catching