

Deposition of:
# Naomi Sinclair

*May 11, 2021*

In the Matter of:

# Flowers, Jobbiev. Electrolux North America, Inc

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Page 5

```
 1                P R O C E E D I N G S
 2                      *  *  *  *  *
 3                NAOMI DERRICE SINCLAIR,
 4      having been first duly sworn, was examined and
 5                   testified as follows:
 6                        EXAMINATION
 7     BY MS. GESSNER:
 8         Q    Good morning, Ms. Sinclair.  My name is
 9     Michelle Gessner.  We met before.  And I represent
10     Mr. Flowers in this case against Electrolux.
11             For the record, would you please state
12     your full name.
13         A    Naomi Derrice Sinclair.
14         Q    What is your address?
15         A    1509 Scarborough Circle, Concord, North
16     Carolina 28205.
17         Q    Is that the address where you're located
18     right now?
19         A    Yes.
20         Q    What's your telephone number?
21         A    (770) 820-1634.
22         Q    What is your date of birth?
23         A    Six/21/85.
24         Q    What is your race?
25         A    I'm African-American.
```

Veritext Legal Solutions
800.743-DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 2 of 21

Naomi Sinclair                                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 41

1      A    So Flowers, Stein, David Rathy.

2      Q    Can you spell that for madam court

3  reporter?

4      A    Sure.  It's David traditional D-A-V-I-D

5  and last name R-A-T-H-Y.  Let's see Cameron Brown,

6  C-A-M-E-R-O-N, last name Brown.  There was one more.

7  I can't recall -- I can't recall what his name is.

8      Q    Robert Kean?

9      A    Did I say Robert Kean already?  Yes.

10 Robert Kean.

11     Q    That's five individuals.  Do you recall

12 anyone else that you were involved since 2019 to the

13 present in putting that employee on PIP?

14     A    There was one more employee.  I can't

15 recall his name.  He's still actually with us.  He

16 is in Fletcher.  I can't recall -- remember his

17 name.

18     Q    Did you say Fletcher?

19     A    He's in Fletcher, North Carolina.  A

20 different facility.

21     Q    So Mr. Flowers, Stein, Rathy, Brown and

22 Kean all at Electrolux headquarters?

23     A    No.  All except for Rathy.

24     Q    Are Mr. Rathy, Mr. Brown still employed by

25 Electrolux?

Case 3:20-cv-00517-RJC-DCK  Document 13-3  Filed 06/30/21  Page 3 of 21

Naomi Sinclair                                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 52

1          A     Yes.

2          Q     What did you do -- tell me everything you

3     did to try to understand the change in Mr. Flowers'

4     performance evaluations.

5          A     So prior to even placing him on the PIP,

6     having a discussion with his current manager, Kopal,

7     and understanding the challenges she was having.  I

8     also had a conversation with Brenda, who was his

9     former manager at a point, to understand, you know,

10    his history and just to discuss the performance

11    issues that he was currently having.

12               And Brenda informed me that they were

13    not -- they were not new issues.  She had

14    experienced some of the performance challenges in

15    the past prior.

16         Q     What performance challenges are you

17    testifying about that Brenda indicated she had

18    experienced prior?

19         A     The specifics, I don't recall what the

20    specifics were, but I do know that she stated she's

21    had, you know, coaching moments with him, in that,

22    you know, again, some of the things that Kopal was

23    speaking about she was having challenges with.

24    Specifics, I can't recall.  Some of them are

25    outlined in the PIP, but Brenda would have those

Case 3:20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 4 of 21

Page 65

1        A    Correct, no.

2        Q    At any point, did you learn that

3   Mr. Flowers has a disability?

4        A    After he was terminated, yes.

5        Q    How is it you learned that Mr. Flowers had

6   a disability or has a disability?

7        A    Yes, through this case.

8        Q    Were you aware that Mr. Flowers had some

9   illnesses requiring hospital stays and some

10  emergency leave?

11       A    Yes.

12       Q    How is it you became aware that

13  Mr. Flowers had required some hospital stays and

14  emergency leave?

15       A    That was after this case, I found out that

16  he had previously, you know, needed hospitalization.

17  Other than that, it was sick days.  I didn't know it

18  was due to any kind of disability or serious medical

19  need.

20       Q    So I think your testimony -- I understand

21  it -- after the lawsuit was filed you learned about

22  Mr. Flowers' disability; however, you were aware

23  that Mr. Flowers needed emergency leave, sick leave

24  while he was still employed with Electrolux before

25  he was terminated, correct?

