# Exhibit 1 of Kopal Rawat Declaration

**From:** Kopal Rawat
**Sent:** Monday, October 14, 2019 1:56 PM
**To:** Roy Harris; Kopal Rawat
**Subject:** CEC Workforce Optimization Upgrade - Total Cost of Ownership

**Kopal Rawat 8:19 AM:**
Hi Roy - GM - Can you please attend 9am meeting today and tomorrow for me?
**Roy Harris 8:19 AM:**
yes, absolutely.
**Kopal Rawat 8:19 AM:**
thank you
**Roy Harris 8:22 AM:**
Also, have you heard anything from Brenda on WFO? I know she has a lot of things on her plate, but we need some direction on strategy and next steps.
**Kopal Rawat 8:23 AM:**
Not yet.. let me follow up
**Kopal Rawat 8:23 AM:**
Hey Roy - did u know that there was a fulcrum issue last night?
**Roy Harris 8:24 AM:**
I saw a ticket that came into the queue kind of late in the afternoon, but no one said anything here before I left.
**Kopal Rawat 8:24 AM:**
ok.. if its asked in 9am meeting.. pls let them know that we have another meeting at 10 to discuss the same
**Roy Harris 8:25 AM:**
will do
**Kopal Rawat 8:25 AM:**
and will be able to provide more information post then
**Kopal Rawat 8:25 AM:**
I mentioned the same to Arthur
**Kopal Rawat 8:25 AM:**
you might want to get more info from Sertac
**Kopal Rawat 10:14 AM:**
Roy - I just responded to your question
**Kopal Rawat 10:14 AM:**
let me know if you need anything else
**Roy Harris 10:14 AM:**
will do. thank you!
**Kopal Rawat 10:14 AM:**
np
**Kopal Rawat 10:14 AM:**
do u need me for SharePoint migration meeting?
**Roy Harris 10:20 AM:**
not today :) as long as we continue to see progress, then everything will be good
**Kopal Rawat 10:20 AM:**
cool
**Kopal Rawat 8:50 AM:**
Hi Roy.. GM.. just confirming if you are still good with 9am call
**Roy Harris 8:51 AM:**
yes, absolutely
**Kopal Rawat 8:51 AM:**
thank you
**Roy Harris 8:51 AM:**

**Kopal Rawat 8:51 AM:**
no problem at all...  Happy Friday!
**Kopal Rawat 8:51 AM:**
Happy Friday!
**Kopal Rawat 8:53 AM:**
Roy - out of cusriostiy.. we keep calling the project WFO replacement project but isnt it an upgrade that we are doing for the same product?
**Roy Harris 8:55 AM:**
yes and no.  It is an upgrade in the sense that we are getting their next version, but replacement in the sense that it will be installed on all new servers, data migration, and eventual cutover from the old system to the new.  There is nothing that will be actually "upgraded"
**Roy Harris 8:55 AM:**
It will be a big project
**Kopal Rawat 8:56 AM:**
got it! For me replacement meant going to another application...like QSI replacement
**Kopal Rawat 8:56 AM:**
but..thank you for the details
**Roy Harris 8:56 AM:**
no problem at all
**Roy Harris 8:59 AM:**
well, now that I think about it....  (you got me thinking)  it will also be a replacement in the sense that we will no longer be using the Avaya branded version.  The new installation will be the Verint brand
**Kopal Rawat 9:01 AM:**
hmm... ok
**Kopal Rawat 9:02 AM:**
makes sense
**Roy Harris 10:41 AM:**
Hello...  let me know when you have a moment for a quick call regarding Verint and WFO.
**Kopal Rawat 10:47 AM:**
I have a meeting at 11 but I am good now
**Kopal Rawat 10:47 AM:**
u wannt to call my cell?
**Roy Harris 10:47 AM:**
sure thing
**Kopal Rawat 1:17 PM:**
Roy - for our project discussion... do you have any topics to discuss?
**Kopal Rawat 1:18 PM:**
I gave you an insight on the Supplier Web project recently so i am good from my side
**Roy Harris 1:20 PM:**
no :) We spoke about WFO already today
**Kopal Rawat 1:29 PM:**
I spoke to Jobbie and Sertac this week... Jobbie will help build user stories and Sertac will write test cases in HPQC for Supplier Web
**Kopal Rawat 1:29 PM:**
I have asked Jobbie to look at the agile documentation that I sent to create one user story for Home page (Supplier Web)
**Kopal Rawat 1:30 PM:**
let see...
**Roy Harris 1:31 PM:**
I do have one more question about Sharepoint Migration
**Kopal Rawat 1:31 PM:**
sure
**Roy Harris 1:31 PM:**
Have you had any discussions with Jobbie on what was expected of him?
**Roy Harris 1:33 PM:**
He has not been to the past two meetings and when I reached out to him, he stated that he was under the impression that his part of the work was completed (the IT SharePoint sites).  A few of those (IT sites) still need to be

put into the correct state, but I assumed that once those were completed, then he would go back to the backlog and get more sites that need to be migrated.

**Kopal Rawat 1:34 PM:**
that is correct

**Roy Harris 1:34 PM:**
He said he would be sure to attend next week so we could discuss, but I wanted to check with you first.

**Roy Harris 1:34 PM:**
which is correct? his assumption or mine?

**Kopal Rawat 1:34 PM:**
Roy

**Kopal Rawat 1:34 PM:**
let me call you

**Roy Harris 1:34 PM:**
ok

**Kopal Rawat 1:43 PM:**
Hi Roy - do you have a few min to talk on Avaya WFO with legal and purchasing

**Kopal Rawat 1:43 PM:**
sorry for last min notice

**Roy Harris 1:43 PM:**
sure thing

**Kopal Rawat 1:43 PM:**
Purchasing mentioned that the contract was renewed recently

**Kopal Rawat 1:43 PM:**
let me fwd u the meeting