# Exhibit 1 of Alexa Moor Declaration

**To:** Jobbie Flowers[jobbie.flowers@electrolux.com]; Kopal Rawat[kopal.rawat@electrolux.com]
**Cc:** Brenda Simpson[brenda.simpson@electrolux.com]
**From:** Alexa Moor[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0B40D864582A4AA3A4B40091D1A0C8E5-MOORALE]
**Sent:** Fri 7/19/2019 11:43:52 AM (UTC-04:00)
**Subject:** RE: HR

Hi Jobbie,

I'll send you a calendar invite for later next week (I'm out Monday and Tuesday). If there's anything urgent, please let me know.
Thanks,

--
**Alexa Moor, SHRM-SCP**
Human Resources Business Partner
IT, International, Legal, Risk

Electrolux Major Appliances North America
10200 David Taylor Drive
Charlotte, NC 28269
704.307.0293
alexa.moor@electrolux.com
Shape living **for the better.**
Act sustainably. Create better experiences. Always improve.



**From:** Jobbie Flowers
**Sent:** Friday, July 19, 2019 11:35 AM
**To:** Alexa Moor <alexa.moor@electrolux.com>; Kopal Rawat <kopal.rawat@electrolux.com>
**Cc:** Brenda Simpson <brenda.simpson@electrolux.com>
**Subject:** RE: HR

Good Afternoon Alexa,

We haven't met formally so I would like to meet with you if you have availability next week. Also, I think your guidance can help with a challenge I'm currently facing.

Regards,

**From:** Alexa Moor
**Sent:** Friday, July 19, 2019 11:24 AM
**To:** Jobbie Flowers <jobbie.flowers@electrolux.com>; Kopal Rawat <kopal.rawat@electrolux.com>
**Cc:** Brenda Simpson <brenda.simpson@electrolux.com>
**Subject:** RE: HR

Hi Kopal and Jobbie,

Is this for medical leave or for general HR questions/inquiries?

--
**Alexa Moor, SHRM-SCP**
Human Resources Business Partner
IT, International, Legal, Risk

Electrolux Major Appliances North America
10200 David Taylor Drive
Charlotte, NC 28269
704.307.0293
alexa.moor@electrolux.com
Shape living **for the better.**



Act sustainably. Create better experiences. Always improve.

**From:** Jobbie Flowers
**Sent:** Friday, July 19, 2019 11:11 AM
**To:** Kopal Rawat <kopal.rawat@electrolux.com>; Alexa Moor <alexa.moor@electrolux.com>
**Cc:** Brenda Simpson <brenda.simpson@electrolux.com>
**Subject:** RE: HR

Thanks Kopal

**From:** Kopal Rawat
**Sent:** Friday, July 19, 2019 11:01 AM
**To:** Alexa Moor <alexa.moor@electrolux.com>
**Cc:** Jobbie Flowers <jobbie.flowers@electrolux.com>; Brenda Simpson <brenda.simpson@electrolux.com>
**Subject:** HR

Hi Alexa,

Jobbie would like to reach out to HR and would like to know what is the process.

Thanks,

**Kopal Rawat**
Application Development & Support Manager
Electrolux Major Appliances - NA
Email – kopal.rawat@electrolux.com
Mobile – 980-205-5860