# Exhibit 2 of Alexa Moor Declaration

To: Kopal Rawat[kopal.rawat@electrolux.com]
From: Alexa Moor[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0B40D864582A4AA3A4B40091D1A0C8E5-MOORALE]
Sent: Wed 7/24/2019 2:54:54 PM (UTC-04:00)
Subject: PIP Template
PIP Template.docx

--
**Alexa Moor, SHRM-SCP**
Human Resources Business Partner
IT, International, Legal, Risk

Electrolux Major Appliances North America
10200 David Taylor Drive
Charlotte, NC 28269
704.307.0293
alexa.moor@electrolux.com
Shape living **for the better.**
Act sustainably. Create better experiences. Always improve.



Confidential - Subject to Protective Order	ELECTROLUX054787



Employee's Name:

Employee's Title/Department:

Date:

Supervisor:

PIP __X__   Verbal Warning _____   Written Warning _____   Final Warning _____

### Summary of situation, issue or concern:
1. Tone/Attitude towards others – *Summarize the behavior that will not be tolerated. Please include specific examples.*
2. Work Environment – *Summarize how his behavior/demeanor is preventing a comfortable work environment for team members. Please include specific examples.*
3. *Please add any additional behaviors/issues/examples that I have missed.*

### Steps necessary to correct situation, issue or concern:

Consistent with the expectations of the role outlined above, the following are critical objectives. The accomplishment of these is necessary for you to demonstrate performance improvement:

**Objective 1:** Openness – *Employee needs to improve his ability to collaborate and include team members. The expectation as a Senior Manager is to provide an engaged and effective environment for the team to succeed...*

**Objective 2:** Communication – *Employee needs to improve his overall communication style as it relates to his team members and peers...*

**Objective 3:** Feedback – *Employee needs to be able to listen and receive feedback/critiques...*

### Time frame in which to correct the issue:
1. During the next 90 days we will meet bi-weekly to review current performance related to the objectives defined in this letter.
2. Immediate and sustained improvement must be demonstrated. If any portion of this plan is not satisfied during the specified timeframe, disciplinary action up to and including termination of employment may occur. A decrease in performance after successfully completing the Plan may result in disciplinary action up to and including termination of employment.

**Employee comments:**

Confidential - Subject to Protective Order

ELECTROLUX054788

**Results:**

*I have been presented with the above information, my signature does not necessarily mean that I agree with the statements, only that I have been presented with the contents.*

_____           _____
Employee's signature                                                                                Date

_____           _____
Supervisor's signature                                                                              Date
_____           _____
Human Resource's signature*                                                                    Date
*required for final warning & terminations


**Update Meetings Progress:**

Confidential - Subject to Protective Order                                                                       ELECTROLUX054789