# Exhibit 3 of Alexa Moor Declaration

| To: | Brenda Simpson[brenda.simpson@electrolux.com]; Dan Good[dan.good@electrolux.com] |
|---|---|
| Cc: | Mikael Rubensson[mikael.rubensson@electrolux.com] |
| From: | Alexa Moor[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0B40D864582A4AA3A4B40091D1A0C8E5-MOORALE] |
| Sent: | Tue 9/17/2019 12:05:19 PM (UTC-04:00) |
| Subject: | RE: One-On-Ones |

Adding Dan. @Dan – Kopal (newer manager in IT) and Jobbie have been working through a few things as it relates to the employee/manager relationship. I met with them separately and together the beginning of August and things were going fine. I think it would be beneficial for you to be in this next meeting. How is your morning tomorrow as I know this afternoon is completely booked?

--
**Alexa Moor, SHRM-SCP**
Human Resources Business Partner
IT, International, Legal, Risk

Electrolux Major Appliances North America
10200 David Taylor Drive
Charlotte, NC 28269
704.307.0293
alexa.moor@electrolux.com
Shape living **for the better.**
Act sustainably. Create better experiences. Always improve.



---

**From:** Brenda Simpson
**Sent:** Tuesday, September 17, 2019 9:54 AM
**To:** Alexa Moor <alexa.moor@electrolux.com>
**Cc:** Mikael Rubensson <mikael.rubensson@electrolux.com>
**Subject:** FW: One-On-Ones
**Importance:** High

Alexa,

I know that today is the day before you leave, but is there anyway you can help me by talking to them today to see what is going on? We probably need to help transition to Dan as well as I'm not sure this will be resolved in a day.

Thanks,
Brenda

**From:** Jobbie Flowers
**Sent:** Tuesday, September 17, 2019 9:46 AM
**To:** Brenda Simpson <brenda.simpson@electrolux.com>
**Subject:** FW: One-On-Ones

FYI -  Please see Kopal's note.  I think this level of communication requires a mediator.

**From:** Kopal Rawat
**Sent:** Monday, September 16, 2019 11:00 PM
**To:** Jobbie Flowers <jobbie.flowers@electrolux.com>
**Subject:** RE: One-On-Ones

Hi Jobbie,

You are trying to misquote what was discussed in our meeting. Here are the minutes of our meeting today.

**Minutes of our one on one today**
1. We discussed last week to review CAB documentation. You mentioned that you did not get a chance to work on this and I

completely understand this. We met last Wednesday and you worked on THD support, PPAP and Scorecard deployment last week. We discussed to pick this up in our next meeting.

2. I mentioned that it felt that you sounded frustrated last week and as this happened in front of the team, someone from the team showed their concern. At this point, you mentioned that you think you know when this happened and brought up the SharePoint process discussion that happened in front of the team. I agreed that it was good for you to raise concern but asked you bring it up calmly. Also, I highlighted the process discussion has helped the team generate steps which help our migration in the long run.

3. I also brought up as an example, last week's THD discussion on Wednesday. When you reviewed THD with me, you sounded agitated to me as you kept on repeating that you have already done these training before and have had similar conversation about transition THD on-call support with Brenda. I let it go that day as I thought you must be tired from THD on call. But when this happened again the next day and one of the team member raised a concern, I wanted to make sure that you are provided this feedback.

4. Lastly, I checked with you what were you using the Visual Studio Enterprise license for. When you answered to learn development, I mentioned that Ravi is getting some hurdles to working on Supplier Web on his Visual Studio Professional version and it will be great that the licenses are exchanged between the two of you so that Ravi can make required effort to build POC for Supplier Web migration is Azure. I also mentioned that I have budgeted the license for next year and will be able to assign you back Visual Studio Enterprise next year. At this point you got upset again and brought up multiple things:

    1. You had worked hard with Brenda to gain this license so that you can learn development – I answered this by saying that you can learn development using Visual Studio Professional as well. There are a few libraries that are built using Visual Studio Enterprise and therefore Ravi needs the license more right now.

    2. You mentioned that as a Team Lead you need to have access to all the things that the team has – I said that I understand and this is the reason when the request to gain access to UAT and Dev .NET servers was created earlier in the year, it had been requested for everyone in the Application Support Team. I have attached the emails associated to those requests in this email as well.

    3. As you were getting more upset, I asked you to not take anything negatively. At this point, I mentioned that I changed the one-on-one meeting schedule so as to make sure that we discuss tasks that are consuming your time right now in an effort to find efficiencies via documentation and identifying support system. Once this is done, you will be able to focus more on other projects.

5. At last, you mentioned that you thought that I was doing this as a retaliation to the HR meeting and I said no to it. And after gauging your irrational thought process, I decided that it is best if we close the meeting and checked with you on the same. To which you agreed that the meeting can be closed.

In summary, I would also like to say that it was me who advocated for these weekly meetings to stay more involved with your efforts so that I can prioritize your tasks as well as make sure that you are able to help the team and its direction. I have said the same in my meeting invite as well (attached). One-on-one's are not cumbersome to me and I definitely feel it as a required step for me to spend quality time with my team members. I ask you to take a positive approach towards our discussions so that we as a team can be successful.

However, I feel from our conversation today and the email you sent me that you are taking this very negatively and therefore I am sending this detailed email noting why some of the things that you mentioned in your email are misquotes taken out of the context. I ask you once again to take our discussions positively so that we can make the team successful. Taking these negatively will not be beneficial to your, mine or company's time.

To reiterate, I am still up for our weekly meeting, however, I would like to make our one-on-one more productive and it is only going to be possible if you come to these meetings with a positive, calm approach and an open mind. I think that is the key to the success of us as a team.

Thanks,

**Kopal Rawat**
Application Development & Support Manager
Electrolux Major Appliances - NA
Email – kopal.rawat@electrolux.com
Mobile – 980-205-5860

**From:** Jobbie Flowers
**Sent:** Monday, September 16, 2019 11:59 AM

**To:** Kopal Rawat <kopal.rawat@electrolux.com>
**Subject:** One-On-Ones

Hi Kopal,

In today's One-On-One you stated, "well, you are the one that wanted to have additional One-On-Ones" like it was burdensome. You may view it as a burden but I thought it was something that we could benefit from. We can discontinue our weekly One-On-Ones going forward. Also, I mentioned today that I thought you were trying to get back at me by reprimanding me for having an opinion in our daily standup and how I described the history of THD support last week. I only had an opinion as a Team Lead and nothing more.

I know it is Alexa's last week but I will try to figure our what to do next (if you don't fire me first).

Best Regards,

**Jobbie Flowers**
**CAB Lead – North America**
**IT Team Lead – BASE**

**Electrolux Major Appliances**
10200 David Taylor Drive, Charlotte, NC 28262
Mobile: 704.773.4811

jobbie.flowers@electrolux.com

*"Don't limit your challenges.  Challenge your limits."– Unknown*