# EXHIBIT 2

Disability Status

Disabled                    No

Disability Type