# EXHIBIT 3



# Year-End Review 2017

Review Period  01/01/2017 - 31/12/2017



**REVIEWER**

Brenda Simpson (Manager)



## Jobbie Flowers

Team Lead, Application Support
Position



### Task instructions

The Year-End Review should be based on a dialogue about business objectives and Core Competences fulfillment.

**The Year-End Review timeline is November - January and consists of:**

• An evaluation of the business objectives **(WHAT),** Core Competences **(HOW)** and overall performance. During this evaluation, it is important to remember that **HOW** the objectives were achieved is equally important to **WHAT** was achieved.

• A review of your development plan.

• Upward feedback to your manager.



## Directions

Review and evaluate the degree to which each objective has been fulfilled for the current/past year.

## Rating scale

| Rating | Description |
|---|---|
| Below expectations | The outcome is mostly in line with the expectations but with some important gaps between expectations and actual performance. |
| Meets expectations | Meets expectations. The outcome is fully in line with what is expected. |
| Exceeds expectations | Meets and usually exceeds expectations. The outcome is often better than expected. |

## Deliver IT Operational Excellence and Efficiency

Improve SLA for Incident and Service Request Resolution from 92% (2016 Result) to >94%.  Leverage ServiceNow (SN) and SN Qlikview application to track.

| Start date | Due Date | Status |
|---|---|---|
| 01/01/2017 | 31/12/2017 | Completed |

| Success descriptors | Description |
|---|---|
| Below expectations | |
| Meets expectations | |
| Exceeds expectations | |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Leverage ServiceNow (SN) and SN Qlikview application to track or Monthly Communications Report** | 01/01/2017 | 31/12/2017 | 100% |

| Reviewer | Rating |
|---|---|
| **Jobbie Flowers** (Self) | Meets expectations |
| **Brenda Simpson** (Manager) | Meets expectations |

## Deliver IT Operational Excellence and Efficiency

Improve SLA for Frozen Forecast from 70% (2016 Result) to >75%.



| Start date | Due Date | Status |
|---|---|---|
| 01/01/2017 | 31/12/2017 | Completed |

| Success descriptors | Description |
|---|---|
| Below expectations | |
| Meets expectations | |
| Exceeds expectations | |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Based on Monthly Communications Report** | 01/01/2017 | 31/12/2017 | 100% |

| Reviewer | Rating |
|---|---|
| **Jobbie Flowers** (Self) | ⭐⭐☆ Meets expectations |
| **Brenda Simpson** (Manager) | ⭐⭐☆ Meets expectations |

## Deliver IT Operational Excellence and Efficiency

Improve first time resolution to >80%

| Start date | Due Date | Status |
|---|---|---|
| 01/01/2017 | 31/12/2017 | Completed |

| Success descriptors | Description |
|---|---|
| Below expectations | |
| Meets expectations | |
| Exceeds expectations | |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **2014 was 81.9% 2015 was 74.2% 2016 was 78.7%** | 01/01/2017 | 31/12/2017 | 100% |

| Reviewer | Rating |
|---|---|
| **Jobbie Flowers** (Self) | ⭐⭐☆ Meets expectations |
| **Brenda Simpson** (Manager) | ⭐⭐☆ Meets expectations |

## Other

Development of a Satisfaction Scorecard to measure effectiveness of services we provide.



**Start date**
01/01/2017

**Due Date**
31/12/2017

**Status**
Completed

| Success descriptors | Description |
|---|---|
| Below expectations | |
| Meets expectations | |
| Exceeds expectations | |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **1A) Identify key application to measure 2) Work with relationship manager's for input 3) identify media to reporting 4) begin beta testing 5) refine survey 6) prepare for 2018 roll out across larger application footprint 7 actively participate in Toastmasters** | 01/01/2017 | 31/12/2017 | 100% |

| Reviewer | Rating |
|---|---|
| **Jobbie Flowers** (Self) | Meets expectations |
| **Brenda Simpson** (Manager) | Meets expectations |



## Core Competences (HOW)

### Directions

The Core Competences describe the expected behaviors and actions for all Electrolux employees at any given time.

Please provide feedback by giving examples of achievements as well as areas of improvement based on the Core Competences.



