# EXHIBIT 4

**To:** Jobbie Flowers[jobbie.flowers@electrolux.com]
**Cc:** Brenda Simpson[brenda.simpson@electrolux.com]; Naomi Sinclair[naomi.sinclair@electrolux.com]
**From:** Kopal Rawat[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D748BC144EFF4582BA5B51D15895FEED-RAWATKOP]
**Sent:** Mon 1/6/2020 3:03:46 PM (UTC-05:00)
**Subject:** 2nd Month Follow-up (PIP)

Hi Jobbie,

Since last monthly follow-up (Dec 9th), we have missed 2 weeks due to company holidays or your vacation/sick leaves. For this reason, your evaluation period has been extended and I will be scheduling the second month follow-up meeting on 22nd Jan.

Please let us know if you have any questions or concerns.

Thanks,

**Kopal Rawat**
Application Development & Support Manager
Electrolux Major Appliances - NA
Email – kopal.rawat@electrolux.com
Mobile – 980-205-5860

Classified as Internal

ELECTROLUX082247

Case 3:20-cv-00517-RJC-DCK   Document 13-16   Filed 06/30/21   Page 2 of 2