# EXHIBIT 5

| | |
|---|---|
| From: | Jobbie Flowers[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1DE008C7EB0D47F098DB2C79C750643A-FLOWEJOB] |
| Location: | MC-San Angel Room 491 <na.mc-san.angel.-rm.491@electrolux.com> |
| Importance: | Normal |
| Subject: | Tentative: One-on-one |
| Start Time: | Mon 9/23/2019 10:30:00 AM (UTC-04:00) |
| End Time: | Mon 9/23/2019 11:00:00 AM (UTC-04:00) |
| Required Attendees: | Kopal Rawat |

Good Morning Kopal,

I think we will require a mediator in all of our one-on-one's going forward. I think this will prevent any miscommunication that can sometimes lead to confusion on both ends. An Electrolux mediator or external party may the best option but I would like to consult with HR to see what options are available. I was the Chairperson for the Diversity and Inclusion Network at Hewitt for two years. Also, as you know, I am a community activist in both Mecklenburg and Forsyth County so I have some experience handling these types of situations.

Please let me know who I should reach out to in HR in Alexa's absence.

Thank you for your understanding.

ELECTROLUX066175

EXHIBIT 13

Case 3:20-cv-00517-RJC-DCK   Document 13-17   Filed 06/30/21   Page 2 of 2