# EXHIBIT 6



ATTORNEYS AT LAW

James Spielberger ‡†
Gabrielle Klepper ✷† ø ★ ◇ ‡
Lisa Scheibly ✷
Zane Herman ✷
Jeffrey Del Rio ✷ ◇ ‡
Christopher A. Fennell ✷
Abby Salzer ✷ ▲
Gary Martoccio ✷✷ ★ ø ✢
Joshua Robert Rich ✷∇
Eric D. Rogers ✷ ø
Eric Bossardt ✷
Samuel Doxsee ✷

OF COUNSEL:
♦

ONLY LICENSED IN:
† SC
‡ GA
□ VA
✢ NC
✷ IL
ø TX
✱ FL
★ AZ
✧ PA
◇ CO
▲ OH
∇ TN

November 29, 2019

Electrolux Major Appliances
Attention: Human Resources Director/General Counsel
10200 David Taylor Drive
Charlotte, NC 28262

OFFICES

Charleston
Tampa
Chicago ˙
Atlanta ˙
Charlotte ˙
Raleigh ˙
Orlando ˙
Jacksonville ˙
Ft. Lauderdale ˙
Austin ˙
Houston ˙
Dallas ˙
Philadelphia ˙
Pittsburgh ˙
Arlington ˙
˙ by apt. only

**RE: Your employee Jobbie Flowers**

Dear Sir or Madam:

Jobbie Flowers has retained this law firm to represent him regarding his claims against Electrolux Major Appliances (hereinafter referred to as "EMA"). Please direct all future correspondence, communications, and documents regarding this matter to our firm. The purpose of this letter is to summarize briefly my understanding of what transpired and to determine your interest in engaging in a good faith effort to resolve this matter.

As you know, Mr. Flowers began working for EMA in May 2001. Throughout his tenure with EMA, Mr. Flowers has been a hard-working employee who diligently performs his duties on a regular basis. Our investigation indicates that EMA's treatment of Mr. Flowers violates federal law.

Mr. Flowers' supervisor has treated Mr. Flowers in a disparate manner than similarly situated employees over the past several months. For one example, Mr. Flowers' supervisor communicates with Mr. Flowers in a hostile manner and scrutinizes Mr. Flowers performance at a greater rate than other employees. Around late July 2019, Mr. Flowers complained to Human Resources about his supervisor's conduct, but the supervisor's conduct persisted.

In addition, around late September 2019, Mr. Flowers was forced to go to the hospital due to a diabetes flare up and informed EMA of the same. Mr. Flowers was of work for approximately three (3) days. Upon Mr. Flowers return, Mr. Flowers requested Family and Medical Leave Act (FMLA) paperwork. Just weeks later, EMA issued Mr. Flowers an unwarranted performance improvement, in retaliation to Mr. Flowers missing time due to his medical condition. Upon information and belief, EMA has terminated three African American employees with diabetes in the past few years.

Based on the foregoing, it is evident EMA has treated Mr. Flowers in a disparate manner based on his race. EMA's treatment of Mr. Flowers violates Title VII of the Civil Rights Act of 1964 (Title VII) as Title VII protects an

4890 W. Kennedy Blvd., Suite 950 • Tampa, Florida 33609 • Phone: (800) 965.1570 • Fax: (866) 580-7123

FLOWERS 00020



employee from an employer's discriminatory conduct. Additionally, EMA's recent conduct is in direct violation of the Americans with Disabilities Act (ADA), public policy, and company policy.

Mr. Flowers takes great pride in his work and has enjoyed his employment with EMA. At this time, we will continue to closely monitor the situation on an ongoing basis and expect that EMA will conduct its operations professionally. This is a demand for EMA to: (1) investigate Mr. Flowers' claims, (2) prevent future instances of discrimination in the workplace, and (3) contact this office to discuss a fair and reasonable resolution to this matter.

We are sending this correspondence in hopes that this matter will be fully reviewed by EMA and can be amicably resolved by the parties prior to our firm taking further action. Please call my office at your earliest convenience to discuss your interest in resolving these issues: (800) 965-1570 ext. 106.

Best regards,

Gary Martoccio
gary.martoccio@sielbergerlawgroup.com

cc: Jobbie Flowers
Samuel Doxsee, Esq.

4890 W. Kennedy Blvd., Suite 950 • Tampa, Florida 33609 • Phone: (800) 965.1570 • Fax: (866) 580-7499

FLOWERS 00021



## PRESERVATION NOTICE & LITIGATION HOLD

This letter serves as formal notice of your ongoing legal duty to preserve any and all information relevant to the facts surrounding this claim. Your duty to preserve evidence extends to the following: 1) business records, 2) paper, digital, or electronic files, 3) data generated by and/or stored on you or your client's computers and storage media (e.g., hard disks, floppy disks, backup tapes), 4) any other electronic data, such as: voice mails, text messages, emails, digital/analog audio recordings, 5) any related physical evidence, and 6) any form of video recordings (please prevent the automatic deletion of video footage by preprogrammed deletion cycles). Violations of the legal duty described in this notice can result in severe sanctions being imposed by the Court for spoliation of actual evidence or potential evidence.

4890 W. Kennedy Blvd., Suite 950 • Tampa, Florida 33609 • Phone: (800) 965.1570 • Fax: (86FLOWERS 00022