# EXHIBIT 7



PERFORMANCE IMPROVEMENT PLAN

Date: November 8, 2019

To: Jobbie Flowers

From: Kopal Rawat

CC: Human Resources Business Partner
Employee Personnel File

Re: Performance Improvement Plan

Based on our recent performance discussions, effective 11/08/2019 you will be on a Performance Improvement Plan. The goal of this plan is to elevate your performance to a level that is fully satisfactory. The key measurements, of the plan will include improvements in:



1. **Energy – Delivers Results, Leading Others**
   Producing good quality work and showing drive to exceed expectations on the tasks assigned to him.

   - Jobbie Flowers has been continuously showing low drive to work on projects defined by the IT Department. It is important for Jobbie to understand that he is the team leader for Application Support team and any task or project associated to the team comes under his responsibility. He must take the initiative to gain full understanding of the project scope and maintain the determination to complete them in agreed time.

     o Expectations:



- Assigned project/tasks are to be completed on time following the defined process and priorities.
- Continuously share updates with manager and project manager (if any) in project and 1:1 meetings. Updates to also be included in weekly status reports.
- Build and maintain enthusiasm in team members.
- Lead by example – Assign Service Now incidents and requests on daily basis and complete them within SLA.
- Help and guide team members to achieve their goals.
- Maintain a positive attitude towards completing assigned tasks.
- Create documentation on Change Management process, CAB cadence (global and NA) and Change Request monitoring. Share these documents with NA CAB Leaders and Ops & Delivery Managers. This should be completed by 11/15.
- Update/Review aforementioned documents periodically with other NA CAB Leaders.
- Train other CAB team members to facilitate CAB meetings. This should be completed by 11/22.
- Establish rotation of CAB responsibilities among CAB leaders for meeting facilitation, reviewal of documents and reviewal of change requests. This should be completed by 11/22.

Due Date: On-going with discussions on specific details to be held at weekly check-in on PIP.

2. **Agility – Acumen, Judgement**
Analyzing and adapting to situations and people quickly in a changing and challenging environment. This includes having a positive attitude towards new assignments, unknown situations and recovering quickly from setbacks.

- Jobbie Flowers is expected to demonstrate tenacity and focus to reach assigned goals and overcome obstacles. This includes but not limited to problem-solving, managing complex and large amounts of information. He is expected to timely convey the information to his manager and relevant teams by providing clear justification for decisions that are made.

    - Expectations:
        - Analyze and adapt to different people and situations, remaining composed during ambiguity.
        - Engage with team members without getting defensive and displaying impatience during difficult discussions and email exchanges.
        - Share information with team members and manager in non-aggressive manner.
        - Involve his manager in the discussion regarding escalation and prioritization.
        - Identify opportunities for continuous improvement within application portfolio/repetitive tasks.
        - Discuss action items with manager to seek approvals prior to execution of new tasks.



Due Date: On-going with discussions on specific details to be held at weekly check-in on PIP.

3. <u>Openness – Cross-Collaboration & Growth – Coaching Others</u>
Promoting collaboration and communicating openly and proactively.

- Jobbie Flowers needs to act in accordance with our core competences and demonstrate all associated behaviors on a regular basis. Improvement in integration with the regional team providing positive support, communicating effectively with the team, demonstrating initiative to identify/develop each team member and improve synergy between the regional and global teams.

    o Expectations:
        - Treat others with respect.
        - Attend all required meetings and trainings.
        - Encourage collaboration and open feedback within the team. Solicit feedback and follow up with an action plan.
        - Create documentation or knowledge base articles to facilitate training and cross collaboration on process, applications, meeting cadence and communication.
        - Delegate his tasks by taking approval from his manager.
        - Respond to/address management questions/concerns in timely manner.
        - Provide opportunities to others to put their view point during discussions.
        - Provide weekly status reports to manager every week Friday. It should be in the following format:
            - Project/tasks
            - Status
            - Specific action items that you have worked on that week
            - Future milestone dates
        - Include manager on all vendor and customer communication.
        - Inform manager on any new projects/tasks that are directly assigned to him from other departments, to receive approval and prioritization.

