# EXHIBIT 8



PERFORMANCE IMPROVEMENT PLAN

Date:   May 19, 2020

To:     Robert Kean

From:   Kopal Rawat

CC:     Human Resources Business Partner
        Employee Personnel File

Re:     Performance Improvement Plan

Based on our recent performance discussions, effective 05/19/2020 you will be on a Performance Improvement Plan. The goal of this plan is to elevate your performance to a level that is fully satisfactory. The key measurements, of the plan will include improvements in:



1. <u>Energy – Delivers Results, Leading Others</u>
   Producing good quality work and showing drive to exceed expectations. Inspiring and engaging people while fostering culture of accountability and ownership.

   - Robert Kean has a lack of ownership of key responsibilities associated with his role. It is important for Robert Kean to realize that he is the senior team member for the Application Development and Support group for North America and any task involving this team is his responsibility. He must ensure tasks are fully completed with good quality and meet or exceed the company expectations.

     o  Expectations:

Classified as Internal



- Assigned projects/tasks are to be completed on time following the defined process, priorities and agreed timeline.
- Continuously share updates with manager and project manager (if any) in project, 1:1 and daily stand up meetings. Updated to also be included in weekly status reports.
- Create architecture, data flow diagrams and detailed documentation for factory services and production scanning admin site by 5/31/2020
- Plan, test, collaborate, get signoff and deploy latest version of factory service and production admin site to all factories by 6/30/2020.
- Add/Update .NET application to Application Portfolio by 5/31/2020.
- Maintain SLA - 94% and above within Service Now Incidents and Requests
- Maintain Survey - 5.7 an above within Service Now Incidents and Requests
- Follow through with scheduled tasks and projects as you have committed to manager / end user.
- Keep Service Now demands, projects, incidents and requests up-to-date
- Ensure that Service Now tasks, incidents and requests are created for all the requests and issues that are brought up to your attention.

Due Date: On-going with discussions on specific details to be held at weekly check-in on PIP.

2. <u>Agility – Acumen, Judgement</u>
Analyzing and adapting to situations and people quickly in a changing, unstable environment. This includes having a positive attitude towards unknown situations and recovering quickly from setbacks.

- Robert Kean is expected to demonstrate tenacity and focus to reach goals and overcome obstacles. It's required to step up when facing adversities leading the technical solutions across several teams. It includes problem-solving, managing complex and large amounts of information, and conveying information across several teams giving clear justification for decisions that are made.

    o Expectations:

    - Troubleshoot effectively and in advance to avoid missing deadlines.
    - Pace work effectively to produce consistent results and avoid missing deadlines.
    - Analyze and adapt to different people and situations, remaining composed during ambiguity.
    - Engage with team members without getting defensive and displaying impatience during difficult discussions and email exchanges.
    - Design and develop reusable, clean code and solutions
    - Thoroughly test each and every developed feature post deployment in all environments.
    - Understand situations that have a sense of urgency and are able to execute corrective action accordingly following process and best practices.
    - Complete Microservice design as guided by the manager by 6/15/2020

Classified as Internal



- Collaborate with technical teams to decommission servers by 5/31/2020

Due Date: On-going with discussions on specific details to be held at monthly check-in on PIP.

3. <u>Openness – Cross-Collaboration & Growth – Coaching Others</u>
   Promoting collaboration and communicating openly and proactively.

   - Robert Kean needs to act in accordance with our core competences and demonstrate all associated behaviors on a regular basis. Improvement in integration with the regional team providing positive support, communicating effectively with the team, demonstrating initiatives to identify/develop each team member and improve synergy between the regional and global teams.

     o Expectations:
        - Report and communicate on assignments without a reminder or follow up communications from Management. When a project is going off track, you are responsible for escalating, prior to the business escalating, to ensure the appropriate parties are communicated.
        - Attend meetings / training on time and without reminders.
        - You are responsible to let your manager know and get approval in case you are unable to make a deadline or meeting.
        - Follow up with your team members when you receive emails or when your team faces challenges. Communicate clearly and timely without reminders.
        - Provide weekly status reports to your manager every Friday. It should be in the following format:
            - Project/tasks
            - Description
            - From
            - Priority (as per your best judgement or agreed upon by manager)
            - Notes
            - Status
            - Start Date
            - End Date

Due Date: On-going with discussions on specific details to be held at monthly check-in on PIP.

The duration of the Performance Improvement Plan will be <u>60 days</u>. We will have monthly reviews to measure your progress on this plan. At each of these reviews you will be expected to provide a one-page overview of your progress on each element of the plan. The scheduled dates for these reviews will be forwarded to you under separate cover.

