UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-cv-00517-RJC-DCK

JOBBIE FLOWERS,

    Plaintiff,

v.

ELECTROLUX NORTH AMERICA, INC.,

    Defendant.

**APPENDIX OF EXHIBITS**

Pursuant to Local Rule 7.1 and Section IV.A of the Administrative Procedures, Plaintiff Jobbie Flowers submits this Appendix of Exhibits in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.

| Exhibit | Bates | Description |
|---|---|---|
| 1 | N/A | Deposition of Jobbie Flowers (excerpts) |
| 2 | 2557-2566 | 2012 Performance Appraisal |
| 3 | 2567-2584 | 2013 Performance Appraisal |
| 4 | 2597-2604 | 2014 Performance Appraisal |
| 5 | 2587-2596 | 2016 Performance Appraisal |
| 6 | 2011-2021 | 2017 Year End Review |
| 7 | 2022-2036 | 2018 Year End review |
| 8 | N/A | Deposition of Brenda Simspon (excerpts) |
| 9 | N/A | Deposition of Naomi Sinclair (excerpts) |
| 10 | 54519-54520 | July 19, 2019 Email Chain |
| 11 | N/A | Deposition of Kopal Rawat (excerpts) |
| 12 | 54526 | July 22, 2019 Calendar Invitation |
| 13 | 54787 | July 24, 2019 Email from Alexa Moor to Kopal Rawat |
| 14 | 54789 | July 24, 2019 PIP Template |

| 15 | 66175 | September 23, 2019 Calendar Invitation |
|---|---|---|
| 16 | 65479-65480 | September 16 and 17, 2019 Email Chain |
| 17 | N/A | November 29, 2019 Letter from Spielberger Law Group |
| 18 | 2545-2548 | November 8, 2019 Performance Improvement Plan |
| 19 | N/A | Declaration of Jobbie Flowers |
| 20 | 2550-2552 | December 5, 2019 Performance Improvement Plan Review |
| 21 | 2554-2556 | January 22, 2020 Performance Improvement Plan Review |
| 22 | 2543 | September 30, 2019 - October 2, 2019 Text Messages |
| 23 | 67381 | October 2, 2019 Emails RE: Jobbie Flowers - Medical Condition |
| 24 | 67388 | October 2, 2019 Email RE: UNUM Leave Request |
| 25 | 67559 | October 3, 2019 Email FW: Out Sick Documentation |
| 26 | 84950-84951 | December 19 and 20, 2019 Emails RE: Out Sick |
| 27 | 81988 | January 3, 2020 Email Chain |
| 28 | 82247 | January 6, 2020 Email RE: 2nd Month Follow-up (PIP) |
| 29 | 83416-83417 | January 13, 2020 Email RE: Appointment |
| 30 | 84949 | January 14, 2020 Email RE: Out Sick |
| 31 | 84948 | January 15, 2020 Email RE: Out Sick Today |

Respectfully submitted this 28th day of July 2021.

/s/ L. Michelle Gessner
L. Michelle Gessner, NCSB #26590
Nicole K. Haynes, NCSB #47793
GessnerLaw, PLLC
602 East Morehead
G. G. Galloway House
Charlotte, North Carolina 28202
Tel: (704) 234-7442; Fax: (980) 206-0286
Email: michelle@mgessnerlaw.com
nicole@mgessnerlaw.com

*Attorneys for Plaintiff*