# EXHIBIT 1

(Deposition of Jobbie Flowers)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

```
_____
JOBBIE FLOWERS,                  )
                                 )
        Plaintiff,               )
                                 )
     v.                          )  Civil Action No.
                                 )  3:20-CV-517-RJC-DCK
ELECTROLUX NORTH AMERICA, INC., )
                                 )
        Defendant.               )
_____
```

DEPOSITION
OF
JOBBIE FLOWERS
(via Zoom in Mecklenburg County)

Taken at:

Fisher & Phillips, LLP
227 West Trade Street, Suite 2020
Charlotte, North Carolina

On Tuesday, March 16, 2021

REPORTER:  ANITA INGRAM
Notary Public
(via Zoom in Mecklenburg County)

1 | Q.   What about Instagram?

2 | A.   Yes, I use Instagram.

3 | Q.   Snapchat?

4 | A.   No.

5 | Q.   TikTok?

6 | A.   No.

7 | Q.   Reddit?

8 | A.   Actually, I do use TikTok when my daughter is on it.  I'll

9 |      watch her TikTok sometimes, but I don't personally use

10 |     TikTok myself.

11 | Q.  Reddit?

12 | A.  Yes, I actually do.  I did sign up for Reddit.  Yes, I do

13 |     have Reddit.

14 | Q.  How about LinkedIn?

15 | A.  I do have the LinkedIn as well.

16 | Q.  Tumblr?

17 | A.  No.

18 | Q.  What is your user name on Facebook?

19 | A.  J-o-b Flowers.

20 | Q.  What about Instagram?

21 | A.  Instagram is -- it's actually not my personal page.  It's a

22 |     page that I created for a business that I'm trying to start

23 |     called Multi REI Carolinas, and I can spell that for you if

24 |     you'd like.

25 | Q.  Is it M-u-l-t-i R-E-I C-a-r-o-l-i-n-a-s?

1  A.  That was somewhere around 1995, I believe.  It's been quite

2      some time.

3  Q.  Have you had any formal education since getting your GED?

4  A.  Just technical training, and I've taken some courses at

5      Emmanuel College in Boston and some online courses, but

6      that was 20 years ago.  Most of my education has come from

7      training, on-the-job training and special training provided

8      by my employers.

9  Q.  And I'll just confess:  I don't know a great deal about how

10     things work in the world of IT, but are there professional

11     certificates or credentials that you hold?

12 A.  No, just specialized training.

13 Q.  Now, can you describe for me the jobs you've had since you

14     left high school?

15 A.  While I was in high school, I went to a work study school,

16     so I worked half a day and went to school half a day.  I

17     worked for the Bank of Boston.  I started there back in

18     1990, and I worked with them until about 1992.

19          After that, I worked at -- I worked in Atlanta.  When

20     I moved to Atlanta, I worked at a company called Total

21     Audio Visual Services, TAVS, Total Audio Visual Services,

22     and I worked in the business center at the Hyatt Regency

23     Hotel, and I helped to set up AV equipment.

24          After that, I worked at Wentworth College in Boston,

25     Massachusetts, and I worked as an HR person.  I helped with

1    HR data at Wentworth.  After that, I worked at The Gillette

2    Company, and I worked with them for three years.

3         After The Gillette Company, I worked in PeopleSoft

4    there on payroll -- PeopleSoft Payroll.  After The Gillette

5    Company, I worked at a company named Exult here in

6    Charlotte, North Carolina, and I worked as a PeopleSoft

7    Payroll analyst, a data analyst.  After that, I worked for

8    a company called Hewitt.  Exult was bought out by a company

9    called Hewitt and Associates, and I worked for Hewitt for a

10   few years as well.  After Hewitt, I worked at Transamerica

11   Reinsurance, and I worked as a financial assistant analyst

12   working on financial data, things like that.  After that, I

13   worked as a consultant at Wells Fargo.

14        And at Wells Fargo, I worked there for -- a one-year

15   contract, and I helped in Fort Mill at their home mortgage

16   center doing developing work.  I helped develop a system

17   for Wells Fargo to help track their (inaudible) programs.

18             THE COURT REPORTER:  Sorry.  I'm sorry, "to help

19   track their" what?

20   A.  It's a home mortgage --

21             THE COURT REPORTER:  But you said, "to track

22   their" -- I didn't catch that.

23   A.  It was a program called HAMP, H-A-M-P, and it was a home

24   mortgage program that they had for folks that defaulted on

25   their mortgages.  It was called H-A-M-P.  It was an acronym

1   Q.   So tell me about the process of going from temp to perm, as

2        it were.  Did you have to fill out an application at

3        Electrolux?

4   A.   Yes, I did.

5   Q.   And did you have to interview for the job?

6   A.   Yes, I did.  I did have to interview for the job, but they

7        really wanted me, so it was -- I did have to interview for

8        the job, yes.

9   Q.   Do you recall --

10  A.   I interviewed with my -- pardon me.  I interviewed with my

11       manager, who wanted to hire me.

12  Q.   And who was that?

13  A.   Javier Balderrama.

14  Q.   Is that the only interview that you had to have?

15  A.   Yes.

16  Q.   What position were you hired for?

17  A.   Application support analyst.

18  Q.   Was this a full-time or a part-time position?

19  A.   It was a full-time position.

20  Q.   Was it salaried or hourly?

21  A.   It was salaried.

22  Q.   And what hours did you normally work?

23  A.   From 8:00 to 5:00.

24  Q.   Five days a week?

25  A.   Yes.

1  Q.  Was the job at the Electrolux North America headquarters

2      building?

3  A.  Yes.

4  Q.  Now, Mr. Balderrama was your supervisor when you were

5      hired --

6  A.  Yes --

7  Q.  -- correct?

8  A.  -- he was my manager.  Yes, that is correct.

9  Q.  Who was your immediate supervisor?

10 A.  I reported directly to Javier Balderrama.

11 Q.  And how long did you report to him?

12 A.  For about two or three years.  They switched managers after

13     about two or three years.  After I reported to Javier

14     Balderrama, I reported to someone named Mike Daniel.

15 Q.  Now, when you were at Electrolux, did the company have an

16     employee handbook for salaried employees?

17 A.  Yes.

18          MR. ALEXANDER:  This is going to be -- what I

19     would like to do, if we can make this work, is to have the

20     court reporter put the first page of our Exhibit 1 on the

21     screen.

22 Q.  (By Mr. Alexander) And let me tell you, Mr. Flowers, I'm

23     not going to ask you any questions about what's in the

24     handbook.  My only question for you is:  Does this appear

25     to be the handbook that was in effect when you were last

1     employee handbook that I received.  But yes, this does look

2     familiar.

3  Q.  So did the company issue a hard copy of the handbook to

4     you, or did they have it posted on a site where it was

5     available?

6  A.  I may have received a hard copy and an electronic copy.

7  Q.  Now, you told me that, when hired, you were working as an

8     application support analyst.  Can you tell me what that job

9     involved?

10 A.  It involved addressing any technical issues that we had

11     with our .Net applications and some of our other web-based

12     applications.  So if you were to log in -- let's say, for

13     example, you were having problems getting your Zoom to work

14     during this deposition, you could log a ticket, call in --

15     either call in to the help desk or you can go ahead and

16     submit an email request for some help.  And if it was an

17     application that I was -- I supported, that ticket would

18     come to me, and I would help get those issues resolved.

19 Q.  Okay.

20 A.  That was the primary role for that position as an

21     application support analyst.

22 Q.  I want to back up and ask you about those tickets, and then

23     I want to ask a few more questions about the application

24     support analyst role.  So you said, "log a ticket."  Tell

25     me what the ticket is.

