# EXHIBIT 11

(Deposition of Kopal Rawat)

```
                                              Page 1

 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF NORTH CAROLINA

 2

                       CHARLOTTE DIVISION
 3                      3:20-cv-517

 4      --------------------------------

 5   JOBBIE FLOWERS,

 6         Plaintiff,

 7   v.

 8   ELECTROLUX NORTH AMERICA, INC.,

 9         Defendant.

     --------------------------------
10

11                  VIDEO CONFERENCE

12            DEPOSITION OF KOPAL RAWAT

13                  May 7, 2021

14                    9:39 a.m.

15            Charlotte, North Carolina

16

17

18

19

20

21

22

23

24

25      Reported by:  Audra M. Smith, RPR, FCRR
```

Case 3:20-cv-00517-RJC-DCK  Document 17-11  Filed 07/28/21  Page 2 of 26

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 22

1      Q    Okay.  What's your understanding of Equal
2    Opportunity training?
3      A    For me, the way I understand, is it's
4    purely performance-based and based on educational
5    merits and education as well as experience merits
6    that someone is associated with a particular job.
7    It does not matter what race, gender they come from,
8    their background.
9      Q    Do you have any training or knowledge
10   regarding the Americans with Disability Act?
11     A    Not that I can remember.
12     Q    Do you know with the Americans with
13   Disabilities Act is?
14     A    I don't know.
15     Q    Are you familiar with the Family Medical
16   Leave Act?
17     A    I'm aware that's provided in Electrolux,
18   but not the whole detail.  I know the process, is
19   what I'm saying; not the whole detail around it.
20     Q    Okay.  What is the process at Electrolux
21   that you know of?
22     A    If an employee is out for more than three
23   days, they need to reach out to UNUM and HR and let
24   them know if they want to use the FMLA or not.
25     Q    Have you received any training if you

Case 3.20-cv-00517-RJC-DCK  Document 17-11  Filed 07/28/21  Page 3 of 26

Kopal Rawat                                May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 23

1    become aware of someone who needs a medical leave of

2    anything that you, as a manager, are supposed to do

3    at Electrolux?

4         A    No training -- no training.

5         Q    Do you have any independent knowledge then

6    on your own as to what you, as a manager, should do

7    if you become aware that someone has a need -- a

8    medical need for leave?

9         A    Contact HR.

10        Q    I know you said you read the performance

11   improvement plan prior to your deposition today.

12   Have you read the complaint in this lawsuit?

13        A    I'm aware of it.  I can't remember the

14   details.

15        Q    Okay.  But do you recall ever reading a

16   copy of the complaint that was filed in court in

17   this case?

18        A    I can't remember.

19        Q    Is that a maybe it happened and you just

20   don't remember or it didn't happen at all?

21        A    I can't remember.  Honestly, I can't

22   remember.

23        Q    Do you recall anyone ever providing you a

24   copy of the complaint in this case?

25        A    There was an email that was sent about

Case 3.20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 4 of 26

Kopal Rawat                                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                                                Page 26

 1        A    Yes.

 2        Q    Why was Mr. Kean terminated?

 3        A    Performance issues.

 4        Q    Can you be more specific?

 5        A    Sure.  Just so that I'm sure you're asking

 6   about Robert Kean, right?

 7        Q    Yes, ma'am.

 8        A    So Robert had performance issues where he

 9   would make mistakes while deploying the code from

10   one environment to another.  We have various

11   environments.

12             So we have various environments where we

13   deploy our code, so that when we go to production

14   environment, it is tested and approved by various

15   users who use the application.  So he would develop

16   in the development environment and put it in UA, the

17   user acceptance training environment.  Users would

18   test over there, and then he would put in the

19   production environment as a final step to any

20   request for application change.

21             He used to be negligent continuously when

22   moving code from one environment to another.  Apart

23   from that, when he used to work on collecting the

24   requirements, he did not take the holistic

25   requirement and did not deliver, as well, on what

Case 3.20-cv-00517-RJC-DCR  Document 17-11  Filed 07/28/21  Page 5 of 26

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 27

1       was the ask.

2               And then the production environment issues

3       were something that -- he worked on very critical

4       environment, and he made a mistake in one of the

5       production environment which was very detrimental.

6       Q    I think I hear, other than your

7       assessment, that he wasn't taking a holistic

8       approach on the deliverables, that each of the other

9       pieces of the reason you terminated him were

10      objective; meaning, you could show that there were

11      mistakes in his work; is that correct?

