# EXHIBIT A



Nicole Haynes <nicole@mgessnerlaw.com>

## Barnes, et al. v. The Building Center Inc, et al., 19-CVS-13562, 9.27.21 TRIAL SESSION CANCELLED

**Savage, Deborah A.** <Deborah.A.Savage@nccourts.org>    Thu, Sep 23, 2021 at 10:40 AM
To: Nicole Haynes <nicole@mgessnerlaw.com>
Cc: Josh Lanning <joshlanning@mvalaw.com>, Michelle Gessner <michelle@mgessnerlaw.com>, Johnny Hutchens <johnny@mgessnerlaw.com>, Sarah Negus <sarahnegus@mvalaw.com>, Caroline Savini <carolinesavini@mvalaw.com>, Martha Efird <marthaefird@mvalaw.com>

Good morning,

The new trial date is 1/18/22 with a Peremptory setting. The Notices of Trial have been issued and nothing further is need with regard to the request for the Peremptory setting.

I appreciate your assistance in coordinating schedules.

**Deborah Savage**

Caseflow Manager
Trial Court Administrator's Office District 26

**North Carolina Judicial Branch**

832 E. 4th St., Suite 3420  Charlotte, NC  28202

Direct:  704-686-0186
Fax:  704-686-0310

Deborah.A.Savage@NCcourts.org