# EXHIBIT B



Nicole Haynes <nicole@mgessnerlaw.com>

## Summary Judgment Hearing Conflict - Flowers v. Electrolux

**Alexander, Mason** <malexander@fisherphillips.com>                Tue, Nov 23, 2021 at 11:24 AM
To: Nicole Haynes <nicole@mgessnerlaw.com>, "Morrell, Benjamin" <bmorrell@fisherphillips.com>, Michelle Gessner <michelle@mgessnerlaw.com>

Nicole,

We will not oppose your motion to continue the summary judgment hearing until the week of the 24th.



**Mason G. Alexander**
**Regional Managing Partner**

Fisher & Phillips LLP
227 West Trade Street | Suite 2020 | Charlotte, NC 28202
malexander@fisherphillips.com | O: (704) 334-4565  M: (704) 906-1058

vCard  |  Bio  |  Website    *On the Front Lines of Workplace Law* ℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Nicole Haynes <nicole@mgessnerlaw.com>
**Sent:** Tuesday, November 23, 2021 11:21 AM
**To:** Morrell, Benjamin <bmorrell@fisherphillips.com>; Alexander, Mason <malexander@fisherphillips.com>; Michelle Gessner <michelle@mgessnerlaw.com>
**Subject:** Summary Judgment Hearing Conflict - Flowers v. Electrolux

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Counsel,

As you are aware, the summary judgment hearing in this matter was just scheduled for January 18, 2022. We have a conflict and are scheduled for trial as a peremptory setting, beginning January 18, in Mecklenburg County. Email correspondence regarding the same is attached for your review.

Case 3:20-cv-00517-RJC-DCK   Document 20-2   Filed 11/23/21   Page 2 of 3

We would greatly appreciate your consent to continue the summary judgment hearing until the following week, January 24. Please indicate if you consent and authorize us to file a joint motion.

Sincerely,

Nicole

—

**Nicole Haynes, Attorney**

**(704) 234-7442**



............................................

**Mailing Address:** Post Office Box 78161 • Charlotte, NC 28271

............................................

**Charlotte Office:** 602 East Morehead Street • G.G. Galloway House • Charlotte, NC 28202

Tel: 1.844.GESSNER  •  Fax: 980.206.0286

............................................

**Wilmington Office:** 1213 Culbreth Drive, Suite 426 • Wilmington, NC 28405

Tel: 1.844.GESSNER  •  Fax: 980.206.0286

............................................

**www.mgessnerlaw.com**

This message may contain information protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, then please delete it and report the inadvertent delivery to the author.