Case 3:20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 5 of 21

Naomi Sinclair                                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                                      Page 66

1        A     Emergency -- sick leave -- well, yes, he

2   was -- yes, did take off from, you know, PTO or

3   feeling ill, yes, sick leave, correct.

4        Q     Did you do anything at any point in time

5   to determine whether Mr. Flowers needed an

6   accommodation related to his disability?

7        A     No, because I didn't know he had one.

8        Q     But you are aware that Mr. Flowers had to

9   take several medical days off in a row right before

10  his termination, correct?

11       A     I didn't know that they were due to

12  medical reasons.  I knew that he did take days from

13  being sick.  That could be a cold, a cough or, you

14  know, I did not -- I wasn't aware that it was due to

15  a medical reason, no.

16       Q     But you were aware that he had had

17  emergency leave in the past requiring him to take

18  time off from work, correct?

19       A     Correct.

20       Q     Did you --

21            MR. ALEXANDER:  I apologize.  I've got

22       somebody at the front door and no one else is

23       home.  Could we take just about a 30-second

24       break and I'll be right back?

25            MS. GESSNER:  Let's make it five minutes.

Case 3:20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 6 of 21

Naomi Sinclair                          May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 67

 1         That's good.

 2              (A recess was taken from 11:15 to 11:25

 3         a.m.)

 4    BY MS. GESSNER:

 5         Q    As a reminder, Ms. Sinclair, you're under

 6    oath.  Do you understand that?

 7         A    Yes.

 8         Q    Prior to participating in --

 9    well -- strike that.

10              I think you indicated earlier you called

11    Fisher Phillips after the decision had been made to

12    terminate Flowers but before he was informed; is

13    that correct?

14         A    Correct.

15         Q    Did you discuss -- did you -- were you

16    concerned at all that -- with Mr. Flowers being

17    absent just prior to his termination that there may

18    be some legal risk?

19         A    No.

20         Q    Why?

21         A    Because he was only out at that time, I

22    think, for maybe a couple of days.  So, yeah, there

23    weren't any concerns -- yeah, there weren't any

24    concerns because of that.  It was -- yeah.

25         Q    Did you ask -- did you discuss with anyone

Case 3:20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 7 of 21

Naomi Sinclair                        May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 68

1    whether or not the performance improvement plan

2    should be extended in light of Mr. Flowers' need for

3    leave prior to his termination.

4        A    No, because I wasn't aware he had a need

5    for leave prior to the termination, or at any, yeah,

6    point, during the PIP.

7        Q    At any point during the PIP, you weren't

8    aware that he needed medical leave?

9        A    That he needed to take official leave?

10   No.  I thought he was out just due to, again, being

11   sick.  I didn't know whether that sick was a cold.

12   I didn't know the extent of what his being out was.

13   I think even at one point, Kopal informed me it was

14   due to back pain.  So I wasn't aware that it was due

15   to him needing a leave for an extended amount of

16   time at any time.

17       Q    Did you ever have a single conversation

18   with Mr. Flowers regarding his need for leave to

19   tend to his medical condition?

20       A    I did not because his attendance wasn't

21   never an issue that we -- it was never a problem.

22       Q    So, again, I'm going to show you a

23   document just to have a clear record here.  So give

24   me just a second.

25       A    Okay.

Case 3:20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 8 of 21

Naomi Sinclair                                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 69

1        Q    Do you see a document on your screen?

2        A    Yes.

3        Q    I've marked this document as Bates Number

4   67180 as Exhibit 1 to your deposition, and it

5   appears to be an email that Kopal Rawat sent on

6   October 1 to Jobbie Flowers, Ramesh, Ravi, Robbie,

7   Roy --

8             (Exhibit Number 1 was identified.)

9        A    Sertac.

10        Q    -- indicating that you are the HR BP as of

11   10/1/2019; do you see that?

12        A    Yes.

13        Q    I know you're not copied on it, but I

14   think I you already testified.  That was the first

15   day in which you became the HR business partner for

16   Kopal's team; correct?

17        A    Officially, yes.

18        Q    And again, you've testified you didn't do

19   any independent investigation into any records

20   regarding Jobbie Flowers prior to October 1, 2019 to

21   find out what had been going on with him before you

22   took over as HR BP; is that right?