### Rating scale

| Rating | Description |
|---|---|
| Below expectations | The outcome is mostly in line with the expectations but with some important gaps between expectations and actual performance. |
| Meets expectations | Meets expectations. The outcome is fully in line with what is expected. |
| Exceeds expectations | Meets and usually exceeds expectations. The outcome is often better than expected. |



# Year-End Rating

## Rating scale

| Rating | Description |
|---|---|
| Consistently exceeds expectations | The performance is at an exceptional level, beyond expectations. Significantly contributes to the business and the team. Achieves outstanding results and sets and pursues very ambitious targets high above the norm. |
| Exceeds expectations | The performance is above expectations. The outcome is often better than expected and contributes to the business and the team. Delivers excellent results and explores and identifies opportunities to create superior value. |
| Meets expectations | The performance meets expectations. Keeps deadlines, budget, milestones etc. Delivers the work that has been assigned and gets all important things done. Works consistently, effectively and creates value. |
| Below expectations | The performance partially meets expectations. At times shows difficulties in keeping deadlines, budget, milestones etc. Delivers only some of the work that has been assigned. |
| Unsatisfactory | The performance is insufficient and the results delivered do not meet expectations. Does not keep deadlines, budget, milestones etc. Lacks understanding of what is required. |

## Annual Business Objectives Achievement

## Provide comments and rationale on the fulfillment of business objectives and day-to-day activities (WHAT).

| Comments |
|---|

**Jobbie Flowers** (Self):

1.) Improve SLA for Incident and Service Request Resolution from 92% (2016 Result) to >94%. Leverage ServiceNow (SN) and SN Qlikview application to tracks

**2.) Improve SLA for Frozen Forecast from 70% (2016 Result) to >75%.**

**3.) Improve first time resolution to >80%**

**Brenda Simpson** (Manager):

SLA for incidents and service request resolution meets expectations.

Frozen forecast SLA was below target but a bit improved from previous year.

First time resolution met expectations.



## Core Competences

### Provide comments and rationale on the fulfillment of behaviors based on the Core Competences (HOW).

| Comments |
| --- |

**Jobbie Flowers** (Self):

1.) Leverage ServiceNow (SN) and SN Qlikview application to track or Monthly Communications Report - 98.29%

2.) Based on Monthly Communications Report - 61.90%

3.) First time resolution improved from 78.7% in 2016 to 81.33% in 2017

**Brenda Simpson** (Manager):

Delivers results

Shows ambition and drive on projects

Customer focused

Works collaboratively with other teams

Shows good acumen

Ability to learn and adjust to new things

Always willing to help

Has improved team members relationships and continues to seek feedback and coaching for areas of opportunity

## Overall performance rating

| Reviewer | Rating |
| --- | --- |
| **Jobbie Flowers** (Self) | ★★★☆☆ Meets expectations |
| **Brenda Simpson** (Manager) | ★★★☆☆ Meets expectations |

### Provide comments and rationale to support the overall performance rating.

| Comments |
| --- |

**Jobbie Flowers** (Self):

I refer to 2017 as "The Year of Challenges". I feel that I've been able to adapt and perform at a high level even through all of the changes that occurred in IT and within the Electrolux organization in general. I really challenged myself by facing my fears in many areas, i.e., presenting in Townhall Meetings, thinking outside of the box.

**Brenda Simpson** (Manager):

Jobbie is always willing and eager to help in any situation. He works well with the business and other teams to understand



and respond to needs as they arise. He is adjusting well to new ways of working within BASE support and has been willing to adapt. He works to step out of his comfort zone. He has worked diligently to help cross train team members within BASE support to break down internal silos. He asks for feedback and is very open to listen and adjust. Continue to focus on relationships with team members as you have this past six months. Have seen a lot of improvement within the team as a whole.



# Development Plan

## Directions

To modify and update your progress, click <u>here</u> before submitting the Year-End Review.