Due Date: On-going with discussions on specific details to be held at weekly check-in on PIP

The duration of the Performance Improvement Plan will be <u>**90 days**</u>. We will have monthly reviews to measure your progress on this plan. At each of these reviews you will be expected to provide a one-page overview of your progress on each element of the plan. The scheduled dates for these reviews will be forwarded to you under separate cover.

The completion date for this plan is **02/07/2020** at which time I will assess your progress in meeting the goals in the plan and make a final determination as to what further action, if any, is appropriate. Failure to successfully complete this plan may result in reassignment or termination.

It is up to you to make the commitment to address these issues. We are prepared to do whatever is reasonable to assist you in achieving your goals, but the ultimate responsibility is yours. Let's work together to make this happen.



The 90-day period of this plan should not be construed as a guarantee of employment for this period. Should your performance show further deterioration or should business conditions warrant, your employment might be terminated prior to the end of the 90-day performance improvement plan. You will be expected to show immediate and sustained improvement in the areas listed above. Failure to improve and sustain improvement will result in further disciplinary action up to and including termination.

If you have any questions about this plan, please contact me and/or contact HR Representative

Manager _Kopallant_ Date _11/8/2019_

Human Resources _[signature]_ Date _11/8/19_

*I acknowledge that I have read and understand this performance improvement plan and have received a copy.*

Employee _[signature]_ Date _11/8/2019_

Brenda Suppa



| Follow-up Reviews | | |
|---|---|---|
| **1 month Review**  Date of Review: 12/05/2019<br>**Description of Performance**<br>(including areas to be improved if the PIP is to continue beyond this review): | **Status of Performance:**<br>1 ☐<br>2 ☐<br>3 ■<br>4 ☐ | **Select Appropriate Action to be Taken:**<br>☐ Employee has achieved the required improvement and is to be removed from the PIP.<br>☐ Employee has not yet achieved the required improvement described above as of this 30 day review, but progress is being made. It is recommended that this PIP continue for another 30 days.<br>■ Employee has completed 30 days on this PIP and has not achieved the required improvement as outlined. Recommended action: |

## Remaining Issues

### Energy
1. Assigned project/tasks are to be completed on time following the defined process and priorities.
    a. CAB tasks were not completed on time. Multiple reminders were sent regarding the same.
        i. Reminder was sent on 11/15 one-on-one meeting. Followed by an email with meeting minutes on 11/15
        ii. Reminder was sent on 11/22 (follow up email post one-on-one meeting on 11/22)
        iii. Reminder was sent on 12/6
    b. Supplier Web Migration – User Stories
        i. Jobbie was required to deliver 6 user stories at the end of Nov and did not meet the deadline
        ii. Jobbie was then assigned 10 more user stories with priorities on 11/25. He did not work on them based on the priority assigned.
2. Lead by example – Assign Service Now incidents and requests on daily basis and complete them within SLA.
    a. Jobbie only assigned 1 incident on 11/11. He was required to assign tickets to himself and work on them on daily basis. This has not been done.
    b. Jobbie was reminded to self-assign and resolve more ServiceNow tickets on 12/2 follow-up email but there has been no progress.

### Agility – Acumen, Judgement
3. Jobbie Flowers is expected to demonstrate tenacity and focus to reach assigned goals and overcome obstacles. This includes but not limited to problem-solving, managing complex and large amounts of information.
    a. Writing user stories for Supplier Web is progressing very slowly and is not meeting expectations. Multiple corrections, training material and coaching have been provided but still the user stories do not meet expectation.