The completion date for this plan is 07/20/2020 at which time I will assess your progress in meeting the goals in the plan and make a final determination as to what further action, if any, is appropriate. Failure to successfully complete this plan may result in reassignment or termination.

Classified as Internal



It is up to you to make the commitment to address these issues. We are prepared to do whatever is reasonable to assist you in achieving your goals, but the ultimate responsibility is yours. Let's work together to make this happen.

The 60-day period of this plan should not be construed as a guarantee of employment for this period. Should your performance show further deterioration or should business conditions warrant, your employment might be terminated prior to the end of the 60-day performance improvement plan. You will be expected to show immediate and sustained improvement in the areas listed above. Failure to improve and sustain improvement will result in further disciplinary action up to and including termination.

If you have any questions about this plan, please contact me and/or contact HR Representative

Manager _____Date _____

Human Resources _____ Date _____

*I acknowledge that I have read and understand this performance improvement plan and have received a copy.*

Employee_____ Date _____

Classified as Internal



| Follow-up Reviews | | |
|---|---|---|
| **1 month Review**  Date of Review: X/XX/XXX<br>**Description of Performance**<br>(including areas to be improved if the PIP is to continue beyond this review): | **Status of Performance:**<br>1 ☐<br>2 ☐<br>3 ☐<br>4 ☐ | **Select Appropriate Action to be Taken:**<br>☐ Employee has achieved the required improvement and is to be removed from the PIP.<br>☐ Employee has not yet achieved the required improvement described above as of this 30 day review, but progress is being made. It is recommended that this PIP continue for another 30 days.<br>☐ Employee has completed 30 days on this PIP and has not achieved the required improvement as outlined. Recommended action: |

### Remaining Issues

Manager Signature:_____   Employee Signature:_____

Definition of Performance Status:   1 = Exceeds expectations of plan to date;   2 = Meets expectations to date;
3 = Failing to meet expectations of plan to date;   4 = Too soon to determine performance trend

Classified as Internal



| 2 month Review   Date of Review: X/XX/XXXX<br><br>**Description of Performance**<br>(including areas to be improved if the PIP is to continue beyond this review): | Status of Performance:<br><br>1 ☐<br><br>2 ☐<br><br>3 ☐<br><br>4 ☐ | **Select Appropriate Action to be Taken:**<br><br>☐ Employee has achieved the required improvement and is to be removed from the PIP.<br><br>☐ Employee has not yet achieved the required improvement described above as of this 30 day review, but progress is being made. It is recommended that this PIP continue for another 30 days.<br><br>☐ Employee has completed 30 days on this PIP and has not achieved the required improvement as outlined. Recommended action: |
|---|---|---|

**Remaining Issues**

|  |
|---|
|  |

Manager Signature:_____     Employee Signature:_____

Definition of Performance Status:   1 = Exceeds expectations of plan to date;   2 = Meets expectations to date;
3 = Failing to meet expectations of plan to date;   4 = Too soon to determine performance trend

Classified as Internal



| Final Review   Date of Review: X/XX/XXXX<br><br>Description of Performance<br>(including areas to be improved if the PIP is to continue beyond this review): | Status of Performance:<br><br>1 ☐<br><br>2 ☐<br><br>3 ☐<br><br>4 ☐ | Select Appropriate Action to be Taken:<br><br>☐ Employee has achieved the required improvement and is to be removed from the PIP.<br><br>☐ Employee has not yet achieved the required improvement described above as of this 30 day review, but progress is being made. It is recommended that this PIP continue for another 30 days.<br><br>☐ Employee has completed 30 days on this PIP and has not achieved the required improvement as outlined. Recommended action: |
|---|---|---|

### Remaining Issues

|   |
|---|
|   |

Manager Signature:_____   Employee Signature:_____

Definition of Performance Status:   1 = Exceeds expectations of plan to date;   2 = Meets expectations to date;
3 = Failing to meet expectations of plan to date;   4 = Too soon to determine performance trend

Classified as Internal



| Follow-up Reviews | | |
|---|---|---|
| **1 month Review** Date of Review: 06/19/2020<br>**Description of Performance**<br>(including areas to be improved if the PIP is to continue beyond this review): | **Status of Performance:**<br>1 ☐<br>2 ☐<br>3 ■<br>4 ☐ | **Select Appropriate Action to be Taken:**<br>☐ Employee has achieved the required improvement and is to be removed from the PIP.<br>☐ Employee has not yet achieved the required improvement described above as of this 30 day review, but progress is being made. It is recommended that this PIP continue for another 30 days.<br>■ Employee has completed 30 days on this PIP and has not achieved the required improvement as outlined. Recommended action: |

### Remaining Issues

**Energy**
- Follow through with scheduled tasks and projects as you have committed to manager / end user.
    - Create architecture, data flow diagrams and details documentation for factory services and production scanning admin site by 5/31
        - Incomplete after changing the timeline
        - Reminded you of approaching deadlines 2nd week of PIP
    - Application Portfolio was not updated by 6/17
        - Duplicates exist
        - Few of them are still not there like CognexListnerService, AS400UpdaterService
- Assigned projects/tasks are to be completed on time following the defined process, priorities and agreed timeline
    - Changes entered into the system did not have complete information and they were auditable. Kopal asked the change request to be fixed on 5/21.