1  A.  It would be -- if we could use your -- the issue that you

2      had with the Zoom call earlier this morning.

3  Q.  Sure.

4  A.  It could just be any kind of technical issue.  You can't

5      hear something on your headset, right?  If you have an

6      issue like that, you would contact the help desk.  That

7      ticket would come to me in this example, and I would help

8      you resolve that issue.

9  Q.  So if I have the problem, I called the help desk, tell them

10     what the problem is.  At that point a ticket was going to

11     get created; is that right?

12 A.  Yes, that is correct.

13 Q.  And if the help desk can help me, then I assume the help

14     desk would.  And if they can't, they're going to send that

15     ticket to someone who can?

16 A.  That's correct.

17 Q.  And so if you're the person who supports that application,

18     then the ticket would go to you.  And would you then

19     contact me and help me work through my problem?

20 A.  Yes.

21 Q.  And if it turned out that the problem was something that

22     was not in your area of expertise, would you pass the

23     ticket along to someone else?

24 A.  Yes.  We have different levels of support.  We have

25     level 1, level 2, and level 3.  I worked in level 2

1    than just resolve tickets from the very beginning, which is

2    one of the reasons why they wanted to hire me permanent,

3    because, I mean, I'm a thinker.  I like to think outside

4    the box.

5         So what I began to do is I started creating business

6    process documentation that they did not have before I

7    arrived at that company.  Before I got that role, they did

8    not have any business processes created, so I would create

9    business process maps.  I created a lot of documentation

10   and a lot of wiki sites, internal wiki sites that they

11   didn't have before.  So I did a lot of documentation of

12   processes.

13        I also created business requirements documents, a lot

14   of business requirements documents.  So I would meet with

15   some of the users, even like on the legal team.  If the

16   legal team had an issue that they wanted resolved or if

17   they had an enhancement that they wanted -- let's say for

18   Worldox.  Are you familiar with Worldox, the Worldox

19   application?

20 Q.  No.

21 A.  Okay.  So there's an application in legal that they use

22   called Worldox.  And if someone in legal said, "Hey, I want

23   to make an enhancement to this application," someone would

24   have to gather those requirements to find out what it is

25   that they're really asking for.  I would be the person that

1      different kinds of applications or different kinds of

2      problems at level 2.

3  A.  Yes, yes.  We had an AS/400 team that worked on AS/400.  We

4      had a J.D. Edwards team that worked just on J.D. Edwards

5      applications that we were involved in.  And I'm not sure

6      how this was -- the first structure went, but yeah, there

7      were other teams that handled other applications.

8  Q.  Now, during your years with Electrolux, did you have any

9      outside interests or activities?

10 A.  Yes, of course I did.

11 Q.  Tell me about those.

12 A.  A lot of it centered around volunteer work and giving back.

13     I worked a lot with Crisis Assistance Ministry.  Actually,

14     Electrolux introduced me to Crisis Assistance Ministry.

15         I also worked with Lakewood Community that Electrolux

16     also introduced me to through their volunteer program.  So

17     outside of work, I did a lot of volunteer work, and a lot

18     of it centered around helping the homeless.  Electrolux was

19     a great part of me getting involved with that, and they

20     helped support me through my volunteer activities outside

21     in the community.

22         So at Crisis Assistance Ministry, the people that I

23     worked with recognized me as an Electrolux employee giving

24     back, and I'm the person that worked there every single

25     week.  Every Saturday, if you went to drop off any

1    donations at Crisis Assistance Ministry, you most likely

2    dropped those donations off to me.

3         It got to the point where managers at Electrolux would

4    actually bring in donations just so I could bring them to

5    Crisis Assistance Ministry.  So yeah, that's what I did

6    primarily outside of work.

7         I also said I wanted to give back in a bigger way.  I

8    didn't want to just collect donations because I felt that I

9    was in a position to be able to help in a bigger way.  So

10   one of the things that I did was I bought a property that I

11   use to work with the United Way who has a rapid re-housing

12   program to help house homeless veterans in Forsyth County

13   as well as in Mecklenburg County.  And I help those

14   homeless veterans get urban housing through their rapid

15   re-housing program.  So those are the things that are my

16   real passion outside of working at Electrolux.  That's what

17   I do; I give back.

18   Q.  So let me -- this is a little curious about the property

19       you said you bought.  Is that like a home that could be

20       used for temporary housing?

21   A.  It could be in some cases.  It could be used for temporary

22       housing.  But what I really try to do is transition

23       veterans to permanent housing.  So with this rapid

24       re-housing program, a veteran will get a voucher from

25       United Way that will pay their rent for six months while

1  A.  If I were to create a user story using that as an example,

2      I would create a user story saying that when you open Zoom,

3      there is a mute button.  I would want to be able to click

4      that mute button and mute myself from speaking.  And when I

5      deselect it, then I will be unmuted.  I would create a user

6      story that talks about how that functionality should work,

7      and the developer will take that user story and use that to

8      develop this cloud application.

9  Q.  Now, in using our Zoom example, would a review of the basic

10     Zoom controls, start video/stop video, mute/unmute, would

11     that be a single user story, or would each one be

12     considered a separate user story?

13 A.  It would be a separate user story, but -- yeah, it would be

14     a separate user story, but I want to just back up for a

15     minute.  I'm not an expert on creating user stories.  This

16     whole DevOps -- this is a DevOps concept, and this is

17     something that I only used maybe a month or two before

18     being terminated.  I'm not an expert on user stories.  I

19     don't have years of experience creating user stories or

20     anything like that.  I only have a few months of exposure

21     to user stories and creating user stories, so I'm not an

22     expert on that.

23 Q.  So you mentioned DevOps a couple of times.  Can you

24     describe briefly what that is?

25 A.  DevOps is a fairly new concept that has to do with how you

1    develop an application on a cloud platform, and that's

2    something that -- again, that's something that I'm pretty

3    new with learning.  I haven't had much formal training on

4    the DevOps concept, but it was something that we wanted to

5    try to implement right before I left Electrolux.

6  Q.  Okay.

7  A.  So I don't have years of experience with that.

8  Q.  And then you mentioned SupplierWeb.  Can you describe what

9    that is?

10  A.  SupplierWeb is an application that Electrolux suppliers use

11    to load long-term and short-term requirements for parts and

12    things like that, and it's an application that we've

13    been -- that we implemented many years ago for suppliers

14    and engineers to be able to access, and material suppliers.

15  Q.  So DevOps was new, but SupplierWeb was old?

16  A.  That is correct.  And please forgive me.  I'm trying to

17    recollect and recall, but I haven't used those applications

18    for over a year now, so --

19  Q.  I understand.  Now, Mr. Flowers, you mentioned that one of

20    the things that you did when you worked at Electrolux as a

21    temp that sounded like got you noticed was working on

22    documentation for different things where there was not any

23    before; is that right?

24  A.  Yes, that is correct.

25  Q.  And I'm just thinking about these user stories.  Would it

```
 1  Q.   I mean, well, you said you were in the original position
 2       until about 2015.  And what I meant to ask was:  What
 3       changed in 2015?
 4  A.   Okay.  So in 2015 I was promoted to application support
 5       team lead, and that wasn't a position that I applied for.
 6       The director at the time, Jacob From, recognized all the
 7       hard work that I've done over the last few years and some
 8       of the hard work I've done implementing a new system, and
 9       he identified me as a resource that he wanted to recognize.
10       So they gave me a promotion as team lead.
11            And when I was -- when I got the promotion as team
12       lead, I actually didn't have a manager at the time.  I
13       don't believe I had a manager at the time.  I don't
14       remember 100 percent.  But when they promoted me as a team
15       lead, at some point I no longer had a manager at some
16       point, and I became kind of like the fill-in manager in
17       that role as team lead.
18            But in 2015 that's when I got the official promotion
19       as team leader for the application support team.
20  Q.   During the time that you were a team lead and did not have
21       a manager, were you reporting directly to the director?
22  A.   Yes, Brenda Simpson.
23  Q.   And during that time did you have any responsibility for
24       anyone who was not on your team?
25  A.   Yes.
```

1  Q.  Who did you have responsibility for that was not on your

2      team?