12      A    Yes.

13      Q    Any other reasons why Mr. Kean was

14      terminated by you?

15      A    This was the primary reason.

16      Q    So was there a secondary reason?

17      A    No.

18      Q    Did Mr. Kean have a disability?

19      A    I don't -- I'm not aware.

20      Q    Had you ever been made aware that Mr. Kean

21      needed any type of medical leave?

22      A    No.

23      Q    Had he ever taken a leave of absence while

24      he worked for you?

25      A    Vacation, yes.  But, yeah -- yes.

Case 3:20-cv-00517-RJC-DCR   Document 17-11   Filed 07/28/21   Page 6 of 26

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 31

1    Electrolux?

2          A    Yes.

3          Q    From whom does that come?

4          A    As far as I can remember, it came from our

5    legal department.

6          Q    So the legal department would send you an

7    email indicating that you are being issued a

8    litigation hold notice, correct?

9          A    That is correct.

10         Q    Are you aware of whether or not you

11   received an email related to Jobbie Flowers' case?

12         A    I did receive an email.

13         Q    Do you recall whether you received that

14   email before or after Mr. Flowers was terminated?

15         A    I can't recall that.

16         Q    Do you still have the email?

17         A    I'm pretty sure, yes.

18         Q    Has anyone asked you to produce that

19   email?

20         A    No.

21         Q    Do you recall participating any in type of

22   investigation regarding Mr. Flowers prior to his

23   termination?

24         A    No.

25         Q    Did you participate in any way in the

Case 3.20-cv-00517-RJC-DCR   Document 17-11   Filed 07/28/21   Page 7 of 26

Page 47

1    records for my documentation, per se, later that

2    year, sometime later because it was becoming a

3    recurrent thing.

4         Q    What was becoming a recurrent thing?

5         A    We discussing setting expectations for a

6    particular project, followup meetings, and he was

7    not -- like it seemed like whatever was discussed,

8    he just did not follow that or he just did not come

9    through with any of the deliverables.

10        Q    What caused you to begin creating, I think

11   you said, your records regarding your conversations

12   with Mr. Flowers?

13        A    I think when Mr. Flowers' behavior from

14   those discussions became unprofessional.  He was

15   angry, loud, rolled his eyes sometimes, sarcastic

16   comments.  It was just unprofessional behavior.  At

17   that time, I felt like I needed to put some -- start

18   records, documenting those.

19        Q    And the behavior that you just described

20   of Mr. Flowers is your records that you documented,

21   correct?

22        A    Yes, ma'am.

23        Q    And these are during the one-on-one

24   meetings where the only two people were present were

25   you and Mr. Flowers; is that correct?

Case 3.20-cv-00517-RJC-DCR   Document 17-11   Filed 07/28/21   Page 8 of 26

Kopal Rawat                                      May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                                    Page 48

 1          A      One-on-one, team meetings and -- we have

 2    like an area where we all sit, call it floor, two

 3    times that I remember that he created a scene on the

 4    floor as well.

 5          Q      Well, let's just stick with your

 6    one-on-one meetings for just a moment.

 7          A      Okay.

 8          Q      Did you have more one-on-one meetings with

 9    Mr. Flowers or team meetings?

10          A      Repeat that again for me?

11          Q      Did you have more one-on-one meetings with

12    Mr. Flowers or team meetings?

13          A      Yeah.  We used to have them on regular

14    basis, both one-on-one and team meetings.

15          Q      Let's just stick with one-on-ones right at

16    the moment.  I'm asking you which one did you have

17    more with Mr. Flowers, one-on-one or team meetings?

18          A      Team meetings were daily.  One-on-ones

19    were once in a -- once in a month or once in two

20    weeks initially or as required, again, depending on

21    the project.

22          Q      How often do you remember meeting

23    one-on-one with Mr. Flowers?

24          A      At least once or twice a month.

25          Q      And you described that his behavior at

Case 3.20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 9 of 26

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 56

1          A     One in January.  I wouldn't call it an

2     issue.  I was just trying to understand what

3     happened, because for me, I was always trying to

4     understand.  The way his reaction was with certain

5     things, I just was not able to understand.  I wanted

6     to make sure, you know, we are, again, on the same

7     page with how we want to proceed with the project.

8     So it was in January probably, January, February

9     again.

10         Q     Okay.  So what -- tell me everything you

11    can recall about what you're referring to in

12    January, February of 2019 and Mr. Flowers' reactions

13    that you were concerned with.