23        A    That's correct.

24        Q    Other than the one conversation you had

25   with Brenda Simpson about his past performance, you

Case 3:20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 9 of 21

Naomi Sinclair                                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 108

1      A     Surprised that he thought he was being,

2   you know, treated differently because of race or

3   because the PIP was given because of his race.  And,

4   you know, the mention of his disability -- because

5   again, we had no idea that he had a -- that he had

6   diabetes and, you know, also because there was no

7   mention of his race during or after or, you know,

8   before this, before receiving that, his attorney

9   letter.

10     Q     When you say that, again, only to you, is

11  that correct, any time between October -- any time

12  prior to October 1, 2019, you never availed yourself

13  to Mr. Flowers to have a one-on-one conversation,

14  correct?

15     A     Well, we didn't have one-on-one

16  conversation, but even during the PIP meeting and

17  simply as he emailed me regarding his personnel

18  file, if he would have reached out and said, I want

19  to have a meeting with you, they I would have

20  definitely made time to meet with him.

21     Q     You never went back to determine whether

22  Mr. Flowers had asked for a mediator and had

23  expressly complained about the way he was being

24  treated by Ms. Rawat before the PIP or after, did

25  you?

Page 130

1   where you're copied and Brenda's copied to Jobbie

2   that says:  Since last monthly follow up,

3   December 9th, we have missed two weeks due to

4   company holidays or your vacation/sick leaves.  For

5   this reason, your evaluation period has been

6   extended, and I will be scheduling the second month

7   follow up on January 22.

8            Do you see that?

9       A    Yes.

10      Q    It doesn't say anywhere in here that

11  Brenda and Naomi have agreed to extend the follow

12  up, does it?

13      A    It does not.

14      Q    In fact, it says that she, Ms. Rawat, has

15  agreed to extend, correct?

16      A    I don't see where she says she has

17  extended.  It just says "your evaluation period has

18  been extended and I will be scheduling the second

19  month followup meeting."

20      Q    And "I will be scheduling the second month

21  followup on January 22."

22           Do you see that last phrase?

23      A    I do, yes.

24      Q    Again, does Exhibit 12 in any way refresh

25  your recollection of the conversation you had on

Case 3:20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 11 of 21

Naomi Sinclair                          May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                        Page 131

1  December 9th was about Jobbie?

2      A    You mean the Skype conversation between

3  Kopal and I?

4      Q    Yes, ma'am.

5      A    It's likely -- I don't remember the actual

6  meeting, what took place or what led her to ask me

7  to go over the PIP.  I don't remember, again,

8  verbatim.  I don't remember the specific meeting.

9  But again, it's very likely that that was the

10 scenario that presented itself is the reason why she

11 asked me to review the PIP again with him.

12     Q    And you're aware that Kopal and Jobbie had

13 one-on-ones other than these monthly meetings,

14 correct?

15     A    Correct.

16     Q    You never sat in on any of those

17 one-on-ones to determine or observe how Kopal

18 conducted herself in these one-on-one meetings with

19 Mr. Flowers, did you?

20     A    I did.

21     Q    You did?

22     A    I did sit in one, yes, I did.

23     Q    When did you sit in a one-on-one meeting

24 with Kopal and Jobbie?

25     A    I believe it was in January.  It was in

Case 3:20-cv-00517-RJC-DCR   Document 13-3   Filed 06/30/21   Page 12 of 21

Naomi Sinclair                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 150

1   anything to review any of the chronology of events

2   that happened prior to you taking on HR business

3   partner by email, correct?

4        A    By email, no.

5        Q    Only spoke to Kopal?

6        A    And Brenda.

7        Q    You never reached out to Jobbie to

8   get -- to have a one-on-one just with him to

9   understand his perspective as to what may have been

10  going on prior to you becoming the HR business

11  partner, correct?

12       A    Correct.

13       Q    He actually sent you the email asking for

14  his employee file, only copied you in which you had

15  an open opportunity to invite him to sit down and

16  talk and you didn't ask him to; is that true?

17       A    Well, I did ask him to let me know if

18  there were any issues.  But again, just as that

19  email was sent asking for that, my calendar was

20  open, so he could have put time on my calendar to

21  talk or suggested it, similar to how it was

22  suggested in the past with Alexa.