## Join Toastmasters

| Item | Type | Due date |
|---|---|---|
| Join Toastmasters | Action Step | 31/12/2017 |
| Participate in Townhall Meetings | Action Step | 31/12/2017 |
| Hold Meetings and get feedback from team | Action Step | 31/12/2017 |

Case 3:20-cv-00517-RJC-DCK   Document 13-15   Filed 06/30/21   Page 11 of 27



## Summary

### Overall Rating

**Year-End Review 2017**
Jobbie Flowers

## Meets expectations

Case 3:20-cv-00517-RJC-DCK   Document 13-15   Filed 06/30/21   Page 12 of 27



# Year-End Review 2018

## Review Period  01/01/2018 - 31/12/2018



**REVIEWER**
Brenda Simpson (Manager)



### Jobbie Flowers

Team Lead, Application Support
Position



## Overview

### Task instructions

At Electrolux, Performance Management is about establishing common principles and practices that enable us to perform at our best and continue to grow. We do this through **Performance and Development Planning, Continuous Feedback** and **Year-End Reviews.**

The **Year-End Review** is an opportunity to reflect on your contribution, **what** you have achieved, **how** the Core Competences have enabled your results and where you have developed.

The Year-End Review is a **conversation** made up of the following steps captured in TalentONE:
• Completing your self-assessment
• Your manager completing their review
• A Calibration of performance ratings
• A summary of the year and final rating*

*The Year-End conversation is a continuation of the discussions that have happened throughout the year.*



### Directions

Comment against each of your Business Objectives and how using the Core Competences enabled your results

- What am I proud of?
- What can I do to be even better?
- What did I learn?

### Business Enablement & User Experience - Deliver market leading e-commerce solutions (B2B, B2C) – ensure sustainable platform to ensure growth on B2B & B2C

Support B2B application migration and transition.

**Start date**
01/01/2018

**Due Date**
31/12/2018

**Status**
Completed

| Success descriptors | Description |
|---|---|
| Below expectations | 10% ? |
| Meets expectations | 20% ? |
| Exceeds expectations | 30% ? |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Support B2B application migration and transition.** | 01/01/2018 | 31/12/2018 | 100% |

| Comments |
|---|

**Jobbie Flowers** - 14/06/2018 17:11:56
Had a discussion with our Nick Weitl about this initiative. This project is still in the planning phase. BASE team will be engaged after the RFP is created, IR is approved and PM is assigned which expected to happen in the near future.

| Comments |
|---|

**Jobbie Flowers** (Self):
Had a discussion with Purchasing about this initiative. BASE team will become involved during the testing phase and application hand-off expected in early 2019.

**Brenda Simpson** (Manager):
The project ended up being outsourced so there was not significant requirements from application level II so I believe we have met any expectations required from the team.



## Business Enablement & User Experience - Delivery of EluxOne NA commercial

Support EluxOne project as needed.

| Start date | Due Date | Status |
|---|---|---|
| 01/01/2018 | 31/12/2018 | Completed |

| Success descriptors | Description |
|---|---|
| Below expectations | 10% ? |
| Meets expectations | 20% ? |
| Exceeds expectations | 30% ? |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Support EluxOne project as needed.** | 01/01/2018 | 31/12/2018 | 100% |

### Comments

**Jobbie Flowers** - 14/06/2018 17:15:40
Validated THD orders/processes. Communicated/documented new EluxOne changes with team members. Assisted project team with outlining the IT support process. Planning on taking the lead on rolling out a new interface between Smartbox and Eluxone.

I am only setting progress to 25 since there are a few more waves that may push the project completion out to 2019.

11/16 - Collaborated w/EluxOne team on support process.

### Comments

**Jobbie Flowers** (Self):
Validated THD orders/processes. Communicated/documented new EluxOne changes with team members. Assisted project team with outlining the IT support process. Completed research on creating a new interface between Smartbox and Eluxone.

**Brenda Simpson** (Manager):
Worked with EluxOne as required and was always available to assist.

## Digital Talent & Culture - Build and track business critical IT talent pools ensuring long term growth

Ensure all team members are cross trained in support of systems and applications and can manage on call responsibilites for portfolio.

| Start date | Due Date | Status |
|---|---|---|
| 01/01/2018 | 31/12/2018 | Completed |



| Success descriptors | Description |
|---|---|
| Below expectations | 10% ? |
| Meets expectations | 20% ? |
| Exceeds expectations | 30% ? |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Ensure all team members are cross trained in support of systems and applications and can manage on call responsibilites for portfolio.** | 01/01/2018 | 31/12/2018 | 100% |

| Comments |
|---|

**Jobbie Flowers** - 14/06/2018 17:24:13

Worked as a team to create a new Training wiki in Microsoft Teams. Assigned cross training sessions to all team members. Added Training as a topic of discussion in our weekly team meetings. Demo of the Plural training site was offered and all team members took advantage of that training opportunity. Annual Plural licenses was requested for the team.