Classified as Internal



        i. User Story 1295 - Terms & Conditions Tab
           1. Feedback provided on 11/6. No update has been made since
       ii. User Story 296 - C.1.4 Announcements
           1. Feedback provided on 11/6. Has not been updated based on the feedback and is also not is in the expected format.
       iii. Multiple coaching and training material provided
           1. Email on 10/23
           2. Under comments section for User Story 1300 - Approval of User Access Request
           3. Feedbacks provide on 11/6 with User Story 1295 (Terms & Conditions Tab) and 296 (C.1.4 Announcements)
    b. CAB documentation and rotation
        i. Discussed format when PIP was initiated on 11/8
       ii. Discussed on 11/15 one-on-one meeting. Followed by an email with meeting minutes on 11/15.
       iii. Discussed in email on 11/19
       iv. Jobbie conveyed that CAB documentation and rotation was completed but CAB rotation was not established. Discussed this with him in an email on 12/4

## Openness – Cross-Collaboration & Growth – Coaching Others

4. Respond to/address management questions/concerns in timely manner.
    a. Brenda's email – has not responded to the questions asked in the email.
        i. Original email – 11/19; Subject : Follow-up
       ii. Brenda sent a reminder email on 11/22
       iii. Kopal reviewed it on 12/2 one-on-one. Followed by in the meeting minutes sent on 12/3
    b. Kopal's email on information needed for exchanging MSDN licenses with Ravi
        i. Original email was sent on 12/3 for the information to be sent EOD.
       ii. Reminder was sent again on 12/5 and information was requested asap
5. Provide weekly status reports to manager every week Friday.
    a. Jobbie is not meeting expectations for details required in the status report.
        i. Discussed format when PIP was initiated on 11/8
       ii. Discussed format in 11/15 one-on-one meeting and was reminded in the follow-up email as well.
       iii. Discussed in email that was sent by Brenda on 11/19
       iv. Discussed in email on 11/21 sent by Kopal
       v. Discussed in 11/22 on-on-one
       vi. Discussed in 12/2 one-on-one
6. Include manager on all vendor and customer communication.
    a. Email to THD regarding MPLS Circuit
        i. 12/3
       ii. 12/4
       iii. 12/5

Classified as Internal



b. Email to THD regarding spec sheet
   i. 12/4 @ 9:47AM

Manager Signature:_____    Employee
          Signature:_____

Definition of Performance Status:  1 = Exceeds expectations of plan to date;  2 = Meets expectations to date;
3 = Failing to meet expectations of plan to date;  4 = Too soon to determine performance trend

Classified as Internal



| **Follow-up Reviews** | | |
|---|---|---|
| **2 month Review** Date of Review: 01/22/2020<br>**Description of Performance**<br>(including areas to be improved if the PIP is to continue beyond this review): | **Status of Performance:**<br>1 ☐<br>2 ☐<br>3 ■<br>4 ☐ | **Select Appropriate Action to be Taken:**<br>☐ Employee has achieved the required improvement and is to be removed from the PIP.<br>☐ Employee has not yet achieved the required improvement described above as of this 30 day review, but progress is being made. It is recommended that this PIP continue for another 30 days.<br>■ Employee has completed 30 days on this PIP and has not achieved the required improvement as outlined. Recommended action: |

### Remaining Issues

**Energy**
1. Assigned project/tasks are to be completed on time following the defined process and priorities.
    a. January work items were assigned to Jobbie on 01/07/2020. This consisted of user stories with priorities. Jobbie worked on #3 priority user story rather than priority #1 and did not consult the manager before doing so. The failure to adhere to priorities assigned by manager has been addressed multiple times prior to and throughout the duration of the performance improvement plan.
2. Lead by example – Assign Service Now incidents and requests on daily basis and complete them within SLA.
    a. Jobbie has 10 tickets assigned since 12/05/2019
        i. For reference, there are four team members on this team. The other team members worked on 26, 34, 34 tickets each during this same time period.
        ii. 12/22/19 – 7 tickets created due to SCOM alert
            1. These are system generated tickets.
            2. Process is to investigate the issue, resolve and provide comments, status update, closing notes in the ticket.
            3. No closing notes added to show how and if the tickets were addressed.
        iii. 01/07/2020 - INC4643392
            1. Was closed before actual resolution
        iv. 01/07/2020 - INC4643440
            1. Created the ticket on my suggestion. Attended the meeting and created a demand
            2. List of Supplier names was requested as a follow up from the meeting and I have not received it yet.
        v. 01/07/2020 - INC4651646
            1. Closed the ticket.
            2. Based on information in Service Now shows that end user's question (asked post resolving status) has not been addressed.