**Agility**
- Pace work effectively to produce consistent results and avoid missing deadlines.
    - Planning and scheduling for 5/31 deployment were not done which resulted in confusion and issues.
- Thoroughly test each and every developed feature post deployment in all environments.
    - Rob deployed GEPBH and Factory Services bug fixes on 6/7. Both Production deployments had encountered issues and end users reported the issues. It was identified later that there were some steps missed during deployment or not reviewed prior to deployment Understand situations that have a sense of urgency and are able to execute corrective action accordingly following process and best practices
- Understand situations that have a sense of urgency and are able to execute corrective action accordingly following process and best practices.
    - ServiceNow change request were asked to be fixed on 5/21 and Rob responded on it 6/1 with details. Rob should have sent a response asap knowing that audits were going and these issues could have made us fail audits. Kopal reminded Rob on this in weekly follow up on 5/26.

Classified as Internal



## Openness
- You are responsible to let your manager know and get approval in case you are unable to make a deadline or meeting.
    - Rob was late to the literature print meeting last week and Kopal reached out Rob after 5min
- Provide weekly status reports to your manager every Friday.
    - Start and End Dates reflected in the status updates were incorrect
    - Status Report for 6/12 was not provided

Apart from what has been highlighted above, I would like to add the following recommended action:
- Improve focus in meetings to avoid creating confusion and missing on any discussion.
    - We had discussed on UAT handoff for Tall Twin development on 6/22 and you had sent an email on 6/16 about the code not being ready for UAT handoff

Manager Signature:_____  Employee Signature:_____

Definition of Performance Status:   1 = Exceeds expectations of plan to date;   2 = Meets expectations to date;
3 = Failing to meet expectations of plan to date;   4 = Too soon to determine performance trend

Definition

Classified as Internal



## Follow-up Reviews

| | | |
|---|---|---|
| Date of Review: 07/28/2020 | Status of Performance: | Select Appropriate Action to be Taken: |

**Description of Performance**
(including areas to be improved if the PIP is to continue beyond this review):

Rob did make some improvement during second month of PIP by wrapping up long overdue tasks like factory deployment to all locations, updating Application Portfolio and following up with business users.

For next 30 days, following tasks need to be completed:

- B2B - Packing List
- B2B - SKU
- B2B - Multiple pages (claim)
- B2B - REX will not order for a part that is not costed or priced but they can order in B2B.
- B2B - Part Inventory availability enhancement
- Learn new supplier web application so as to handle future enhancement, deployment and support.
- Factory services, Production Scanning Admin web application, Printers (Loftware and Bullzip) - UAT and pre-staging environments provisioning and setup

The above tasks are to be completed without repeating any performance issues mentioned in PIP, 1st month follow-up and 2nd month follow-up.

Status of Performance:
1. ☐
2. ☐
3. ■
4. ☐

☐ Employee has achieved the required improvement and is to be removed from the PIP.

■ Employee has not yet achieved the required improvement described above as of this 30-day review, but progress is being made. It is recommended that this PIP continue for another 30 days.

☐ Employee has completed 30 days on this PIP and has not achieved the required improvement as outlined. Recommended action:

Classified as Internal



## Remaining Issues

**Agility**
- Troubleshoot effectively and in advance to avoid missing deadlines.
    - B2B Multiple Claims issue – Rob knew that the issue was in Angular and identified a solution in JQuery.
- Thoroughly test each and every developed feature post deployment in all environments.
    - 6/24/2020 – Production data going to UAT.
    - 6/26/2020 – UAT Deployment issue - pointing to Production server
    - 7/9/2020 – UAT label printers pointed to Production.
    - 7/15/2020 - INC5072953 – UAT to Print to PDF pointing to Production
    - 7/23/2020 – Issue on Tall Twins highlighted that testing was not done for all use cases. Rob confirmed multiple times that testing was done thoroughly to avoid repetition of another large-scale deployment. Due to the issue identified, another deployment cycle is in progress.

Manager Signature:_____     Employee Signature:_____

Definition of Performance Status:   1 = Exceeds expectations of plan to date;   2 = Meets expectations to date;
3 = Failing to meet expectations of plan to date;   4 = Too soon to determine performance trend

Definition

Classified as Internal