3  A.  I had responsibility for two other people:  Robert Kean,

4      who was our .Net developer; and Rick Stovall, who worked as

5      a project manager.

6  Q.  Now, during that time, did you have the authority to grant

7      time off to employees on your team?

8  A.  Yes, I could if I -- yeah, I could.

9  Q.  Did you write performance appraisals for members of your

10     team?

11 A.  No, I did not.

12 Q.  Did you consult or participate in the preparation of

13     performance appraisals for members on your team?

14 A.  Yes, I did.  And if I could add to that --

15 Q.  Sure.

16 A.  -- I -- so in twenty- -- I believe -- I want to say 2017,

17     the HR department at Electrolux approached me and they

18     asked me to be an HRBP.  That stands for an HR business

19     partner.  They wanted me to become an HRBP for the

20     implementation of a new system that they were rolling out

21     called Talent One.  So I worked closely with HR to roll out

22     this new system called Talent One that helped you manage

23     your performance reviews.  Before Talent One was

24     implemented, all performance reviews were done on paper.

25          So HR came to me and said, "We need someone from IT to

 1       Who would you consult with or give your thoughts to?

 2   A.  To all of my team members.  Every team member I had, I -- I

 3       helped with it.  So it would be Adrian Seagers, Jason

 4       Roten, Ravi Doshi, Sertac Kargi, all of my team members,

 5       Roy Harris.  I would consult with all of them on

 6       performance reviews, help them collect the metrics for SLAs

 7       and things like that and help them, you know, learn how to

 8       use the new tools and help them write their performance

 9       reviews in general.

10   Q.  So you were helping team members prepare their part of the

11       review?

12   A.  That is correct.  That is correct.

13   Q.  I'm thinking now about the other side, the manager or

14       director's part of the review.  Were you involved in

15       preparation of that?

16   A.  No.  No, I was not.

17   Q.  Now, did you participate in any hiring or firing decisions?

18   A.  Yes.

19   Q.  Which?  Or tell me about that.

20   A.  So I helped hire three employees:  Adrian Seagers, Jason

21       Roten, and Ravi Doshi.  I interviewed them, and I made the

22       final deci- -- well, the manager made the final decision,

23       but I screened them and interviewed all three of them.  I

24       am the one that selected their résumés from A to Z.  I'm

25       the person who met with the contract company that we would

1    get these employees from.  Accenture was who we used to

2    source some of our IT folks.  So all of them came through

3    Accenture, and I hired all three -- I helped to hire all

4    three.

5  Q.  Now, did these people ever become regular Electrolux

6    employees?

7  A.  Yes, all three did.

8  Q.  So when you talk about the hiring decision, was that the

9    decision that, "Among the candidates Accenture has

10    presented to us, these are the ones we like"?  Was that the

11    decision?

12  A.  Yes.

13  Q.  And then when the decision was made to make them regular

14    Electrolux employees, were you involved in that decision?

15  A.  Yes.

16  Q.  And what was your involvement there?

17  A.  Recommending that they be hired permanent to the management

18    team.

19  Q.  And who had the final decision-making authority in that

20    case?

21  A.  The management made the final decision.

22  Q.  Did the manager ever decline to hire someone who you

23    recommended?

24          MS. GESSNER:  Object to form.

25  Q.  (By Mr. Alexander) I'm not exactly sure what was wrong with

1   A.   But yes, I've had conversations with management about the

2        performance of employees on my team in general, but I can't

3        remember a specific situation where they said, "I'm writing

4        this person a warning.  Tell me how you feel."  I

5        haven't -- I don't recall that.

6   Q.   So you would provide information to the manager and the

7        manager would do with it as he or she deemed appropriate;

8        is that --

9   A.   Yes.

10  Q.   Now, did your compensation change when you became a team

11       lead?

12  A.   Yes, they gave me a raise.

13  Q.   Okay.

14  A.   I received a bonus, and I received -- I received a bonus

15       for performance, and I've also received raises.

16  Q.   Let me ask about the bonus.  Did you ever receive bonuses

17       before you became a team lead?

18  A.   If I recall, yes.

19  Q.   Did you --

20  A.   So I just want to --

21  Q.   Go ahead.

22  A.   Pardon.  Please go ahead.

23  Q.   When you became team lead, did you receive a special bonus

24       because you were now a team lead?

25  A.   I can't recall.  I know I received bonuses, but not a

1  Q.   What were those?

2  A.   Okay.  I'll have to say no.  I still did everything that I

3       did before, but I didn't do as much of it.  For example,

4       when I had other roles that I was assigned, I would do --

5       manage less help desk tickets.  My team members would

6       handle the bulk of the help desk tickets.  They would

7       handle most of the tickets.  I just chipped in here and

8       there, but primarily my team members did most of the help

9       desk tickets while I focused on other things like being the

10      relationship manager, being the change advisory board lead.

11      I had all these other roles that I helped out with as well.

12      So I won't say that I didn't do any of those things

13      anymore.  I would just say that I did less of it.

14 Q.   Well, and that raises an interesting question.  Once you

15      became the team lead, was it your responsibility to assign

16      tickets to people as they came in?

17 A.   Sometimes we did.  Yes, sometimes I did that.

18 Q.   If a ticket came up and you had not assigned it to someone,

19      who would get the ticket?

20 A.   My entire team always went in every single -- no one would

21      get the ticket, to answer your question.  If it wasn't --

22      no one would get the ticket.  So we have a help desk queue

23      that's monitored by the entire team.  So we took our own

24      initiative to go out and accept those tickets and assign

25      them to ourselves.  So if I didn't assign it to a team

 1  A.  Great, great.  If I recall, he's given me "Exceeds

 2      expectations" on my performance reviews.  I also believe

 3      that Mike Daniel also gave me "Exceeds expectations" on my

 4      performance reviews, and not very many employees get that.

 5      So with Javier, we had a great relationship.  Up until I

 6      left/until I was terminated, we had a great relationship.

 7  Q.  And how was your relationship with Brenda Simpson?

 8  A.  Great.  Great relationship with Brenda Simpson.  I've --

 9      you know, I knew Brenda Simpson for the last nine years.  I

10      didn't have a bad relationship with Brenda Simpson at all,

11      I don't think I did.  I don't think I had a bad

12      relationship with any of my previous managers either.  I

13      can't say that I had a terrible relationship with them.

14  Q.  So tell me what was different about Ms. Rawat.

15  A.  She -- please rephrase that question.  I want to make sure

16      I understand it and I answer it correctly.

17  Q.  Well, you just told me that you had good relationships with

18      all your prior managers.  It appears there were some issues

19      with Ms. Rawat.  So my question is:  What was different?

20      How was that different?

21  A.  Ms. Rawat didn't like me for one reason or another, so she

22      was always talking down to me.  She was just very mean to

23      me.  She treated me differently than anyone else on the

24      team.  And, you know, it was evident.  It was something

25      that couldn't even be hidden.

1        talk with Alexa about?