14         A     Okay.  We had a meeting, a project

15    meeting, various team members involved from IT, and

16    one of the tasks was something that primarily Jobbie

17    was responsible for.  And he had more knowledge,

18    based on what he had shared and based on the

19    responsibilities that he had.  So I was asking him

20    questions associated to it and trying to think

21    through what we need to do in order to take care of

22    that task, because it was impacting -- or that

23    particular change of application was impacting

24    multiple sites or locations.

25                While I was asking the questions, he

Case 3:20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 10 of 26

Page 57

1    became a little bit agitated, frustrated, and left
2    the meeting room.
3            I think it was after that meeting that --
4    I had a meeting with him again to understand, What
5    happened?
6        Q    Okay.  Sticking with that.  In the
7    instance that you're talking about the meeting where
8    he became, quote, "agitated and left the room," who
9    was present?
10       A    As far as my memory serves, Robert Kean,
11   Anand Deshiraju.  There was a PM at that point,
12   Rick.  I can't remember his last name.  There was
13   one more person in that meeting, and I can't recall
14   who that was.  Someone from the database team, I
15   guess.
16       Q    Is there anyone else other than
17   Mr. Flowers in that meeting who was
18   African-American?
19       A    No.
20       Q    Did anyone in that meeting record the
21   meeting in any way?
22       A    Not that I know of.
23       Q    Did you record the meeting?
24       A    No.
25       Q    Following the meeting that you're

Case 3:20-cv-00517-RJC-DCK  Document 17-11  Filed 07/28/21  Page 11 of 26

Kopal Rawat                          May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 83

1    sure I'm going with -- I wanted to make sure I have

2    full information about Jobbie.  Was there anything

3    else previously?  No.  Then this is my experience

4    with him.

5         Q    So at any point prior to September of

6    2019 -- strike that.

7              What was the earliest time that you can

8    recall that you were thinking about putting Jobbie

9    on a performance improvement plan?

10        A    No where before that.

11        Q    No when before when?

12        A    September, October when I reached out to.

13        Q    What changed between late summer and

14   September and October that caused you to want to put

15   Jobbie on a performance improvement plan?

16        A    It was nine -- about nine months or so,

17   having the same conversation but not getting any

18   improvement in the performance.

19        Q    When you say "performance," exactly what

20   are you referring to when it relates to Jobbie's

21   what?  Not the how, but the what he was doing.  What

22   about his performance were you concerned about so

23   much so that you believed he was deserving of a

24   performance improvement plan?

25        A    A lot of incidences leading and seeing no

Case 3:20-cv-00517-RJC-DCK  Document 17-11  Filed 07/28/21  Page 12 of 26

1        A     Yes.

2        Q     -- for three days or more.

3        A     Correct.

4        Q     What did you mean "he is out sick again"?

5        A     Probably was sick before.

6        Q     Okay.  Did you -- were you aware that

7    Mr. Flowers had had some illnesses that caused him

8    to be out of work prior to July of 2019?

9        A     I can't, again, remember or recall

10   exactly.  But, yeah, he might have been -- he might

11   have sent this same message or email.  That's how I

12   was made aware he was out sick.

13       Q     Did you ever ask Mr. Flowers anything

14   about him -- his need to be out sick?

15       A     No.  How was he doing when he came back.

16   Hope you're feeling better.

17       Q     Did you know that Mr. Flowers is a

18   diabetic?

19       A     No, did not know that.

20       Q     You never heard Mr. Flowers openly talk

21   about his diabetes in meetings?

22       A     No, not that I can remember.

23       Q     If Mr. Flowers said he did talk about his

24   diabetes in meetings that you were present, it would

25   be your word against everybody else in the meeting

Page 126

1          Q    Well --

2          A    Based on what Alexa and Jobbie exchanged,

3     yeah, probably not, but I don't know if there was

4     any other conversation -- I can't comment on that.

5          Q    So let me -- you knew on July 19 that

6     Jobbie wanted to meet with HR, and you assumed it

7     was about you, right?

8          A    Yes, probably.

9          Q    And on the -- as of the date of this

10    email, which I think -- well -- strike that.

11              As of this invite, you were having a

12    meeting with your boss on Monday, July 22 following

13    the assumption that you knew that Jobbie wanted to

14    talk to HR about you, correct?

15         A    Yes.

16         Q    And you --

17         A    Assumption.

18         Q    You knew that Alexa Moor was going to be

19    out of the office on Monday and Tuesday, the 22nd

20    and 23rd, correct?