23       Q    You, at no point, made any effort

24  whatsoever to schedule time with Jobbie to speak

25  with him his experience with Rawat, did you?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3.20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 13 of 21

Page 152

```
1        Q     To the urgent care; do you understand
2   that?
3        A     Yes.
4        Q     And on Exhibit 14, the very next day on
5   January 14th, Mr. Flowers was out sick after having
6   to go to urgent care, the evening before; do you see
7   that?
8        A     Yes.
9        Q     You don't recall whether you knew in
10  realtime this was going on or not; is that true?
11       A     That's correct.
12       Q     I'm going to show you what's been marked
13  as Exhibit 16 which reflects another email where
14  Mr. Flowers was out sick on January 15th.  Do you
15  see that as well?
16             (Exhibit Number 16 was identified.)
17       A     Yes.
18       Q     He was out from the 13th through the 15th.
19  Were you aware that Mr. Flowers had had a medical
20  event requiring to be out these three days?
21       A     It's likely.  I can't recall.  Kopal may
22  have reached out and informed me.  But again,
23  usually managers don't, unless it goes beyond that
24  three-day period.  But so she.
25       Q     Even an employee that you're aware has a
```

Case 3.20-cv-00517-RJC-DCK  Document 13-3  Filed 06/30/21  Page 14 of 21

Naomi Sinclair                                May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 154

1    January 16, 2020 because he had just taken three

2    medical days?

3         A    There wasn't a need to do anything, again,

4    based on the one-on-one that we had with him.  It

5    was pretty evident that, you know, how the progress

6    of his PIP or the outcome, what it would be.  So it

7    was -- no need to look into this further or about

8    his days being out of the office, because again, it

9    wasn't -- it wasn't to the point where he needed to

10   request an official leave of absence because he had

11   only been out of the office three days, and he

12   didn't express the need to be out longer or he

13   wasn't out longer even if he didn't express the need

14   for it.

15   BY MS. GESSNER:

16        Q    So let me make sure I understand.  Even

17   though you knew that Mr. Flowers had a disability,

18   your testimony is that you put your head in the sand

19   and pretended that he didn't take the three days off

20   and even do anything to make sure he received FMLA

21   paperwork or any type of paperwork following these

22   three days even after Mrs. Rawat came to you with a

23   writeup just the day following?

24        A    Incorrect.  I mean, he had already had the

25   number for UNUM, he had been provided that to his

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 15 of 21

Naomi Sinclair                                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                                    Page 158

1       A    I'm aware, yes.

2       Q    So you say you meet with him after, but

3  the date of the email regarding the plan doc is on

4  January 16, correct?

5       A    Again, he had taken vacation or had leave.

6  So whether it was that specific time where he took

7  the days off or the vacation, sick days, not sure.

8  Whether it was before, not sure.  There had been a

9  number of, you know, times where he had taken

10 vacation or, you know, a couple days of leave, you

11 know, in and out of the office, sick time.  So --

12 but it was somewhere around there.

13      Q    Okay.  What do you recall about this

14 one-on-one meeting that you so vividly remember

15 attending but don't remember when it was?

16      A    Yeah, I recall -- and the reason why is

17 it's rare that an employee, you know, is questioned

18 by their manager, specifically in this case he was

19 asked about what he had been working on, what

20 projects, what he had been completing throughout

21 that week, and his response stood out to me because,

22 you know, he kind of had a smirk, and he stated that

23 he had been checking some emails, and that he

24 completed one assignment.  And I wasn't really

25 familiar with the length of time that it took to

Case 3.20-cv-00517-RJC-DCR   Document 13-3   Filed 06/30/21   Page 16 of 21

Naomi Sinclair                                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 159

1    complete whatever that assignment was, so I remember

2    asking, you know, Okay.  Well, how long does it

3    usually take to complete this assignment that he's

4    stating he's worked on for the past three or four

5    days?  And the time period that Kopal responded

6    with, it was not even a half a day worth of work.

7              And so, you know, again, that stood out to

8    me, that situation because I said, Okay.  We have an

9    employee that is on a performance improvement plan

10   and is not able to at least try to muster up some,

11   you know, reason as to why he hasn't been working

12   for a few days while he's at work but not

13   performing, it's quite unusual.

14             And then, again, at the end, as Jobbie

15   always did, he wrapped it up in a positive way,

16   stating -- you know, he just had a very positive

17   attitude at the end of it.

18             And Kopal was very serious in delivering

19   the message to him, and it was just a disconnect

20   there by -- it was a disconnect there.  So like I

21   said, again, that's memorable because things like

22   that usually don't happen, and that stood out to me.

23        Q    And you did testify just a few moments ago

24   that this meeting occurred after Mr. Flowers had

25   been out of the office on medical leave, correct?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar.carolinas@veritext.com    www.veritext.com
Case 3:20-cv-00517-RJC-DCR   Document 13-3   Filed 06/30/21   Page 17 of 21

Naomi Sinclair                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                        Page 160

1       A    I don't know if it was medical leave or

2   vacation.