I set progress to 75 because I believe there are additional opportunities for cross-training in 2018.

| Comments |
|---|

**Jobbie Flowers** (Self):

Worked as a team to create a new Training wiki in Microsoft Teams. Assigned cross training sessions to all team members. Added Training as a topic of discussion in our weekly team meetings. Demo of the Plural training site was offered and all team members took advantage of that training opportunity. Annual Plural licenses was requested for the team.

**Brenda Simpson** (Manager):

Have worked with the team to increase cross training on various applications and made a good progress. Keep up the good work!

## Digital Talent & Culture - Strengthen Agile & Scrum understanding across IT through training and project delivery

Develop knowledge and skills of Agile methodology and begin to implement as a way of working.

**Start date**
01/01/2018

**Due Date**
31/12/2018

**Status**
Completed

| Success descriptors | Description |
|---|---|
| Below expectations | 10% ? |
| Meets expectations | 20% ? |
| Exceeds expectations | 30% ? |



| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Review objectives and update progress % complete** | 01/01/2018 | 15/03/2018 | 100% |

**Comments**

**Jobbie Flowers** - 14/06/2018 17:33:17

Reviewed material on DevOps methodology and how to be successful in implementing it. Suggested the idea to have the BASE team assist with light web development work. This will allow us to deliver solutions to our user community much quicker since our Level 2 knowledge coupled with .Net skills could help implement new changes in a more timely and efficient way. Submitted a request to have Visual Studio installed on team members PCs. The Web team and I will help train team members on .Net and TSQL.

I set progress to 30 but expect to reach 75 by Q3.

**Comments**

**Jobbie Flowers** (Self):

Reviewed material on DevOps methodology and how to be successful in implementing it. Suggested the idea to have the BASE team assist with light web development work. This will allow us to deliver solutions to our user community much quicker since our Level 2 knowledge coupled with .Net skills could help implement new changes in a more timely and efficient way. Ensured Visual Studio installed was requested and installed on team members PCs.

## Grow knowledge of DevOps

Grow knowledge of DevOps and Agile methodologies to assist with executing initiatives efficiently while working across multiple teams.

**Start date**
01/01/2018

**Due Date**
31/12/2018

**Status**
Completed

| Success descriptors | Description |
|---|---|
| Below expectations | 10% ? |
| Meets expectations | 20% ? |
| Exceeds expectations | 30% ? |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Grow knowledge of DevOps and Agile methodologies to assist with executing initiatives efficiently while working across multiple teams.** | 01/01/2018 | 31/12/2018 | 100% |

**Comments**

**Jobbie Flowers** - 14/06/2018 17:38:01

Read documentation and attended video courses on Agile and DevOps methodology. Also, had discussions with SAP CRM and Hybris team(s) on how they use Agile on their teams. As new NA CAB Lead, I've pitched the idea of making our NA CAB meetings more Agile to help beginning stages of supporting a DevOps culture within NA IT.


I set progress to 30 since there is still more collaboration and planning required to help bring this idea to fruition.

| Comments |
|---|

**Jobbie Flowers** (Self):
Read documentation and attended video courses on Agile and DevOps methodology. Also, had discussions with SAP CRM and Hybris team(s) on how they use Agile on their teams. As new NA CAB Lead, I've pitched the idea of making our NA CAB meetings more Agile to help beginning stages of supporting a DevOps culture within NA IT.

## Growth

Push myself and others around me to think outside of the box by presenting new ideas. Conduct brainstorming activities in our team meetings that are fun to encourage collaboration and growth.

| Start date | Due Date | Status |
|---|---|---|
| 01/01/2018 | 31/12/2018 | Completed |

| Success descriptors | Description |
|---|---|
| Below expectations | 10% ? |
| Meets expectations | 20% ? |
| Exceeds expectations | 30% ? |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Review objective and update progress % complete** | 01/01/2018 | 15/03/2018 | 100% |

| Comments |
|---|

**Jobbie Flowers - 14/06/2018 17:55:55**
I added Open Forum as an agenda item for our weekly team meetings. The team has shown a significant improvement in sharing ideas. We have already reaped the benefits of some suggestions, i.e., On-Call Calendar, CRM improvements, help desk ticket assignments (to name a few).