Classified as Internal



### Agility – Acumen, Judgement
1. Jobbie Flowers is expected to demonstrate tenacity and focus to reach assigned goals and overcome obstacles. This includes but not limited to problem-solving, managing complex and large amounts of information.
    a. January work items were assigned to Jobbie on 01/07/2020. Jobbie provided a status report on 01/10/2020 with 1 user story completed. No progress was reported on any other work item.
2. Jobbie is expected to timely convey the information to his manager and relevant teams by providing clear justification for decisions that are made
    a. On 01/10/2020 follow-up meeting:
        i. Jobbie was asked to provide details on time spent from 01/07/2020 – 01/10/2020. He was not able to provide any clear justification on that and mentioned that he was catching up his emails for 4 days.
        ii. Jobbie was also asked how many hours it took him to work on the user story - Receiving Appointment. He was not able to provide an estimate. For reference, it takes on average 1-2 hours to write a user story.

### Openness – Cross-Collaboration & Growth – Coaching Others
1. Respond to/address management questions/concerns in timely manner.
    a. Jobbie did not inform management of his absence on Tuesday, 12/17/19
        i. Friday, 12/13/19 @ 9:18 am – Kopal sent message to her team to inform them of her upcoming vacation time and to confirm that Arthur was covering her managerial responsibilities for the team.
        ii. Monday, 12/16/19 @ 9:30 am - Arthur sent an email to the team to remind them to keep him informed of their daily status
        iii. Tuesday, 12/17/19
            1. @ 10:00 am – Arthur noticed Jobbie was not in the office and asked team members if they had seen him. They informed Arthur that Jobbie was working from home. Jobbie had not notified Arthur.
            2. @ 10:14 am – Arthur emailed Jobbie reminding him that he has requested daily status from team members the day before and asking why he was not in the office.
            3. @ 12:00 pm – Arthur notified Brenda that he still had not heard back from Jobbie.
            4. @ ~12:10 pm – Brenda called Jobbie. After he answered, she asked why he did not inform management he would not be in the office. He quickly answered that he couldn't talk and would call her back and then hung up.
            5. @ ~12:35 pm – Jobbie returned call to Brenda.
            6. She asked why he did not inform Arthur that he would not be in the office. Jobbie stated that he was working from home. Brenda explained that we do not have a work from home policy and that communication to management is required in any case.
            7. Jobbie said that he had emailed Arthur, which he had not. In between the two calls between Jobbie and Brenda, @12:30, Jobbie forwarded Arthur an email that he said was in draft.
            8. Brenda expressed again that the issue is that he did not communicate and get approval from management.

Classified as Internal



> 9. Jobbie said that he would come into the office, but Brenda explained that wasn't required and tried to express that the concern being addressed was his lack of communication to management.
> 10. @ 12:54 pm – Jobbie emailed Arthur stating that he was coming to the office because Brenda had informed him that he wasn't eligible for work from home.
> 11. @ 1:24 pm – Brenda emailed Jobbie confirming that she did not advise him to come to the office, but was addressing his lack of communication to management as all employees are required to report their absences to management.
>
> b. Kopal sent an email to Jobbie on 12/18 requesting meeting minutes from the daily stand ups while she was absent. He has not responded to date.

**Manager Signature:**_____   **Employee Signature:**_____

Definition of Performance Status:  1 = Exceeds expectations of plan to date;  2 = Meets expectations to date;
3 = Failing to meet expectations of plan to date;  4 = Too soon to determine performance trend

Classified as Internal