2    A.   Okay.  I can -- I can walk you through that.  Can we go

3        back to the initial email --

4    Q.   Sure.

5    A.   -- all the way at the bottom?  I can just walk you through

6        all of this.  Okay.  So on July 19th, we had a daily

7        stand-up meeting.  It's like a team meeting, a quick team

8        meeting that we had in the morning.  And while I was in

9        that team meeting, Kopal is being very -- very mean to me

10        again.  We didn't see eye to eye on something, and she was

11        really being kind of -- being, I would say bordering on

12        belligerent or -- she was just very, very mean and what I

13        feel was aggression.  And note that this is July 19th.  I

14        had worked with Kopal for about seven months.  I think she

15        was hired in July [sic].  And after seven months of dealing

16        with this and tried to resolve the issues on my own, I

17        asked Kopal after I left the stand-up meeting, "Kopal" --

18        because I wanted to be respectful of her as being my

19        manager, I wanted to ask Kopal -- "can you reach out to HR

20        so we can sit down and resolve our issues?"

21            And I had no qualms with doing that because you have

22        to realize just a year or two prior I worked with HR as an

23        IT HRBP.  I helped implement the Talent One performance

24        metric system, so I felt as the IT team lead, as someone

25        who served on the leadership team by presenting at town

1    and help us with this issue 'cause, again, I had a great

2    relationship with all the management team as well as HR, I

3    thought.  So that's what this is.

4  Q.  Now, as a result of this email correspondence, did you have

5    a meeting with Alexa Moor?

6  A.  Yes.  She couldn't have a meeting immediately, so -- I

7    didn't see it here, but she had a meeting, and she couldn't

8    meet immediately, so she wanted to schedule it for August.

9    So she sent me an invite for a meeting in August because I

10   believe she was going on vacation for a few weeks, and when

11   she came back she wanted to meet with us.  So we waited a

12   few weeks, and we got together in her office.

13  Q.  Tell me about that meeting.

14  A.  I'll try and tell you what I can remember.  Kopal and I

15   walked together to HR.  If I recall, we walked together to

16   HR.  I've always been very personable and cordial to her.

17   We walked together and chatted, I believe, on our way to

18   HR.  We met with Alexa, and we -- I kind of told Alexa some

19   of the things that I faced and wanted to see, you know, how

20   she could help us with maybe training or something, you

21   know, what we can do.

22       But between the time that I requested a meeting with

23   HR and we got to HR, Kopal, she became nicer during that

24   period, right?  Between the time that I requested to meet

25   with HR and by the time we got to HR, she was very nice,

1  and she acted like she wanted to work with me.

2      So during that meeting Alexa asked, "So where do you

3  guys want to go from here?  Do you want to continue to just

4  try to meet more frequently?"  Because one of the things

5  that I suggested -- I made a suggestion during that

6  meeting, and I said, "Well, maybe if Kopal and I met more

7  frequently" -- because we never really meet.  We just have

8  our daily standup -- "maybe if we can meet more frequently,

9  maybe once a week, and kind of level set as, you know, team

10 lead to manager, she can tell me, you know, some of the

11 things that she might want me to do, and I can tell her

12 about my week or whatever, some of the things that I've

13 experienced with my projects and team members and things

14 like that."

15     So after that meeting she said, "Why don't you guys go

16 ahead and meet more frequently just you and Kopal

17 one-on-one."

18     And I said, "Great," because we really hadn't had

19 one-on-ones.  A one-on-one is a one-on-one meeting with

20 your manager.

21     Before Kopal came, I had one-on-one meetings at least

22 once a month with all of my team members just so I could

23 see where they're at and they can come to me with any

24 issues that they're having, whether it be they want to just

25 talk about some personal issue that they had at home or why

1    they -- or they may want to say, "Hey, I need to come in

2    late all of next week because I have to take someone here."

3    I would have one-on-one meetings all the time.

4         But Kopal didn't have a lot of one-on-one meetings, so

5    I decided, "Why don't we have a one-on-one meeting," and we

6    just set it up on our calendar that we make sure that we --

7    we -- we -- we have every single -- every single week.  And

8    that's what came out of the meeting.  After that, the

9    one-on-one meeting became -- so I'll just leave it there.

10   Q.  Okay.

11   A.  I'll leave it there, yes.

12   Q.  So do I understand you to say that you had never had

13       one-on-one meetings with Kopal prior to this August meeting

14       with Alexa when you-all decided to proceed in that

15       direction?

16   A.  So I asked Kopal once prior to have one-on-one meetings, so

17       she set up one-on-one meetings with me and the team, but

18       she never made the meetings, so --

19   Q.  Okay.  Now, so let's -- well, now, let me ask this:  Did

20       Kopal have one-on-one meetings with other people on your

21       team?

22   A.  I'm sorry, but I can't answer that question.  I know that

23       she had some scheduled, but I can't tell you whether or not

24       the one-on-one meetings actually happened.  I know that

25       some of my team members complained, but I don't know.  I

1        can't answer that question, I'm sorry.

2   Q.   I want to then shift to your one-on-one meetings with

3        Kopal.  Do you recall when the first one occurred?

4   A.   So you're asking when the first one occurred after meeting

5        with Alexa --

6   Q.   Alexa.

7   A.   -- Moor?

8   Q.   Yes, yes, thank you.  Yes, that's what I was trying to ask.

9   A.   I believe that happened the next week.  The week after we

10       met with Alexa, we had a meeting, and that first meeting

11       was -- it wasn't what I expected at all.  But yes, we met

12       maybe a week after meeting with Alexa.

13  Q.   What did you expect?

14  A.   My expectation is that it would be a typical one-on-one

15       meeting.  I've had many in the past.  I've had other

16       managers have one-on-one meetings with me, and I've had

17       one-on-one meetings with my team.

18            And in one-on-one meetings my expectation is to go

19       over some of the projects that we had lined up, things like

20       that.  But this was, it came -- in my opinion, it came

21       across as something that was very combative.  It felt like

22       it was -- it wasn't the type of one-on-one meeting that I

23       thought we would have.

24            It seemed like -- after we met with Alexa, it seemed

25       like the one-on-one meetings from here on out was all to

1   just gather documentation, and that was it.  It didn't seem

2   like it had anything to do with me performing better or us

3   working together better as a team.  It didn't seem that way

4   at all in that first one that we had.  It just wasn't what

5   I expected.

6   Q.   All right.  Let me --

7   A.   It (inaudible) things got worse.

8           THE COURT REPORTER:  I'm sorry, I didn't hear

9   you.

10  A.   It felt like things got worse.  Sorry, I won't overtalk you

11  again.  Sorry about that.

12  Q.   Let me ask this:  Was the meeting different in tone from

13  what you expected?  Was it different in substance from what

14  you expected?

15  A.   I would have to say both.

16  Q.   Both, okay.  Now, in what way was it different in substance

17  from what you expected?

18  A.   I thought it would be more about what direction she wanted

19  us to go in as a team, how to better our relationship as

20  manager and team lead so we can work together more

21  effectively, as well as outline some of the tasks for our

22  team.

23          But everything in the one-on-one meeting was centered

24  around something very different.  It had to do with:  I

25  sent you an email on this date and you haven't responded to

1    me yet.  It was very com- -- it didn't feel like we were

2    working together.  It seemed like it was really just to

3    collect documentation, is really -- is what it really felt

4    like to me.  And that's just me and my -- that's what I

5    felt.

6         I felt like it got a lot worse because, remember,

7    we've had one-on-one meetings before.  We just didn't have

8    them frequently.  She scheduled them.  I think she started

9    working there in January, and we had meetings, her and I,

10   in the very beginning when she first started working there.