21         A    That's correct.

22         Q    So, therefore, you knew Mr. Flowers

23    wouldn't have a chance to meet with HR until after

24    your meeting that you set up with Brenda, right?

25         A    Would you mind going to Exhibit 7 for me?

Case 3:20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 14 of 26

Kopal Rawat                                        May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                                    Page 127

1          Q     Sure.

2          A     That's what I'm saying.  If she's saying

3     "If there's anything urgent, please let me know," I

4     cannot remember if there was anything else that was

5     exchanged with him.  So as far as I remember, this,

6     him and meeting HR, I don't know if anything

7     happened or not.  But, yeah, that one-on-one

8     definitely happened.

9          Q     Yeah, I'm trying to understand, Ms. Rawat,

10    what you knew.  And so on Friday, July 19, you're

11    having this exchange with HR about Jobbie wanting to

12    meet with HR that you assumed was about you, right?

13         A     Yes.

14         Q     And you knew that Ms. Moor, HR, was going

15    to be out of the office on Monday, July 22nd and

16    Tuesday, July 23rd; by this email that is Exhibit 7

17    she was informing everyone she was going to be gone

18    those two days, wasn't she?

19         A     Correct.

20         Q     So then you sent an email invite to your

21    boss to meet with her on Monday before Jobbie could

22    get to HR, right, to talk about Jobbie's meeting

23    with HR?

24         A     Jobbie could get to HR.  She said it was

25    urgent, so I'm not commenting on that piece that he

Case 3:20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 15 of 26

Kopal Rawat                                              May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 128

1      was able to get to HR or not.

2              For me, yes, this meeting with Brenda, I

3      had scheduled based on this particular exhibit, and

4      again, keeping her posted or updated on what has

5      happened, the conversation, and then the request

6      that he made to reach out to HR.

7          Q    Again, let's go back to Number 7.

8          A    Okay.

9          Q    This is 11:43 a.m., and Alexa's telling

10     everyone she's going to be out and that she will

11     send a calendar invite for later next week, right?

12         A    Okay.

13         Q    You knew that based on this email the

14     earliest that Jobbie was going to get to meet with

15     HR to talk about you was going to be late the

16     following week, correct?

17         A    It's both those things, right?  She's

18     saying she's sending a calendar invite because she's

19     out, but if there's anything urgent, please let me

20     know.

21         Q    Are you aware whether Mr. Flowers had the

22     opportunity to speak with Mrs. Moor following this

23     email and your meeting with Brenda Simpson on

24     Monday, July 22nd?

25         A    No, I'm not aware.

Case 3:20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 16 of 26

Kopal Rawat                                           May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                                        Page 129

1          Q     So you immediately turned around and sent
2     an email to Brenda Simpson asking for a one-on-one
3     with her, and one of the subject lines is Jobbie and
4     HR, correct?
5          A     Correct.
6          Q     Did you and Ms. Simpson meet on Monday?
7          A     Probably.  I can't remember exactly, but
8     yeah, the meeting was set up, probably, yes.
9          Q     Do you know when you sent this meeting
10    invite to Ms. Simpson?
11         A     I can't remember.
12         Q     If the metadata of the document production
13    says you sent this invite within one and a half
14    hours after you became aware that Jobbie wanted to
15    meet with HR, would that be accurate?
16         A     If the metadata says, then yes.
17         Q     What did you and Brenda discuss regarding
18    Jobbie?
19         A     The conversations that had been happening,
20    having a feedback I'd been giving and he requested
21    for me to get him in touch with someone in HR.
22         Q     Were you concerned about what Jobbie was
23    going to say about you to HR?
24         A     I mean, it was one of my assumptions, so
25    that's the only thing that I would -- have discussed

Case 3:20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 17 of 26

Page 143

1        Q    And that PIP template has some completed
2    information indicating about work environment
3    summarizing how his behavior and demeanor is
4    preventing a comfortable work environment for team
5    members; do you see that?
6        A    That's a template she sent me, so that's
7    all I read it as.
8        Q    Again, if the metadata shows that Ms. Moor
9    added that language in and it is not a template, you
10   have no reason to argue with the metadata, do you?
11       A    No.  If that's what the metadata says, I
12   don't -- for me I took it as a template.
13       Q    But again, regardless of whether it was a
14   template or not, you received it in between meetings
15   about Jobbie Flowers and there's no indication you
16   were meeting discussing Robert Kean, is there?
17       A    I mean, written, no.  But again, those two
18   conversations were what happened.
19       Q    Okay.  What other team members had -- did
20   you have any issues with regarding their behavior
21   and demeanor?
22       A    None that I can remember.
23       Q    Were there any other team members that you
24   were informing HR that there were perhaps employees
25   were uncomfortable working with them?