3       Q    Again, you are unaware of whether

4   Mr. Flowers took any vacation in January of 2020,

5   correct?

6       A    I don't monitor -- correct, because I

7   don't monitor vacation or leave unless it's to the

8   point where it is, you know, it's brought to my

9   attention as a salaried exempt employee.  He's

10  allowed -- like any employee, allowed to take up to

11  three days of leave without me being informed.

12      Q    You were aware he was out of the office on

13  a medical leave from the 13th through the 15th of

14  January, correct?

15      A    I guess when you say "medical," to me I

16  think of -- I was aware he was sick, but I didn't

17  know that it was a medical situation, medical leave.

18      Q    Does everyone who's sick go to urgent

19  care?

20      A    Everyone who's sick, no.

21      Q    Isn't urgent care for urgent illnesses?

22      A    Yeah, could be.

23      Q    You're aware that Mr. Flowers went to

24  urgent care on the 13th of January, correct?

25      A    Correct.  Again, I went to urgent care for

Case 3.20-cv-00517-RJC-DCK  Document 13-3  Filed 06/30/21  Page 18 of 21

Naomi Sinclair                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                        Page 161

1   a bee sting.  So --

2        Q    You don't have diabetes, do you?

3        A    I don't.

4        Q    When was the decision made to terminate

5   Mr. Flowers?

6        A    After that one-on-one.

7        Q    So whatever date the one-on-one you say

8   you attended was when the decision was made to

9   terminate?

10       A    Is when Kopal and I had a discussion

11  following that meeting, you know, the next step

12  being termination.

13       Q    Again, my question is very specific.  When

14  did Electrolux make the decision to terminate Jobbie

15  Flowers?

16       A    It had to be within -- again, the

17  discussion begun after that meeting.  The final

18  decision was made, maybe within the next day or two,

19  once, you know, Brenda, Kopal and I met to discuss

20  what had taken place up until that point.

21       Q    Again, during this one-on-one that you

22  recall, Mr. Flowers didn't raise his voice, correct?

23       A    No, he did not.

24       Q    He didn't stomp out of the meeting,

25  correct?

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3.20-cv-00517-RJC-DCR   Document 13-3   Filed 06/30/21   Page 19 of 21

Naomi Sinclair                                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 162

1       A    No, he did not.

2       Q    He didn't refuse to do any work, did he?

3       A    No.

4       Q    Did you contact Fisher Phillips prior to

5   Mr. Flowers being terminated?

6       A    Yes.

7       Q    Do you recall when?

8       A    Within, I would say, maybe the week of or

9   the week prior to him being terminated.

10      Q    Why did you contact Fisher Phillips?

11      A    Just a process I normally take to walk

12  through, you know, where we are, what led to this

13  decision and the progress of the PIP and just so

14  that, you know, they're in the know as to what has

15  taken place.

16      Q    Again, I think you testified a couple

17  hours ago but I want to be clear, the PIP is the

18  first step in the process and it's your practice to

19  always contact Fisher Phillips before you put

20  someone on a PIP; is that correct?

21      A    Yes, 99 percent of the time, yes.

22      Q    Were you present at the meeting when

23  Mr. Flowers informed you he was being terminated?

24      A    Yes.

25      Q    Who else was present?

Case 3.20-cv-00517-RJC-DCK   Document 13-3   Filed 06/30/21   Page 20 of 21

Naomi Sinclair                    May 11, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 163

1       A    Brenda Simpson and Kopal.

2       Q    And it is true that the performance

3  improvement period was cut short for Mr. Flowers;

4  isn't that true?

5       A    That's correct.

6       Q    Why?

7       A    Because there wasn't progress that was

8  being made.  Yeah, it wasn't any progress being

9  made.

10      Q    According to Kopal, correct?

11      A    Correct.

12      Q    Once you received a copy of the EEOC

13 charge filed by Mr. Flowers, did you in any way --

14 do you participate in any internal interviews of

15 witnesses regarding Mr. Flowers?

16      A    No.

17      Q    Did any other employee ever complain to

18 you about Mr. Flowers?

19      A    No.

20      Q    Isn't it true that all of the feedback you

21 are aware of regarding Mr. Flowers' performance came

22 directly from Ms. Rawat?

23      A    And Brenda Simpson, yes.

24      Q    And Ms. Simpson's evaluation of him was

25 all before Ms. Rawat; is that correct?

Case 3.20-cv-00317-RJC-DCR  Document 13-3  Filed 06/30/21  Page 21 of 21