I am setting this to 60 because I believe there are still some room to improve our communication of ideas.

| Comments |
|---|

**Jobbie Flowers** (Self):
I added Open Forum as an agenda item for our weekly team meetings. The team has shown a significant improvement in sharing ideas. We have already reaped the benefits of some suggestions, i.e., On-Call Calendar, CRM improvements, help desk ticket assignments (to name a few).

## Openess

Take consumer/customer-centric focus to a new level by completing training and leveraging the knowledge of our relationship management team within IT and in the business.



| Start date | Due Date | Status |
|---|---|---|
| 01/01/2018 | 31/12/2018 | Completed |

| Success descriptors | Description |
|---|---|
| Below expectations | 10% ? |
| Meets expectations | 20% ? |
| Exceeds expectations | 30% ? |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Review objectives and update progress and % complete** | 01/01/2018 | 15/03/2018 | 100% |

| Comments |
|---|

**Jobbie Flowers** - 14/06/2018 17:59:08

Setting progress to a 10 for this metric because there is still significant work to be done in this area. We need to find good opportunities to complete this metric without disrupting the high visibility projects that seem to happening within IT and the business. It will be a challenge but I believe it is something that can be done by Q4.

| Comments |
|---|

**Jobbie Flowers** (Self):

Encouraged participation in each team's weekly team meeting. Invited members of Operations and Desktop team to BASE Team meetings in an effort to support openness.

## Technology & Delivery Excellence - Continue to simplify the IT Landscape and ensure it is reliable, sustainable and upgradeable with cloud first approach

1.) Application license management and ownership.

2.) Application landscape reduction by 5%.

| Start date | Due Date | Status |
|---|---|---|
| 01/01/2018 | 31/12/2018 | Completed |

| Success descriptors | Description |
|---|---|
| Below expectations | 10% ? |
| Meets expectations | 20% ? |
| Exceeds expectations | 30% ? |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Application license management and ownership.** | 01/01/2018 | 31/12/2018 | 100% |
| **Application landscape reduction by 5%.** | 01/01/2018 | 31/12/2018 | 100% |



| Comments |
| --- |

**Jobbie Flowers** - 14/06/2018 18:08:44

Application license management/ownership is being set to 90 due to the fact that so much progress has been made in defining a best practice for maintaining licenses. BASE worked very closely with IT Accounting to reconcile license data for all of the applications we support.

Application landscape reduction is being set o 40 since we have been able to identify opportunities to simplify and we're actively working on initiatives to remove some systems from our landscape.

| Comments |
| --- |

**Jobbie Flowers** (Self):

Application license management/ownership is being set to 90 due to the fact that so much progress has been made in defining a best practice for maintaining licenses. BASE worked very closely with IT Accounting to reconcile license data for all of the applications we support.

Application landscape reduction is being set o 40 since we have been able to identify opportunities to simplify and we're actively working on initiatives to remove some systems from our landscape.

## Technology & Delivery Excellence - Drive consistency through process improvement and process adherence.

Adhere to all processes and provide improvement suggestions as needed.

**Start date**
01/01/2018

**Due Date**
31/12/2018

**Status**
Completed

| Success descriptors | Description |
| --- | --- |
| Below expectations | 10% ? |
| Meets expectations | 20% ? |
| Exceeds expectations | 30% ? |

| Key Deliverables | Starting date | Due date | Progress |
| --- | --- | --- | --- |
| **Adhere to all processes and provide improvement suggestions as needed.** | 01/01/2018 | 31/12/2018 | 100% |

| Comments |
| --- |

**Jobbie Flowers** - 14/06/2018 18:16:00

The BASE team focuses on process improvement in virtually every discussion. We are constantly discussing challenges and opportunities to improve them. There are bi-weekly meetings scheduled to discuss recurring issue and opportunities.

Setting this to a 60 since I believe we still have more opportunities to address issues by the end of Q4.

| Comments |
| --- |

**Jobbie Flowers** (Self):



The BASE team focuses on process improvement in virtually every discussion. We are constantly discussing challenges and opportunities to improve them. There are bi-weekly meetings scheduled to discuss recurring issue and opportunities.