11   In January and February we met, and our one-on-one meetings

12   were nothing like this new one-on-one meeting that we had.

13   It was like she was out for the kill.  So it was a very

14   different type of one-on-one meeting.

15        And in my opinion, the reason why I really didn't go

16   back and say:  Okay, we're going to run back and go to HR

17   again because this is not what I -- you know, from my

18   understanding or the way that I felt is, well, she may be

19   upset that I went to HR, thinking that I was telling HR on

20   her.  So that may be why she's acting like this, so I

21   didn't say anything about it.  We just continued on having

22   our one-on-one meetings, and I just put up with it and

23   that's it.

24 Q.  I'm going to ask Ben to put up Exhibit 3, which is an

25   email.

1  A.   I won't be able to recall exactly, but she didn't, number

2       one, want me to have an opinion on a lot of things, so it

3       was probably another situation where I made a suggestion

4       and she kind of just lit in on me.  It was one of those

5       situations.  I can't tell you exactly what the conversation

6       was.  It's been so long, I don't remember the exact

7       conversation.  But I know how I felt, and that's evident by

8       the last sentence in this email, the way that I ended it,

9       "if you don't fire me first."  That can kind of tell you

10      how I was feeling.

11 Q.   All right.  I appreciate that, and what we're going to do

12      now is scroll up so that you can take a look at the email

13      sent in response, and just read that.  And when you need us

14      to scroll down, just please say so.

15          THE WITNESS:  You can scroll up.  Yes.  You can

16      scroll up.

17 A.   Yes, I do remember that.

18 Q.   Okay.  In her email, Kopal includes her minutes of the

19      one-on-one meeting.  Were those minutes accurate?

20 A.   I would have to say that what I just read sounded like -- I

21      won't say -- I can't respond and say if they're accurate

22      for what I can recall, but I do recognize this email.

23 Q.   I'm sorry, I did not hear your last few words.  You said

24      you do recognize --

25 A.   I do recognize this email.

1          MR. ALEXANDER:  Can you go down to the bottom?

2     Scroll down, Ben.

3  Q.  (By Mr. Alexander) All right.  There is this September 20th

4     email from you to Kopal.  Do you recall this email,

5     Mr. Flowers?

6  A.  Yes, I do.

7  Q.  Is this -- and this is being sent on September 23rd.  Is

8     this in response to the one on -- is this in response to

9     Kopal's reply after the September 19th one-on-one, or was

10     there another one-on-one in between?

11  A.  I don't remember the exact dates.  I don't remember

12     exactly, but I don't think this was in response to the

13     first one-on-one that we had, I don't believe that.  I

14     don't know which one-on-one -- I don't even know if this

15     was in response to a one-on-one, I don't.

16  Q.  All right.  Well, that leads me to my next question, which

17     is:  Was there some incident, some discussion, something

18     that triggered your decision to request a mediator?

19  A.  I just felt like I was being bullied a lot.  You can see by

20     the documentation that she keeps, that -- from the very

21     beginning, that there is proof.  That from the very

22     beginning, from the very first one-on-one, she wanted to

23     take as much documentation that she could because she knew

24     that we probably would be in this kind of situation that

25     we're in right here today.  That's why her documentation is

1    recommendation of training isn't working, if working with

2    HR and having one-on-ones is still creating this type of

3    documentation to try to set me up to be in this position,

4    then, you know, what can I do?

5         So yes, I remember asking for a mediator to step in to

6    our one-on-ones to see if that could help.  Now, a mediator

7    could be internally or externally.  But in this situation,

8    I was looking for someone externally to come and help.  So

9    yes, I remember this email very well, and I don't regret

10   sending it.  And I think that this was the right thing to

11   do, despite what ended up happening, which is I didn't get

12   the help I wanted.  But I remember sending this email.

13   Q.  Had you had prior experience working with a mediator?

14   A.  Not me personally.  No, not me personally, no.

15   Q.  But that was something that Hewitt, you had experience --

16       that was an option that you knew about from your time at

17       Hewitt; is that correct?

18   A.  That's right, because I worked on the Diversity and

19       Inclusion Network.  Back then we really wanted to work with

20       diversity because there were some diversity issues back

21       then, and it was something that they decided; that they

22       wanted to create this Diversity and Inclusion Network.

23         And as a part of that, I learned about how to resolve

24       any issues related to diversity inclusion.  And as a part

25       of that, EEOC came up, mediation came up, and I understand

1   were managers except me, and Rick Stovall was a project

2   manager, but he left the company.  Either -- I think he

3   resigned.  So that just left me.  So when I left, I was the

4   only person that was not a manager on the ITGC audit

5   committee.

6   Q.  Okay.  Who else was on the audit committee?

7   A.  Bryan Jackson; Arthur Thomas; Allen -- I forget his last

8       name -- Allen Olive, I believe his last name is, Allen

9       Olive; Brenda Simpson, and I believe that's it.

10  Q.  I know that Brenda was two levels above your chain of

11      command.  Did the other managers report to Brenda, or would

12      they have been her peers?

13  A.  They reported to Brenda.  Brenda was the director at the

14      time.

15  Q.  Now, in balancing your various duties and assignments, how

16      did you set priorities?  How did you decide what needed to

17      be done immediately and what could be done in a couple of

18      days?

19  A.  So the number one priority has always been production

20      support.  That's always the number one priority, so tickets

21      are the number one priority.  And we have different

22      severity levels in tickets.  We have level 1, which means

23      that the sky is falling; and we have level 2, which is a

24      very, very high severity; and then we have level 3 and 4.

25          So if it was a level 2 or a level 1 situation, that

1  to wake up at 8:00 in the morning after getting in bed at

2  4:00 a.m. and reassign tickets, and then be held

3  accountable for not reassigning that ticket after only

4  having a few hours of sleep.  And that's what I mean it

5  really depends.

6        I believe because I am Black, there were certain

7  restrictions or certain things that they wanted me to do

8  that they knew -- that Kopal knew -- I want to say Kopal --

9  that Kopal knew I may not be able to do because of the four

10  different leadership roles that I had in IT because of the

11  long hours, the only person on the team that worked 20

12  hours in one night -- in one day, that worked 13, 14 hours

13  in a day.

14        So yes, I understand that all of these things -- all

15  of these things, they look to be something that's

16  reasonable when you look at it from that perspective.  But

17  you have to remember when it is a person who's working

18  overnight, when it's a person that has four different

19  leadership roles in IT, the only person, the only

20  African-American, the only Black person that does, and if

21  you look at this list -- you answer me.  Do you think that

22  that's something that is reasonable?

23        So a lot of times I wanted to make sure that the

24  management team knew that I could get through these things,

25  but it may not be four hours, you know, after it happened.

1    and acumen, right?  They chose me to be The Home Depot

2    relationship manager for a reason, because I do all these

3    things.  And, again, on past performance reviews you'll see

4    that I exceeded expectations in doing so.

5         So because I'm Black now and that I have Kopal as a

6    manager now, now I'm coming into question on whether or not

7    I'm able to meet these expectations.  But this was never an

8    issue in the past.  For the eight years that I worked at

9    Electrolux before Kopal came on board, I never had a

10   problem with any of these things.  It happened after she

11   came on board, and she discriminated against me because I'm

12   Black.  That's the bottom line.  There's no other way that

13   I can think of any reason why I wouldn't be able to meet

14   any one of these expectations.