Case 3:20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 18 of 26

Page 177

1    under expectations, and the only change is you as

2    his manager.  Did that concern you as a manager that

3    all of a sudden you have an employee who you think

4    is a problem and nobody else did?

5         A    No.  I did discuss with Brenda who was

6    Jobbie's previous manager and she had some of those

7    concerns like I did, so it was not a new situation.

8    But, yeah, for me, it was Jobbie and me working --

9    starting 2019.

10        Q    And Ms. Simpson never put Jobbie on a

11   performance improvement plan, correct?

12        A    Not that I'm aware of.

13        Q    And Ms. Simpson did not terminate Jobbie

14   prior to you becoming his manager, correct?

15        A    That's correct.

16        Q    Were you aware sometime in the fall of

17   2019 that Mr. Flowers had experienced another

18   medical issue related to his diabetes?

19        A    I know he mentioned that he was going to

20   be out sick, and I think he was admitted in ER, but

21   associated to diabetes, no, I was not aware.

22        Q    You said something he said that he was

23   going to be out sick.  I mean, I want to make sure

24   we have a clear record.  Mr. Flowers didn't plan to

25   get sick enough that he had to go to the hospital,

Case 3:20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 19 of 26

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

                                                Page 180

1          A     Yes.

2          Q     Said he's having some medical issues, has

3     been out of the office.  He was out sick Friday,

4     came in briefly Monday, and then left to go to ER.

5     He's been out since.  What is the correct process to

6     follow at this point?  I believe that Alexa had

7     mentioned that once an employee passes three days,

8     they need to file a claim -- need to file with UNUM

9     as a protection for them.  Let us know the best way

10    to approach this with Jobbie.

11              Do you see that?

12         A     Yes.

13         Q     Did you contact Jobbie and let him know

14    that information was forthcoming from UNUM?

15         A     I contacted -- as far as I remember, I

16    contacted Jobbie to remind him of the process that

17    he needs to do with UNUM, if in case, I think, he's

18    out for more than three days.

19         Q     Did you do anything else?

20         A     No, not that I can recall or remember.

21         Q     Did Jobbie provide you with any medical

22    documents or medical information following his

23    hospital visit?

24         A     I think, as far as I remember, he sent me

25    a document of his stay which I forwarded to HR, I

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 20 of 26

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 191

1     related to the Share Point project.

2          A     Not sharing updates, not coming to the

3     team meetings and then the project and the

4     discussion was the tasks that he was working on took

5     a really long time, and without any updates, I

6     didn't have any idea what was going on.

7          Q     Let's start with not coming to the team

8     meetings.  Isn't it true that one of the team

9     meetings you're referring to occurred after

10    Mr. Flowers had worked a 20-hour day on a Home Depot

11    project?

12         A     I can't remember.

13         Q     Is that possible it happened and you just

14    don't recall?

15         A     I can't remember.

16         Q     Are you aware of any projects during the

17    time that Mr. Flowers worked for you wherein that he

18    worked tremendous, long days in excess of 16 to 20

19    hours to complete projects for clients?

20         A     No.  Only THD testing one night I recall.

21         Q     And what do you recall about that one

22    night?

23         A     He worked on the testing with them on a

24    project or something, and that's all I remember

25    about that night, that he shared with me.

Case 3.20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 21 of 26

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 195

1       sure he works on priorities as assigned or agreed

2       upon by the management, provide status updates in a

3       form that is helpful for the manager to understand

4       or gauge what he's been spending his time on, and

5       work on the project as discussed or agreed upon.

6              Q    So the PIP was issued on November 8, 2019.

7       How long was the PIP plan supposed to be for?

8              A    Can you scroll up for me, please?  The

9       first page?

10                  As far as I remember 90 days.

11             Q    Do you know what 90 days from November 8,

12      2019 is?

13             A    Somewhere around February.

14             Q    February of 2020?

15             A    Yes.

16             Q    Was Mr. Flowers given the opportunity to

17      work the full 90-day Performance Improvement Plan

18      period?

19             A    No.

20             Q    Why?

21             A    Because there were no improvements that

22      were there in the initial two PIPs that we worked

23      on.  It was more than 60 days, but no improvement

24      was made.