## Technology & Delivery Excellence - Drive Data Center Stability & Cloud First roadmap for hosting

Review application portfolio and research and propose Cloud options as appropriate.

| Start date | Due Date | Status |
|---|---|---|
| 01/01/2018 | 31/12/2018 | Completed |

| Success descriptors | Description |
|---|---|
| Below expectations | 10% ? |
| Meets expectations | 20% ? |
| Exceeds expectations | 30% ? |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **Review application portfolio and research and propose Cloud options as appropriate.** | 01/01/2018 | 31/12/2018 | 100% |

| Comments |
|---|

**Jobbie Flowers** - 14/06/2018 18:19:17
The team attended on-site MS Azure training. I am focusing on 3rd Party applications that have a cloud offering for my current Worldox and Casetrack replacement project.

Adding this as a 40 because I believe we still have more opportunities in this area.

## Technology & Delivery Excellence - Maintain SLA level at 94% and Survey average at 5.7

SLA 94% , User Survey 5.7

| Start date | Due Date | Status |
|---|---|---|
| 01/01/2018 | 31/12/2018 | Completed |

| Success descriptors | Description |
|---|---|
| Below expectations | 10% ? |
| Meets expectations | 20 % ? |
| Exceeds expectations | 30% ? |

| Key Deliverables | Starting date | Due date | Progress |
|---|---|---|---|
| **SLA 94%** | 01/01/2018 | 31/12/2018 | 100% |



**User Survey 5.7**                                    01/01/2018     31/12/2018     100%

**Jobbie Flowers** - 14/06/2018 18:21:35
Team consistently exceeds all SLAs

**Jobbie Flowers** (Self):
Team consistently exceeds all SLAs

Case 3:20-cv-00517-RJC-DCK   Document 13-15   Filed 06/30/21   Page 23 of 27



# My Development Plan

## Directions

To modify and update your progress, click here before submitting the Year-End Review.

## Join Toastmasters

| Item | Type | Due date |
|------|------|----------|
| Join Toastmasters | Action Step | 31/12/2017 |
| Participate in Townhall Meetings | Action Step | 31/12/2017 |
| Hold Meetings and get feedback from team | Action Step | 31/12/2017 |



## Rating scale

| Rating | Description |
|---|---|
| Consistently exceeds expectations | The performance is at an exceptional level, beyond expectations. Significantly contributes to the business and the team. Achieves outstanding results and sets and pursues very ambitious targets high above the norm. |
| Exceeds expectations | The performance is above expectations. The outcome is often better than expected and contributes to the business and the team. Delivers excellent results and explores and identifies opportunities to create superior value. |
| Meets expectations | The performance meets expectations. Keeps deadlines, budget, milestones etc. Delivers the work that has been assigned and gets all important things done. Works consistently, effectively and creates value. |
| Below expectations | The performance partially meets expectations. At times shows difficulties in keeping deadlines, budget, milestones etc. Delivers only some of the work that has been assigned. |
| Unsatisfactory | The performance is insufficient and the results delivered do not meet expectations. Does not keep deadlines, budget, milestones etc. Lacks understanding of what is required. |

## Summarize your overall performance and the results you have delivered

### Comments

**Jobbie Flowers** (Self):

I exceeded my own performance expectations in 2018. I challenged myself in many different areas.

**Brenda Simpson** (Manager):

Jobbie has done a great job to step into the team leadership role and made great effort to work on team cohesiveness and improvements over the previous year. This is in line with expectations of the team lead role.

## Summarize how the Core Competences have enabled your results and where you commit to doing more (remember to incorporate this into your Development Plan)

### Comments

**Jobbie Flowers** (Self):

The core competencies contributed by providing a roadmap in implementing some of the ideas I had in the past but never executed. Core competencies provided me with the tools that I needed to develop a better relationship with our business community and IT.

**Brenda Simpson** (Manager):

Jobbie practices our core competences.



## Overall performance rating

| Reviewer | Rating |
|----------|--------|
| **Jobbie Flowers** (Self) | Consistently exceeds expectations |
| **Brenda Simpson** (Manager) | Meets expectations |



### Overall Rating

___

**Year-End Review 2018**
Jobbie Flowers

## Meets expectations