15            MR. ALEXANDER:  Let's scroll on down.

16   Q.  (By Mr. Alexander) And then section 3 is entitled,

17   "Openness - Cross-Collaboration and Growth - Coaching

18   Others," and there are some expectations under that.  I

19   would just ask you to look over that list, Mr. Flowers, and

20   tell me if there are any expectations there that you think

21   are unreasonable.

22   A.  Yes, I think these expectations are reasonable.

23   Q.  Now, you mentioned that you thought that this was -- that

24   Kopal wanted to terminate you because you were Black.

25   Brenda Simpson was in that meeting too, I believe; is that

1  Q.  Okay.

2  A.  But because I'm Black, I feel that there was more pressure

3      put on me to get it done right the first time, no

4      exceptions.  I don't remember any of my other team members

5      being held to the same standard that I was held to, and

6      that's why you have all of these bullet items.  I don't

7      know of any other team member that's the perfect team

8      member that -- I don't know if they have these same types

9      of bullet items on everything that they did.  It was really

10     just me.  I'm the person that was singled out.  There was

11     nothing that I could do right, and that's because I'm

12     Black.

13 Q.  With respect to your other team members, were you involved

14     or do you have any personal knowledge --

15             THE COURT REPORTER:  "Do you have any" --

16 A.  I'm sorry?

17 Q.  -- personal knowledge of their work on user stories?

18 A.  Yes, I could see other people's user stories, other team

19     members' user stories and things like that.

20 Q.  Okay.  So everybody --

21 A.  And I actually ran a report on the number of user stories

22     that were created, and at that time I had probably three

23     times the amount of user stories completed than my team

24     members did.  And that's data that we can get from doing a

25     SharePoint query very easily, but I completed more user

1    stories quicker than any of my team members.  If that data

2    still exists in the Electrolux system, I'm sure we can get

3    that information out, but that's a fact.

4         On my performance review -- my 2019 performance review

5    that I completed, I outlined all the things that are due in

6    this document here on that performance review, and I showed

7    the proof and where to find the proof that all this stuff

8    was completed in a timely manner with no issues.

9         So I'd love to be able to present that at some point

10   because I haven't seen my 2019 performance review yet

11   because it hasn't been signed off and completed by Kopal.

12   And, again, I think that's because I'm Black.

13   Q.  Looking at little "b" here, it is, "CAB documentation and

14       rotation."  Let me ask you just to look at the four little

15       items under that and tell me if they are accurate or if you

16       think they are inaccurate.

17   A.  I'm not very certain on the exact dates, but that looks to

18       be what we discussed for CAB documentation and rotation.

19            MR. ALEXANDER:  All right.  If you could scroll

20       up a little bit more, Ben.

21   Q.  (By Mr. Alexander) Then we come to the last part,

22       "Openness - Cross-Collaboration and Growth."  Under

23       number 4 it says, "Respond to and address management

24       questions and concerns timely."  And then little "a"

25       involves an email from Brenda.

1          Just take a look at that and the little three Roman

2      numerals under it.  Tell me if that's accurate.

3  A.   I'm not 100-percent sure about the dates, but that -- I'm

4      not 100-percent sure about the dates, but it looks like

5      they're asking if I responded to an email in a timely

6      manner.  And, again, I think that it's that level of

7      scrutiny because I'm Black, but I don't totally recall

8      whether or not those dates are correct or responding to an

9      email is -- I'm not 100-percent sure of the accuracy of

10     that.  I don't remember if I was -- I don't remember

11     that -- that -- I don't remember an email that I sent or

12     did not respond to, I'm sorry.

13 Q.   And then little "b" under that, that email from Kopal

14     regarding exchanging MSDN licenses with Ravi.  Are the two

15     little points under that accurate or not?

16 A.   Yes, that could be correct.  I may have -- I don't remember

17     the dates, but I may have reassigned it maybe a day or two

18     later, maybe.  But I do remember that situation.  That's

19     the scenario where they were taking the MSD license from me

20     and giving it to a team member, and I believe that's

21     because she didn't want me to have the same access to the

22     tools and education as the rest of my team members.  And,

23     again, I think that's because I'm the only Black person on

24     the team.  So she wanted to take away things from me and

25     give them to other team members, and that's just what my

1    experience has been like since she's been my manager.  So

2    yes, I do remember that.

3  Q.  Well, wasn't there something about Ravi working on a

4    conversion project that required that he have use of that

5    license?

6  A.  Yes, that is what she said.

7  Q.  But you do not believe that to have been true?

8  A.  That is what she said.

9  Q.  Well, all right.  Help me out here.  You previously

10    suggested she did it because you're Black, and then you

11    say, "Well, this is why she said she did it."  Are you

12    saying that Ravi did not have the urgent need for the

13    license that she described?

14  A.  I think -- I want to make sure that -- I believe that the

15    reason -- the main reason why there was such an urgency for

16    me to do it and the whole reason why she did it in the

17    first place was because she wanted to be able to take

18    access away from me and give it to someone else, and I

19    believe that she did that based on me being Black.

20  Q.  Why do you believe that?

21  A.  Because I'm the only Black person on the team and I'm the

22    only person on the team that I know that licenses were

23    taken from me and given to other people.  I don't remember

24    that happening to anyone else on the team, and that's the

25    reason why I believe that.

1  Q.  Okay.  All right.  Number 5 here says, "Provide weekly

2      status reports to manager every Friday."  And then there

3      are some -- and "a" under that says that you were not

4      meeting expectations, and then there's a list of six items

5      below that.

6  A.  Yes.  Yes, I'm very familiar with the weekly reports.  The

7      weekly status reports, I'm very familiar with those.  I

8      completed them every week, and this is something that I had

9      to do and the rest of my team members also had to do.  The

10     only difference is they never completed theirs or they only

11     did them every once in a while, where I was required to do

12     them every single Friday.  And then when I did do them,

13     they were never good enough.

14         I always had to change the format.  It even got to the

15     point where the format color had to be a specific color.

16     Otherwise, I would receive an email stating that, "You

17     forgot to put -- to use a red -- highlight this in red" or

18     "Why did you put this in bold?  Why is that in this box?

19     It should be in another box."

20         It was very, very nitpicky, and I'm the only team

21     member that they did that with.  The rest of my team

22     members were not held to the exact same thing, only me, and

23     I believe that's because I'm Black and the rest of my team

24     members are not.

25         That's the reason why I had to make sure that my

1   A.   She -- yes, Brenda Simpson did rate me as "meet

2        expectations," and the reason for that is after some time,

3        managers were told by HR or managers were instructed by

4        someone in high ranks that when they rank someone, they

5        can't rank them beyond "meet expectations" anymore.  They

6        could only rank -- the highest they could rank is "meet

7        expectations."  It was very hard to find someone that

8        exceeds expectations anymore.  They could only meet

9        expectations.

10            So yes, she ranked me as a "meet expectations," but at

11       that time that was the highest ranking that any employee

12       would ever get, is a "meets expectations."  And I know that

13       there's data to support that within IT.  I can guarantee

14       you, if we pull all the performance reviews for everyone in

15       that same year, everyone is either "meet" or "below

16       expectations."  No one exceeds anymore.

17            But here she rated me as a "meet," and if you have a

18       "meet expectations," that's great.  That wasn't a bad

19       performance review.  That was a good performance review.

20       And if you read the comments that she wrote, it's always

21       going to be something shining and glowing because I've

22       always received good performance reviews.

23   Q.   Now, you were Black when she gave you those performance

24       reviews, weren't you?

25   A.   I was absolutely Black, that's correct.

 1  Q.  Let me take you back to what we were discussing a minute

 2      ago about this license issue.  Now, when your license, MSDN

 3      license, got transferred to Ravi, didn't his license get

 4      transferred to you?