25             Q    Okay.  So it's your testimony, once you

Case 3.20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 22 of 26

Kopal Rawat                                          May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 204

1    that Ms. Sinclair is reaching out to you, and she's

2    asking about compiling documents discussed on

3    Tuesday after Brenda's team meeting; do you see

4    that?

5         A    Yes.

6         Q    Do you recall what documents she was

7    referring to?

8         A    No, I can't remember.

9         Q    And you say:  I'm halfway through.  Just

10   need to work on text messages.

11              Do you recall pulling text messages for

12   Naomi for something?

13        A    Yeah, I do.

14        Q    What were you pulling text messages for?

15        A    I don't think I remember what it was

16   exactly.

17        Q    Well, maybe the 301 entry will help you.

18   You say:  But the legal hold said not to send any

19   information so was bit confused.

20              Do you see that line?

21        A    I do see it.

22        Q    Do you recall receiving a legal hold for

23   any other matter other than Jobbie Flowers?

24        A    No.

25        Q    Is it --

Case 3:20-cv-00517-RJC-DCK  Document 17-11  Filed 07/28/21  Page 23 of 26

Page 205

1          A     Not that I can remember.

2          Q     Is it accurate that the legal hold that

3     referring to here on December 9, 2019 is related to

4     Jobbie Flowers?

5          A     I can't remember.

6          Q     Again, you don't remember but you also

7     don't remember whether you had any other legal

8     holds; is that your testimony?

9          A     I can't remember that I've seen any other

10     legal holds.

11          Q     Okay.  She says:  Are you at your desk?

12              You say:  Yes you're about to leave for a

13     document.  Want to meet outside?

14              That's perfect.

15              So did you and Naomi meet on December 9,

16     2019 outside Vancouver?

17          A     I can't remember.

18          Q     Do you remember anything about any

19     conversations you had with Naomi about a litigation

20     hold on November 9, 2019?

21          A     I can't remember.

22          Q     Okay.  Did you -- you pick up the

23     conversation the next day, or at least some point in

24     time.  It looks like:  Hi Naomi.  Good morning.  I

25     was able to compile everything this weekend

Kopal Rawat                                     May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 235

1    the PIP was going to be worked upon, not the current

2    date.  Probably that might be the reason why I had

3    put 1/22 as the date.

4         Q    I understand that.  You had told

5    Mr. Flowers that you were going to have a review

6    meeting with him on January 22.  Not I'm going to

7    fire you on January 22, correct?

8         A    Yes, the second month follow up was going

9    to be on January 22.

10        Q    Right.  You told him on January 6th,

11   Because we missed so much time over the holidays and

12   sick leave, you were moving the second month

13   followup meeting to January 22, correct?

14        A    Correct.

15        Q    And again, you didn't have a followup

16   meeting with him between January 6 and January 22,

17   did you?

18        A    I had one-on-one meetings with him.

19        Q    The one that you have testified to already

20   that you believe occurred you can't remember when

21   and you and Naomi were present; is that right?

22        A    Correct.  If you -- as far as I remember,

23   if you can go on Exhibit Number 22, it might be have

24   a reference of that meeting and what was discussed,

25   not 22.  The one that you were showing the PIP in.

Case 3:20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 25 of 26

Kopal Rawat                                    May 7, 2021
Flowers, Jobbiev. Electrolux North America, Inc

Page 251

1    referring to in Exhibit 11, as you saw, was attached

2    to an email that was sent to you by Ms. Moor on

3    July 24th, 2019, correct?

4         A    I can't remember the date but, yeah, I

5    remember the conversation.

6         Q    Okay.  This is Exhibit Number 10.

7         A    Okay.

8         Q    To you, PIP template, no subject line, and

9    it is the Wednesday following you sending her an

10   email wherein that Jobbie Flowers was -- you were

11   informing that Jobbie Flowers wanted to meet with

12   HR, right?

13        A    Yes, as far as I remember our

14   conversations.

15        Q    And do you have any reason to believe that

16   anyone other than Alexa Moor completed the sections

17   that Mr. Alexander just asked you on Exhibit 11?

18        A    She was sending me a template.  I don't

19   know what she was using it for.

20        Q    Again, we talked about this.  If the

21   metadata shows Ms. Moor typed in these sections that

22   are highlighted by her when she sent you this

23   document, you have no reason to dispute that that's

24   inaccurate, correct?

25        A    She sent me a template with this

Veritext Legal Solutions
800.743.DEPO (3376)    calendar.carolinas@veritext.com    www.veritext.com
Case 3:20-cv-00517-RJC-DCK   Document 17-11   Filed 07/28/21   Page 26 of 26