 5  A.  I'm not 100-percent sure.  I don't remember all the

 6      specifics, but I remember that I had an MSDN license and

 7      she wanted me to assign it to Ravi.  That's what I

 8      remember.

 9  Q.  And didn't you have a different version from him?

10  A.  I don't remember all the details.  I really don't remember

11      all the details.

12  Q.  But this did not affect your access to the system, did it?

13  A.  I don't think I was able to do some of the work that I

14      wanted to complete, and I don't recall exactly what that

15      work was.  Again, I'm a person that had four different

16      roles, so I don't remember, I'm sorry.

17  Q.  Turning back to this document, the last item on here, 6

18      says, "Include manager on all vendor and customer

19      communication."  And then there's some mention of emails to

20      the -- THD, I believe, is The Home Depot; is that correct?

21  A.  Yes, that is correct.

22  Q.  Regarding MPLS circuit.  What does "MPLS" stand for?

23  A.  I don't remember right now, but it's a type of dedicated

24      circuit between The Home Depot and Electrolux, but I don't

25      remember what MPLS stands for specifically, but it's a type

1    of circuit, communication circuit, between two companies.

2   Q.   And this document --

3   A.   Most --

4              THE COURT REPORTER:  I'm sorry?

5   A.   Go ahead.  Please go ahead.  I'm sorry.  You can strike

6        that.  Please go ahead.

7   Q.   Underneath that, there seems to be a list of some dates of

8        emails that apparently your manager was not copied on; is

9        that accurate?

10  A.   Yes, that -- yes, that is correct.

11             MR. ALEXANDER:  Is there anything else on the --

12       scroll down.  Okay, all right.  That concludes that.  All

13       right.

14  Q.   (By Mr. Alexander) So what did you take away from this

15       screening once you got this report?

16  A.   I took away that they were trying their best to build a

17       case to fire me because I'm Black and they had nothing else

18       to do, so they would write on a performance review that I

19       didn't include someone on an email or I didn't respond to

20       an email in a timely manner.

21            The only problem with that is that not every employee

22       in IT is held to that standard.  You literally read it

23       yourself.  I was put on a performance review because I

24       didn't respond to an email in a timely manner, a person

25       that has four different roles, a person that works 20 hours

1  in some days doesn't respond to an email in a timely

2  manner.

3      So when you talked earlier and you asked me about -- a

4  question about if I recall -- or do I believe that I meet

5  expectations, I told you that it depends.  It really

6  depends because if the expectation is that I respond to

7  every email in two hours, I'm not going to meet that

8  expectation.  I don't know who in corporate America can

9  ever meet that type of expectation where you're judged

10  based on how quickly you respond to an email, if you add

11  someone to an email thread, when you receive -- I can

12  verify that I received 300 emails in a day.  I can receive

13  300 emails in one day.  I can receive 100 emails and

14  respond to 60 emails in one day because I have four

15  different roles.

16      So the expectations being met, are they expectations

17  that any employee could ever meet?  Any employee that has

18  as many roles that -- has as many positions as I had, it's

19  very hard to meet an expectation of answering every email

20  that you're sent.  That's very, very difficult to --

21  throughout your working day.

22      Again, you know, in the roles that I had and the

23  positions that I had, doing town hall meetings, all of

24  these things and adding my manager to every single email is

25  not a reasonable expectation, but that's what I was fired

1  A.  I remember seeing this document.  Yes, I do remember seeing

2      that.

3  Q.  Do you recall a meeting in which this document was

4      presented?

5  A.  I believe this is the day they fired me.

6  Q.  Tell me about that meeting.

7  A.  It was a regular meeting.  I walked to HR, and I -- I don't

8      know if I was with Kopal or not.  I think I was with Kopal.

9      I'm not sure, but I went to HR to have a regular -- I

10     thought it was like a regular status update meeting, and

11     the meeting room was being used by someone else.  So we

12     then walked to another conference room towards the front of

13     the building.  So Kopal, Brenda, Naomi, and I walked to

14     that conference room, and we had a meeting.  And they

15     presented this and terminated me.

16 Q.  So in presenting this, who made the presentation?

17 A.  I don't remember exactly who gave it to me.  Naomi, maybe.

18     Naomi or Kopal gave it to me.

19 Q.  Okay.

20 A.  Naomi?  It may have been Naomi gave it to me.

21 Q.  In looking at the items on here, item 1 involves issues

22     surrounding user stories, in particular, the priorities

23     that you --

24 A.  Yes.

25 Q.  -- prepared them.  Did that happen?  Is that an accurate

1   A.   I have type II diabetes.

2   Q.   Do you recall when you were first diagnosed with that?

3   A.   It had to be somewhere around 2015, at least I think.  Yes,

4        the last five years or so.

5   Q.   What types of symptoms does this cause you to suffer from?

6   A.   Frequent urination.  Sometimes I see spots.  When I'm

7        looking at something, I'll see spots if my blood sugar is

8        too high.  So those are the two main symptoms that I see.

9   Q.   Now, it's my understanding that there is not a cure for

10       diabetes, although there are some drugs that are helpful in

11       treating it; is that correct?

12  A.   Yes, that is correct.  You can keep it under control with

13       diet, but you can't entirely just eliminate it.  But you

14       can definitely keep it under control with exercise and

15       diet.

16  Q.   With some sorts of chronic diseases like, for instance, MS,

17       someone can have a real big problem, a big flare-up, and it

18       is very debilitating for a period of time.  Does diabetes

19       affect you that way?

20  A.   Yes, it can.  If it's a flare-up, it can affect me that

21       way, yes.

22  Q.   In the years since your diagnosis, how many times have you

23       had one of those flare-ups?

24  A.   The most severe flare-up I've ever had was at Electrolux in

25       2019.

1  I'm going to, what kind of workouts I'm doing.  So I'd tell

2  anyone I could about my diabetes and where I'm at.  I've

3  been doing that since I was diagnosed.

4      I found out that I had diabetes at Electrolux.  Back

5  in 2015 -- okay, so every single year Electrolux brings

6  hospitals in to take your blood and go through your vitals,

7  and it's like an Electrolux health fair.  They did it once

8  a year.  So they came in, and they did my vitals.  And the

9  guy had told me, he said, "I need you to sit down in this

10  room."  This is in 2015.

11      I said, "What's up?"

12      He said, "You have diabetes."

13      And I said, "I have diabetes?"

14      He said, "Yeah, you have diabetes, so you need to go

15  to the hospital, and you have very high blood pressure."

16  This is inside of Electrolux, inside the actual

17  headquarters.  He said, "You have diabetes, and you have to

18  go to the hospital right now.  The ambulance is about to

19  come pick you up."

20      And I said, "I don't have a problem with diabetes.

21  I've never" -- I didn't know I had it.  I had it probably

22  for years and didn't even know.

23      So he said, "The ambulance can't take you."  This is

24  the guy that doesn't work for Electrolux.  It's someone

25  that works for the health fair company.  He said, "We were

1    going to get an ambulance for you, but if you can find

2    someone that can take you, we'll allow them to take you

3    directly to the emergency room."  And this happened in

4    Electrolux.

5         So I called my team member, Adrian Seagers, who was

6    terminated for stealing from the cafeteria.  I contacted

7    him 'cause he had diabetes, and I said, "Hey, I'm having an

8    episode down here.  They told me I have diabetes."

9         He said, "Really?"

10        I said, "Yes."  And he took me to the hospital -- to

11   the emergency room, and that's when I was prescribed

12   medication, Metformin, for the first time, and I was given

13   Lisinopril as my heart medication.

14   Q.   Okay.

15   A.   So everyone knew I had diabetes because when they saw me --

16   when they move you from the main area where you get your

17   vitals taken to a side room, everyone at Electrolux who's

18   there at the time, they know that there's a problem.

19        So the next day when I came back to work, everyone was

20   like, "Hey, Joe, are you okay?  What's wrong?"

21        And I told everyone, "I just diagnosed with diabetes,

22   didn't even know I had it."

23        He'd go, you know, "Glad you went," because I was

24   walking around for a long time and didn't even know I had

25   diabetes, so everyone knew that I had diabetes.

1  A.  Some of it was related to diabetes.  Yes, some of it was.

2  Q.  In your communications with the company when you were out

3      on those days that were related to diabetes, you didn't

4      make any mention of it being related to diabetes, did you?

5  A.  No, I didn't send an email saying, "Because of my diabetes,

6      I can't come to work today."  I did not.  I never sent an

7      email like that.  No, I never sent that type of email, but

8      I may have sent an email saying that, "I'm not feeling well

9      today, so I can't make it in to work."

10 Q.  And did anyone in management know that that three-day

11     hospitalization was related to diabetes?

12 A.  Yes.

13 Q.  Who would have known that?

14 A.  My manager, Kopal.

15 Q.  How would she have known that?

16 A.  I remember sending her a message letting her know that I

17     was in the hospital.  And I remember when I came back to

18     work, I told the entire team in our team meeting that --

19     what happened.

20 Q.  All right.  I understand that you believe you were treated

21     differently because of your diabetes.  Has anyone ever told

22     you that or made a remark that causes you to believe that?

23 A.  No one ever said -- no one ever said to me plainly, "I'm

24     going to discriminate against you because you have

25     diabetes."  But one thing that I can say is that I was

1              Working in diversity for all the years -- the years

2        that I have, working with people who have suffered racism

3        along with me all of these years, I know what racism feels

4        like.  When you're treated differently than anyone else on

5        the team and there's no real -- there's no real reason for

6        it, you don't understand where that's coming from, it has

7        to -- I know it's race.

8              I know I was treated unfairly because I'm Black

9        because all of my past performance has always been stellar.

10       I've never had a problem with anybody on the management

11       team ever related to performance.  I've always had

12       excellent performance reviews.  If you pull up my 2019

13       performance review that I did, if Kopal completed it, which

14       she most likely did because she's probably required to, I

15       can guarantee that she has good comments about my

16       performance.  And that's not going to jibe with what she

17       put on my PIP.  It's a guarantee.  I know that this has to

18       do with racism.  I know it's because I'm Black that I've

19       been terminated.  I know that for a fact.

20   Q.  Okay.

21   A.  It's not my performance.  It's because I'm Black.

22   Q.  And you have explained why you believe that.  Is there any

23       other reason that you have not talked about yet?

24   A.  Let me think about that.  It's because of the way that I

25       was treated, how I was treated differently than the rest of

1      my team members.  The PIPs that I was put on, I think I was

2      put on those PIPs because I was African-American and I had

3      a disability.  That's what I believe, because there's no

4      other reason to explain why there is a discrepancy between

5      what's on my performance review and the reason why I was

6      terminated.

7 Q.   Let me ask this:  Are you aware of any White employees who

8      you believed had similar performance to you and you think

9      were treated differently?

10 A.   I don't know if I can answer that question.  I don't know

11      their -- anybody else's situation.  I can only speak of my

12      situation, so I can't answer that question.

13 Q.   Did you complain to anyone in HR specif- -- and I know that

14      your lawyer wrote a letter.

15 A.   Yes.

16 Q.   But prior to that, had you complained to anyone at HR

17      specifically about either race discrimination or disability

18      discrimination?

19 A.   Well, let me think about that for a minute.  Let me think

20      about that.  I don't think that I ever specifically said

21      it's because I'm Black or because I have a disability.

22      I've only had one or two communications with HR, and that

23      was after Kopal became my manager.  And that's when I

24      reached out for help to HR, and that's -- after that, I

25      asked for a mediator to come in to help us to try to get to

1       the bottom of what was going on.

2           And out of those conversations I expected to have a

3       conversation about being discriminated against because of

4       race and because of disability, but unfortunately

5       Electrolux did not give me the opportunity to get a

6       mediator, so those conversations were never had.

7   Q.  Did you work with or when you were at Electrolux, were you

8       acquainted with someone named Robert Kean?

9   A.  Robert Kean?

10  Q.  Yes.

11  A.  Yes.  Actually, I was at -- yes, that is correct, yes.

12  Q.  Was he ever on your team?

13  A.  Yes, he actually came under our team after Kopal was hired,

14      yes.

15  Q.  Did you ever raise any concerns about his work performance?

16  A.  There were some issues with Robert Kean's performance in

17      the past, so before -- can I just give you some background?

18  Q.  Sure.

19  A.  So before Kopal was hired, Brenda Simpson, who I reported

20      to at the time, said that she was having problems with

21      Robert Kean getting work completed; he had dropped the ball

22      on something.  So she wanted me to pick up what he was

23      doing and try to work with him on getting these -- this

24      task completed.

25          And then after Kopal came on board, I think she was

1    brought up to speed on some of the people on the team or

2    something, I don't know, but I believe Kopal had come to me

3    and asked me to help Robert on a project or something like

4    that, so I helped him with a project.  But I never was

5    involved with grading a performance review or even

6    reviewing any performance reviews of Robert Kean or

7    anything like that, but I have had conversations, and that

8    was more about coaching and helping.

9         So I was more there to help Robert Kean, but it wasn't

10   anything that ended up on a performance review that I know

11   of.  I didn't participate in any performance reviews for

12   Robert, but I know that he did need help at some point, and

13   I did help him.

14 Q.  Now, you indicated, I believe, that Naomi Sinclair was

15   there at -- through various meetings that occurred

16   regarding the performance improvement plan.

17 A.  Yes, that is correct.

18 Q.  Was she an HR person who replaced Alexa Moor?

19 A.  I believe so.  I don't know if she replaced Alexa Moor, but

20   I know that after Alexa went, IT worked with Naomi.  I

21   believe she already worked there, so I don't know if she

22   like replaced -- I don't know.  I don't understand that.  I

23   know that she worked with IT after Alexa.

24 Q.  Okay.

25         MS. GESSNER:  I didn't get a chance to get an

1   A.   -- I've been at Electrolux --

2              MS. GESSNER:  Jobbie, let me get my objection.

3        Object to form.  Answer the question if you understand it.

4              THE WITNESS:  Okay.

5   Q.   (By Mr. Alexander) You can go ahead and answer,

6        Mr. Flowers.

7   A.   Yes, Mr. Alexander, I think there was only one year that I

8        did not receive a raise after my performance review, and

9        that's because company-wide that year no one received

10       increases because the company's performance didn't do well,

11       so they didn't have the money to give out raises that year.

12       And I believe that was the -- my very first year after I

13       was hired, but every other year I would get an increase.

14       Sometimes it was a really good increase and sometimes it

15       wasn't a so-great increase.  It really depended on how the

16       company performed that year.

17  Q.   Okay.  And did increases take effect the same time every

18       year?

19  A.   I'm not 100-percent sure.  It really depended on what was

20       happening that year.  I believe so.  See, the reason why

21       I'm giving you these answers, Mr. Alexander, is I've worked

22       there for nine years and I've had a few managers over those

23       nine years, and sometimes I didn't have a manager.  So the

24       frequency wasn't always the same, unfortunately, right?

25             One manager may be able to complete everything by